# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAVIER CABRERA, | Case No. 2:18-cv-00304-RFB-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| SERVICE EMPLOYEES INTERNATIONAL UNION, et al., | |
| Defendants. | |

Presently before the court is the parties' joint proposed discovery plan and scheduling order (ECF No. 22), which the court construes as a joint motion to stay discovery pending the outcome of the dispositive motions (ECF Nos. 6, 12) in this case. Having read and considered the parties' arguments, and good cause appearing,

IT IS SO ORDERED that the parties' request to stay discovery pending the outcome of the dispositive motions in this case is GRANTED.

IT IS FURTHER ORDERED that within 21 days of entry of an order on the pending dispositive motions, the parties must meet and confer and file a proposed discovery plan and scheduling order.

DATED: August 6, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE