**CHRISTENSEN JAMES & MARTIN**
EVAN L. JAMES, ESQ. (7760)
DARYL E. MARTIN, ESQ. (6735)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: elj@cjmlv.com, dem@cjmlv.com
*Attorneys for Defendants Nevada Service Employees Union, Luisa Blue, and Martin Manteca*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER CABRERA, an individual; DEBORAH MILLER, an individual, CHERIE MANCINI, an individual; NEVADA SERVICE EMPLOYEES UNION STAFF UNION ("NSEUSU"), an unincorporated association,<br><br>Plaintiffs,<br><br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, a nonprofit cooperative corporation; LUISA BLUE, in her official capacity as Trustee of Local 1107; MARTIN MANTECA, in his official capacity as Deputy Trustee of Local 1107; MARY K. HENRY, in her official capacity as Union President; CLARK COUNTY PUBLIC EMPLOYEES ASSOCIATION dba NEVADA SERVICE EMPLOYEES UNION aka SEIU LOCAL 1107, a nonprofit cooperative corporation; DOES 1-20; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00304-RFB-CWH<br><br>**STIPULATION AND ORDER** |

Luisa Blue, Martin Manteca and Nevada Service Employees Union (misnamed Clark County Public Employees Association aka SEIU Local 1107) (collectively "Local 1107 Defendants") and Plaintiffs hereby stipulate that the Local 1107 Defendants' responsive pleading to the amended complaint is due by May 14, 2019. This stipulation is made to streamline matters among all of the defendants and Plaintiffs.

DATED this 22nd day of March 2019.

CHRISTENSEN JAMES & MARTIN

By: /s/ Evan L. James
Evan L. James, Esq.
Nevada Bar No. 7760
7440 W. Sahara Avenue
Las Vegas, NV 89117
Tel.: (702) 255-1718
Fax: (702) 255-0871
*Attorneys for Defendant Nevada Service Employees Union, Luisa Blue, and Martin Manteca*

By: /s/ Michael McAvoyamaya
Michael McAvoyamaya, Esq.
Nevada Bar No. 14082
4539 Paseo Del Ray
Las Vegas, NV 89121
Tel: ((702) 299-5083
*Attorney for Plaintiffs*

## ORDER

It is so Ordered.

Dated: March 27, 2019

_____
United States Magistrate Judge

Submitted by:

CHRISTENSEN JAMES & MARTIN

By: /s/ Evan L. James
Evan L. James, Esq. (7760)
7440 W. Sahara Avenue
Las Vegas, NV 89117
Tel.: (702) 255-1718 Fax: (702) 255-0871
*Attorneys for Defendant Nevada Service Employees Union, Luisa Blue, and Martin Manteca*