**CHRISTENSEN JAMES & MARTIN**
EVAN L. JAMES, ESQ. (7760)
DARYL E. MARTIN, ESQ. (6735)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: elj@cjmlv.com, dem@cjmlv.com
*Attorneys for Defendants Nevada Service Employees Union, Luisa Blue, and Martin Manteca*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER CABRERA, an individual; DEBORAH MILLER, an individual, CHERIE MANCINI, an individual; NEVADA SERVICE EMPLOYEES UNION STAFF UNION ("NSEUSU"), an unincorporated association,<br><br>Plaintiffs,<br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, a nonprofit cooperative corporation; LUISA BLUE, in her official capacity as Trustee of Local 1107; MARTIN MANTECA, in his official capacity as Deputy Trustee of Local 1107; MARY K. HENRY, in her official capacity as Union President; CLARK COUNTY PUBLIC EMPLOYEES ASSOCIATION dba NEVADA SERVICE EMPLOYEES UNION aka SEIU LOCAL 1107, a nonprofit cooperative corporation; CAROL NIETERS, an individual; DOES 1-20; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00304-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DUE DATES FOR REPLY BRIEFS** |

The parties hereby stipulate that the due dates for the Defendants' reply briefs to the Response to Motion to Dismiss (ECF No. 47), Response to Motion to Dismiss (ECF No. 48), Response to Motion to Strike (ECF No. 49), Response to Motion for Sanctions (ECF No. 50), and Response to Motion to Sever (ECF No. 51) are due on June 7, 2019. This stipulation is made because defense counsel and plaintiffs' counsel are involved in multiple depositions during the week of May 26, 2019, making preparation of meaningful reply briefs difficult or impossible to complete.

CHRISTENSEN JAMES & MARTIN

By: /s/ Evan L. James
Evan L. James, Esq. (7760)
7440 W. Sahara Avenue
Las Vegas, NV 89117
Tel.: (702) 255-1718
Fax: (702) 255-0871
*Attorneys for Defendants Nevada Service Employees Union, Luisa Blue, and Martin Manteca*

ROTHNER, SEGALL & GREENSTONE

By: /s/
Jonathan Cohen (10551)
510 South Marengo Avenue
Pasadena, California 91101-3115
Tel.: (626) 796-7555
Fax: (626) 577-0124
*Attorneys for Service Employees International Union and Mary K. Henry*

/s/
Michael J. Mcavoyamaya, Esq. (14082)
4539 Paseo Del Ray
Las Vegas, Nevada 89121
Tel.: (702) 685-0879
*Attorney for Plaintiffs*

ORDER

It is so ordered.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 31st day of May, 2019.

Submitted by:
CHRISTENSEN JAMES & MARTIN

By: /s/ Evan L. James
Evan L. James, Esq. (7760)