**ROTHNER, SEGALL & GREENSTONE**
JONATHAN COHEN (10551)
ELI NADURIS-WEISSMAN (*pro hac vice*)
CARLOS COYE (*pro hac vice*)
510 South Marengo Avenue
Pasadena, California 91101-3115
Telephone: (626) 796-7555
Fax: (626) 577-0124
E-mail: jcohen@rsglabor.com; enaduris-weissman@rsglabor.com;
ccoye@rsglabor.com

**CHRISTENSEN JAMES & MARTIN**
EVAN L. JAMES (7760)
DARYL E. MARTIN (6735)
7440 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Fax: (702) 255-0871
Email: elj@cjmlv.com; dem@cjmlv.com

Attorneys for Service Employees International Union
and Mary Kay Henry

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER CABRERA, an individual; DEBORAH MILLER, an individual, CHERIE MANCINI, an individual, NEVADA SERVICE EMPLOYEES UNION STAFF UNION ("NSEUSU"), an unincorporated association,<br><br>Plaintiffs,<br><br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION. a nonprofit cooperative corporation; LUISA BLUE, in her official capacity as Trustee of Local 1107; MARTIN MANTECA, in his official capacity as Deputy Trustee of Local 1107; MARY K. HENRY, in her official capacity as Union President; CLARK COUNTY PUBLIC EMPLOYEES ASSOCIATION dba NEVADA SERVICE EMPLOYEES UNION aka SEIU 1107, a non-profit cooperative corporation; DOES 1-20; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00304-RFB-DJA<br><br>**STIPULATION AND ORDER SETTING DISCOVERY RESPONSES DUE DATE** |

1

## STIPULATION

The parties here by stipulate that the discovery due from all Defendants on November 8, 2019 and on November 12, 2019 will now be due on November 15, 2019. The discovery deadline extension is made pursuant to a request from Local 1107's counsel to accommodate workload demands.

CHRISTENSEN JAMES & MARTIN

By  /s/ *Evan James*
Evan L. James, Esq.
Nevada Bar No. 7760
7440 W. Sahara Avenue
Las Vegas, NV 89117
Tel.: (702) 255-1718
Fax: (702) 255-0871
elj@cjmlv.com
*Attorneys for Defendant Local 1107, Luisa Blue, and Martin Manteca*

By: */s/ Michael J. Mcavoyamaya*
Michael J. Mcavoyamaya, Esq.
Nevada Bar No. 14082
4539 Paseo Del Ray
Las Vegas, NV 89121
Tel.: (702) 299-5083
mmcavoyamayalaw@gmail.com
*Attorney for Plaintiffs*

ROTHNER, SEGALL & GREENSTONE

By:  /s/ Eli Naduris-*Weissman*
Eli Naduris-Weissman, Esq.
Pro Hac Vice
510 S. Marengo Ave.
Pasadena, California 91101-3115
Tel.: (626) 796-7555
Fax.: (626) 577-0124
enaduris-weissman@rsglabor.com
*Attorneys for SEIU and Mary K. Henry*

## ORDER

Good cause appearing, it is so ordered.

Dated: November 8, 2019.

_____
Daniel J. Albregts
United States Magistrate Judge

Prepared by:

By:  /s/ *Evan L. James*
Evan L. James, Esq.
*Attorney for Local 1107, Blue & Manteca*

2

**CERTIFICATE OF SERVICE**

I am a member of Rothner, Segall & Greenstone. On this 7th day of November, 2019, I caused a true and correct copy of the foregoing **STIPULATION AND ORDER SETTING DISCOVERY RESPONSES DUE DATE** to be served in the following manner:

✓ ELECTRONIC SERVICE: Pursuant to LR IC 4-1 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served through the Notice of Electronic Filing automatically generated by the Court.

ROTHNER, SEGALL & GREENSTONE

By  /s/Eli Naduris-Weissman
   ELI NADURIS-WEISSMAN