1  **ROTHNER, SEGALL & GREENSTONE**
   GLENN ROTHNER (*pro hac vice*)
2  JONATHAN COHEN (10551)
   ELI NADURIS-WEISSMAN (*pro hac vice*)
3  CARLOS COYE (*pro hac vice*)
   510 South Marengo Avenue
4  Pasadena, California  91101-3115
   Telephone:  (626) 796-7555
5  Fax:           (626) 577-0124
   E-mail: grothner@rsglabor.com; jcohen@rsglabor.com;
6          enaduris-weissman@rsglabor.com; ccoye@rsglabor.com

7  **CHRISTENSEN JAMES & MARTIN**
   EVAN L. JAMES (7760)
8  DARYL E. MARTIN (6735)
   7440 West Sahara Avenue
9  Las Vegas, Nevada  89117
   Telephone:  (702) 255-1718
10 Fax:           (702) 255-0871
   Email:  elj@cjmlv.com; dem@cjmlv.com

Attorneys for Service Employees International Union

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER CABRERA, an individual; DEBORAH MILLER, an individual, CHERIE MANCINI, an individual, NEVADA SERVICE EMPLOYEES UNION STAFF UNION ("NSEUSU"), an unincorporated association,<br><br>Plaintiffs,<br><br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION. a nonprofit cooperative corporation; LUISA BLUE, in her official capacity as Trustee of Local 1107; MARTIN MANTECA, in his official capacity as Deputy Trustee of Local 1107; MARY K. HENRY, in her official capacity as Union President; CLARK COUNTY PUBLIC EMPLOYEES ASSOCIATION dba NEVADA SERVICE EMPLOYEES UNION aka SEIU 1107, a non-profit cooperative corporation; DOES 1-20; and  ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00304-RFB-DJA<br><br>**STIPULATION AND ORDER SETTING DUE DATE FOR OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT**<br>**(First Request)**<br><br>[Local Rule IA 6-1] |

1

## STIPULATION AND ORDER

Whereas, on July 22, 2020, Defendant Service Employees International Union ("SEIU"), Defendant SEIU Local 1107, and Plaintiffs each filed motions for summary judgment or partial summary judgment, oppositions to which would be due on August 12, 2020;

The parties hereby stipulate that the due date for all parties to file oppositions to the respective motions for summary judgment will be extended by three weeks to September 2, 2020, and that reply briefs thereto will be due two weeks later, on September 16, 2020. This extension is made pursuant to a request from SEIU counsel to accommodate pre-planned vacation and workload demands. This is the first stipulation for extension of time to file briefs related to motions for summary judgment.

DATED: July 28, 2020.

| CHRISTENSEN JAMES & MARTIN | ROTHNER, SEGALL & GREENSTONE |
|---|---|
| By ___/s/ *Evan James*___<br>Evan L. James, Esq.<br>Nevada Bar No. 7760<br>7440 W. Sahara Avenue<br>Las Vegas, NV 89117<br>Tel.: (702) 255-1718<br>Fax: (702) 255-0871<br>elj@cjmlv.com<br>*Attorneys for Local 1107,*<br>*Luisa Blue, and Martin Manteca* | By: ___/s/ *Eli Naduris-Weissman*___<br>Eli Naduris-Weissman, Esq.<br>Pro Hac Vice<br>510 S. Marengo Ave.<br>Pasadena, California 91101-3115<br>Tel.: (626) 796-7555<br>Fax.: (626) 577-0124<br>enaduris-weissman@rsglabor.com<br>*Attorneys for SEIU* |

By: */s/ Michael J. Mcavoyamaya*
Michael J. Mcavoyamaya, Esq.
Nevada Bar No. 14082
4539 Paseo Del Ray
Las Vegas, NV 89121
Tel.: (702) 299-5083
mmcavoyamayalaw@gmail.com
*Attorney for Plaintiffs*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 29th day of July, 2020.

**CERTIFICATE OF SERVICE**

I am a member of Rothner, Segall & Greenstone. On this 28th day of July, 2020, I caused a true and correct copy of the foregoing **STIPULATION AND ORDER SETTING DUE DATE FOR OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT (First Request)** to be served in the following manner:

✓  ELECTRONIC SERVICE:  Pursuant to LR IC 4-1 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served through the Notice of Electronic Filing automatically generated by the Court.

ROTHNER, SEGALL & GREENSTONE

By  /s/Eli Naduris-Weissman
ELI NADURIS-WEISSMAN

3