**CHRISTENSEN JAMES & MARTIN**
EVAN L. JAMES, ESQ. (7760)
DARYL E. MARTIN, ESQ. (6735)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone:  (702) 255-1718
Facsimile:  (702) 255-0871
Email: elj@cjmlv.com, dem@cjmlv.com
*Attorneys for Defendants Nevada Service Employees Union, Luisa Blue, and Martin Manteca*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER CABRERA, an individual; DEBORAH MILLER, an individual, CHERIE MANCINI, an individual; NEVADA SERVICE EMPLOYEES UNION STAFF UNION ("NSEUSU"), an unincorporated association,<br><br>Plaintiffs,<br><br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, a nonprofit cooperative corporation; LUISA BLUE, in her official capacity as Trustee of Local 1107; MARTIN MANTECA, in his official capacity as Deputy Trustee of Local 1107; MARY K. HENRY, in her official capacity as Union President; CLARK COUNTY PUBLIC EMPLOYEES ASSOCIATION dba NEVADA SERVICE EMPLOYEES UNION aka SEIU LOCAL 1107, a nonprofit cooperative corporation; CAROL NIETERS, an individual; DOES 1-20; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00304-RFB-DJA<br><br>**STIPULATION  AND ORDER REGARDING MOTIONS TO BE ARGUED ON MARCH 12, 2021** |

The parties hereby stipulate to the following regarding the Motions scheduled for hearing on March 12, 2021:

1. Plaintiffs filed the document titled Plaintiff Mancini's Motion to Reconsider the Court's Order Granting Defendants' Motions to Dismiss and Motion for Sanctions on June 12, 2020 (herein "Reconsideration Motion"). The Reconsideration Motion is numbered as ECF No. 155.

2. Plaintiffs filed the document titled Plaintiffs' Motion for Partial Summary Judgment on July 22, 2020 (herein "Summary Judgment Motion"). The Summary Judgment Motion is numbered as ECF No. 172.

3. Plaintiffs sought to comply with LR IC 2-2(g) by submitting to Chambers paper copies of the Reconsideration Motion and the Summary Judgment, but the Clerk's Office was closed because of the COVID 19 pandemic. Plaintiffs therefore deposited the paper copies in the Court's drop box believing that they would be delivered to Chambers.

4. However, the paper copies deposited in the Court's drop box were filed into the Court's Docket, which resulted in duplicate filings of Reconsideration Motion and the Summary Judgment Motion.

5. The Reconsideration Motion therefore appears on the Court's Docket as ECF Nos. 172 and 177.

6. The Motion for Summary Judgment therefore appears on the Court's Docket as ECF Nos. 155 and 178.

///
///
///
///
///

7. Due to the error in duplicate filings, the Court ORDERS that the documents filed in error as ECF Nos. 177 and 178 are **STRICKEN** as duplicative.

| CHRISTENSEN JAMES & MARTIN | ROTHNER, SEGALL & GREENSTONE |
|---|---|
| By: */s/ Evan L. James*<br>Evan L. James, Esq.<br>Nevada Bar No. 7760<br>7440 W. Sahara Avenue<br>Las Vegas, NV 89117<br>Tel.: (702) 255-1718<br>Fax: (702) 255-0871<br>elj@cjmlv.com<br>*Attorneys for Local 1107,*<br>*Luisa Blue, and Martin Manteca* | By: */s/ Eli Naduris-Weissman*<br>Eli Naduris-Weissman, Esq.<br>Pro Hac Vice<br>510 S. Marengo Ave.<br>Pasadena, California 91101-3115<br>Tel.: (626) 796-7555<br>enaduris-weissman@rsglabor.com<br>*Attorneys for SEIU and*<br>*Mary Kay Henry* |

By: */s/ Michael J. Mcavoyamaya*
Michael J. Mcavoyamaya, Esq.
Nevada Bar No. 14082
4539 Paseo Del Ray
Las Vegas, NV 89121
Tel.: (702) 299-5083
mmcavoyamayalaw@gmail.com
*Attorney for Plaintiffs*

ORDER

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
United States District Judge

Dated: March 8, 2021.

-3-