**CHRISTENSEN JAMES & MARTIN**
EVAN L. JAMES, ESQ. (7760)
DARYL E. MARTIN, ESQ. (6735)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: elj@cjmlv.com, dem@cjmlv.com
*Attorneys for Defendants Nevada Service Employees Union, Luisa Blue, and Martin Manteca*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAVIER CABRERA, an individual; DEBORAH MILLER, an individual, CHERIE MANCINI, an individual; NEVADA SERVICE EMPLOYEES UNION STAFF UNION ("NSEUSU"), an unincorporated association,<br><br>Plaintiffs,<br><br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, a nonprofit cooperative corporation; LUISA BLUE, in her official capacity as Trustee of Local 1107; MARTIN MANTECA, in his official capacity as Deputy Trustee of Local 1107; MARY K. HENRY, in her official capacity as Union President; CLARK COUNTY PUBLIC EMPLOYEES ASSOCIATION dba NEVADA SERVICE EMPLOYEES UNION aka SEIU LOCAL 1107, a nonprofit cooperative corporation; CAROL NIETERS, an individual; DOES 1-20; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00304-RFB-DJA<br><br>**NOTICE OF RECENT EVENTS** |

Nevada Service Employees Union ("Local 1107" or "1107") hereby provides notice to the Court of recent events.

This Court's Local Rules require attorneys to comply with "the Model Rules of Professional Conduct as adopted and amended from time to time by the Supreme Court of Nevada…." LR IA 11-7. The Supreme Court of Nevada Rule of Professional Conduct 3.3, Candor Toward the Tribunal, and Model Rule of Professional Conduct 3.3 are consistent with one another.

Courts interpret Rule 3.3 to require the disclosure of additional information to the Court where that information may affect the court's decision. "It is appropriate to remind counsel that they have a 'continuing duty to inform the Court of any development which may conceivably affect the outcome' of the litigation." *Board of License Com'rs of Town of Tiverton v. Pastore*, 105 S.Ct. 685, 686, 469 U.S. 238, 240 (1985); *quoting Fusari v. Steinberg,* 419 U.S. 379, 391, 95 S.Ct. 533, 540, 42 L.Ed.2d 521 (1975) (BURGER, C.J., concurring). As one court has noted, "The [judicial] system can provide no harbor for clever devices to divert the search, mislead opposing counsel or the court, or cover up that which is necessary for justice in the end." *U.S. v. Shaffer Equipment Co.*, 11 F.3d 450, 457–58 (4th Cir. 1993). With that background, Local 1107 submits the attached Declaration of Grace Vergara-Mactal ("Grace") containing information recently received from the National Labor Relations Board ("NLRB").

This notice and the attached information are appliable to the mootness of Mr. Cabrera's claims as argued in the following Motions set to be argued on March 12, 2021:

1. Service Employees International Union's Motion for Summary Judgment, ECF No. 167;
2. Local 1107's Motion for Summary Judgment, ECF No. 168; and
3. Plaintiffs' Motion for Summary Judgment, ECF No. 172.

For further explanation to the Court and not to advance argument, Paragraph 8 of Grace's Declaration states that "Local 1107 continues to work within the NLRB's compliance process and intends to pay proper amounts to Mr. Cabrera that are factually and legally proper." This means that the NLRB's calculations must be properly verified and be factually and legally proper. By way of illustration, Mr. Cabrera has asked that the $28,935.00 in pension contributions be paid to him directly. That money, however, most likely must be paid to the pension fund on Mr. Cabrera's behalf. Such issues will be evaluated and resolved through the NLRB's compliance process.

| | | |
|---|---|---|
| 1 | Dated March 11, 2021. | CHRISTENSEN JAMES & MARTIN |
| 2 | | By: */s/ Evan L. James* |
| 3 | | Evan L. James, Esq. |
| 4 | | Nevada Bar No. 7760 |
| | | 7440 W. Sahara Avenue |
| 5 | | Las Vegas, NV 89117 |
| | | Tel.: (702) 255-1718 |
| 6 | | Fax: (702) 255-0871 |
| 7 | | *Attorneys for Local 1107* |

# CERTIFICATE OF SERVICE

I am an employee of Christensen James & Martin and caused a true and correct copy of the foregoing document to be served in the following manner on the date it was filed with the Court's ECF System.

✓  **ELECTRONIC SERVICE**:  Through the Court's E-Filing System to the following:

__  **VIA UNITED STATES MAIL**:

| | |
|---|---|
| Michael J. Mcavoyamaya, Esq.<br>4539 Paseo Del Ray<br>Las Vegas, NV 89121 | Email copy to: mcavoyamayalaw@gmail.com |
| Jonathan Cohen, Esq.<br>Eli Naduris-Weissman, Esq.<br>Carlos Coye, Esq.<br>Rothner, Segall & Greenstone<br>510 South Marengo Avenue<br>Pasadena, California 91101-3115 | Email copy to: jcohen@rsglabor.com<br>Email copy to: enaduris-weissman@rsglabor.com<br>Email copy to: ccoye@rsglabor.com |

CHRISTENSEN JAMES & MARTIN

By: ___/s/ Evan L. James___
　　　Evan L. James

**CHRISTENSEN JAMES & MARTIN**
EVAN L. JAMES, ESQ. (7760)
DARYL E. MARTIN, ESQ. (6735)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: elj@cjmlv.com, dem@cjmlv.com
*Attorneys for Defendants Nevada Service Employees Union, Luisa Blue, and Martin Manteca*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAVIER CABRERA, an individual; DEBORAH MILLER, an individual, CHERIE MANCINI, an individual; NEVADA SERVICE EMPLOYEES UNION STAFF UNION ("NSEUSU"), an unincorporated association,<br><br>Plaintiffs,<br><br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, a nonprofit cooperative corporation; LUISA BLUE, in her official capacity as Trustee of Local 1107; MARTIN MANTECA, in his official capacity as Deputy Trustee of Local 1107; MARY K. HENRY, in her official capacity as Union President; CLARK COUNTY PUBLIC EMPLOYEES ASSOCIATION dba NEVADA SERVICE EMPLOYEES UNION aka SEIU LOCAL 1107, a nonprofit cooperative corporation; CAROL NIETERS, an individual; DOES 1-20; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00304-RFB-DJA<br><br>**DECLARATION OF GRACE VERGARA-MACTAL** |

I, Grace Vergara-Mactal, hereby declare as follows:

1. I have personal knowledge of the information set forth herein.

2. I am under no adverse influence that would affect my testimony in this Declaration.

3. I am over the age of 18 years.

4. I currently serve as Executive Director of the Defendant named as Clark County Public Employees Association dba Nevada Service Employees Union aka SEIU Local 1107 ("Local 1107").

5. On March 2, 2021, Local 1107 Counsel Michael Urban received the email from the National Labor Relations Board ("NLRB") that is attached hereto as Exhibit A ("NLRB Email").

6. Exhibit B attached hereto is the NLRB Backpay calculation for Mr. Cabrera that was attached to the NLRB Email.

7. Exhibit C attached hereto is the NLRB Backpay Adjusted Taxes for Lump Sum Backpay calculation for Mr. Cabrera that was attached to the NLRB Email.

8. Local 1107 continues to work within the NLRB's compliance process and intends to pay proper amounts to Mr. Cabrera that are factually and legally proper.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 10, 2021.

*/s/ Mactal*
Grace Vergara-Mactal

# EXHIBIT A   NLRB EMAIL

**To:** Evan James <elj@cjmlv.com>
**Subject:** Javier Cabrera - Case 28-CA-209109


---------- Forwarded message ---------

---

**From:** Moore, Tamilyn A. <Tamilyn.Moore@nlrb.gov>
**Sent:** Tuesday, March 2, 2021 8:13 AM
**To:** Michael Urban <MUrban@theurbanlawfirm.com>
**Subject:** Case 28-CA-209109

Mr. Urban,

I have completed the calculations of Mr. Cabrera's backpay with interest and excess tax based on a March 15, 2021 payoff date. The first attached document shows quarterly totals for Mr. Cabrera's backpay, interim expenses, and medical expenses on page 1 and pension payments on page 2. The second document shows the annual taxable income for Mr. Cabrera and the total excess tax he is owed based on the annual taxable income.

To summarize, Mr. Cabrera's Net Backpay is $77,233. His interim expenses and medical expenses are $2,466. The interest on those amounts with a March 15, 2021 payoff date is $10,451. The excess taxes with a March 15, 2021 payoff date, owed to Mr. Cabrera for his backpay, expenses, and interest is $2,016. Mr. Cabrera is owed $28,935 in pension payments and $3,321 interest on that amount. Mr. Cabrera has asked that the pension payment be made to him, not the Union fund. If Respondent agrees to these amounts, it should make out at least three checks to Mr. Cabrera. One check for his Net Backpay, one check for his Pension Payments, and one check for expenses, interest, and excess tax. Deductions at the rate for Mr. Cabrera during his employment should be taken from the Net Backpay and Pension Payments. No deductions should be taken from the expenses, interest, and excess tax.

Please let me know if you have any questions about the amounts in these calculations and whether Respondent agrees with these calculations. Please let me know by close of business March 5, 2021 whether Respondent agrees to pay these amounts to Mr. Cabrera. I am going to provide these numbers to Mr. Cabrera today as well to determine if he is in agreement with our calculations or if he plans to request a compliance determination. Please do not issue any checks before I let you know whether Mr. Cabrera plans to file a request for a compliance determination.

Thank you,

*Tamilyn*

Tamilyn A. Moore
Compliance Officer
Centralized Compliance Unit
Office: 513-684-3669
Mobile:
Fax: 513-684-3946

Website: www.nlrb.gov

\*\*\*Electronic filing of charges, petitions, position statements and documentary evidence through the Agency website is **required**. Use this link to e-file new Charges and Petitions. Use this link to e-file Case Documents. See this link for information on the NLRB Mandatory E-Filing Policy.

E-filing User Guide: https://apps.nlrb.gov/myAccount/assets/E-Filing-System-User-Guide.pdf.
Website help: e-filing@nlrb.gov.


--
In Unity,

Grace T. Vergara-Mactal
Executive Director
SEIU Nevada Local 1107
Cell:

**"Integrity is doing the right thing, even when no one is watching."**
**--- *CS Lewis***

# EXHIBIT B

NLRB BACK PAY CALCULATIONS

NLRB Backpay Calculation 1

| Case Name: | Service Employees International Union Local 1107 | | |
|---|---|---|---|
| Case Number: | 28-CA-209109 | Backpay period: | |
| Claimant: | Javier Cabrera | 10/31/2017-10/21/2019 | Interest calculated to: 3/15/2021 |

| Year | Qtr | | Gross Backpay | Quarter Interim Earnings | Net Backpay | Interim Expenses | Medical Expenses | Net Backpay & Expenses |
|---|---|---|---|---|---|---|---|---|
| 2017 | 4 | Total | 11,393 | | 11,393 | 296 | - | 11,690 |
| 2018 | 1 | Total | 20,641 | | 20,641 | 562 | - | 21,203 |
| 2018 | 2 | Total | 16,978 | 8,210 | 8,768 | 454 | - | 9,222 |
| 2018 | 3 | Total | 20,641 | 6,842 | 13,799 | 359 | 20 | 14,179 |
| 2018 | 4 | Total | 16,978 | 9,800 | 7,178 | 298 | 26 | 7,502 |
| 2019 | 1 | Total | 21,056 | 15,898 | 5,158 | 148 | - | 5,305 |
| 2019 | 2 | Total | 17,090 | 15,622 | 1,469 | 109 | - | 1,578 |
| 2019 | 3 | Total | 19,095 | 14,398 | 4,697 | 138 | - | 4,834 |
| 2019 | 4 | Total | 4,130 | | 4,130 | 56 | - | 4,186 |
| | | Totals | | | 77,233 | 2,420 | 46 | 79,698 |

| | |
|---|---|
| Net Backpay (Withholdings) | 77,233 |
| Expenses (No Withholdings) | 2,465 |
| Daily Compound Interest  (No Withholdings) | 10,451 |
| Total Backpay, Expenses and Interest | 90,149 |

Notes
1/  Gross backpay accounts for wages, auto allowance of $500 per month, bilingual pay of $75 per pay period.
2/  Interim earnings with UFCW account for wages and auto allowance of $500 per month.  Auto allowance ends mid Ju
3/  For explanation of Interim and Medical Expenses see        https://nxgendocs.nlrb.gov:8443/nlrb/do/OpenDocume
4/
5/
6/
7/
8/

NLRB Backpay Calculation 2

| | | Case Name: | Service Employees International Union Local 1107 | | | | |
|---|---|---|---|---|---|---|---|
| | | Case Number: | 28-CA-209109 | Backpay period: | | | |
| | | Claimant: | Javier Cabrera | 10/31/2017-10/21/2019 | | Interest calculated to: | 3/15/2021 |

| Year | Qtr | | Pension Payments | Quarter Interim Earnings | Net Backpay | Interim Expenses | Medical Expenses | Net Backpay & Expenses |
|---|---|---|---|---|---|---|---|---|
| 2017 | 4 | Total | 2,079 | | 2,079 | - | - | 2,079 |
| 2018 | 1 | Total | 3,915 | | 3,915 | - | - | 3,915 |
| 2018 | 2 | Total | 3,355 | - | 3,355 | - | - | 3,355 |
| 2018 | 3 | Total | 3,915 | - | 3,915 | - | - | 3,915 |
| 2018 | 4 | Total | 3,355 | - | 3,355 | - | - | 3,355 |
| 2019 | 1 | Total | 4,002 | - | 4,002 | - | - | 4,002 |
| 2019 | 2 | Total | 3,437 | - | 3,437 | - | - | 3,437 |
| 2019 | 3 | Total | 4,010 | - | 4,010 | - | - | 4,010 |
| 2019 | 4 | Total | 867 | | 867 | - | - | 867 |
| | | Totals | | | 28,935 | - | - | 28,935 |

| | |
|---|---|
| **Net Backpay (Withholdings)** | **28,935** |
| **Expenses (No Withholdings)** | **-** |
| **Daily Compound Interest (No Withholdings)** | **3,321** |
| **Total Backpay, Expenses and Interest** | **32,256** |

Notes
1/  Note:  2.5% increase effective, 01/01/19.
2/          Returning to work on 10/21/19.
3/          Pension contribution rate: 2017 - 20%, 2018 and 2019 - 21%
4/
5/
6/
7/
8/

**File:** Copy of BackpayTEC_11_6- Javier Cabrera / **Sheet:** Benefit calc

**EXHIBIT**

**C**     NLRB ADJUSTED TAXES

Adjusted Taxes for Lump Sum Backpay

| | |
|---|---|
| Case Name: | Service Employees International Union Local 1107 |
| Case Number: | 28-CA-209109 |
| Claimant: | Javier Cabrera |

| Year | Taxable Income (Backpay) | Filing Status | State | Federal Tax | State Tax |
|---|---|---|---|---|---|
| 2017 | 11,393 | Married Filing Jointly/Widower | NV | 1,139 | 0 |
| 2018 | 50,386 | Married Filing Jointly/Widower | NV | 5,665 | 0 |
| 2019 | 15,453 | Married Filing Jointly/Widower | NV | 1,545 | 0 |
| | | | Taxes Paid: | 8,350 | 0 |
| 2000 to 2020 | (Sum) 77,232 | Married Filing Jointly/Widower | NV | 8,873 | 0 |
| 2021 | 0 | | | | |
| | | Excess Tax on Backpay: | | 520 | 0 |
| | | Incremental Tax on Backpay: | | | 71 |
| | | **Total Excess Tax on Backpay:** | | | **591** |
| Interest on Backpay: | 10,451 | Tax on Interest: | | 1,254 | 0 |
| | | Incremental Tax on Interest: | | | 171 |
| | | **Total Excess Tax on Interest:** | | | **1,425** |
| | | **Additional Tax Liability:** | | | **0** |
| | | **Total Excess Tax Liability:** | | | **2,016** |