**CHRISTENSEN JAMES & MARTIN**
EVAN L. JAMES, ESQ. (7760)
DARYL E. MARTIN, ESQ. (6735)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: elj@cjmlv.com, dem@cjmlv.com
*Attorneys for Defendants Nevada Service Employees*
*Union, Luisa Blue, and Martin Manteca*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAVIER CABRERA, an individual; DEBORAH MILLER, an individual, CHERIE MANCINI, an individual; NEVADA SERVICE EMPLOYEES UNION STAFF UNION ("NSEUSU"), an unincorporated association,<br><br>Plaintiffs,<br><br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, a nonprofit cooperative corporation; LUISA BLUE, in her official capacity as Trustee of Local 1107; MARTIN MANTECA, in his official capacity as Deputy Trustee of Local 1107; MARY K. HENRY, in her official capacity as Union President; CLARK COUNTY PUBLIC EMPLOYEES ASSOCIATION dba NEVADA SERVICE EMPLOYEES UNION aka SEIU LOCAL 1107, a nonprofit cooperative corporation; CAROL NIETERS, an individual; DOES 1-20; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00304-RFB-DJA<br><br><br>**STIPULATION TO EXTEND PRETRIAL ORDER AND AVAILABILITY OF TRIAL DATES** |

The parties hereby notify the Court that they are unable to meet the Court's deadline for filing a pretrial order by April 14, 2021. The attorneys have met to discuss the pretrial order. The issues and evidence for trial are extensive and counsel cannot prepare an effective pretrial order in

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

1    the amount of time available to do so given current workload with other cases. The parties therefore

2    stipulate and request that the court set the full pretrial order to be due by May 14, 2021.

3    　　　The parties further inform the Court and stipulate to available trial dates of October 25-29,

4    2021 and thereafter. The parties' initial assessment is that the trial may take up to ten days to

5    complete. The parties discussed the possibility of trial in July or August of 2021. However, attorney

6    and witness scheduling conflicts preclude trial during those months.

7    　　　　CHRISTENSEN JAMES & MARTIN　　　　　ROTHNER, SEGALL & GREENSTONE

8    　　　By:　*/s/ Evan L. James*　　　　　　By:　*/s/ Eli Naduris-Weissman*
9    　　　Evan L. James, Esq.　　　　　　　　Eli Naduris-Weissman, Esq.
     　　　Nevada Bar No. 7760　　　　　　　　Pro Hac Vice
10   　　　7440 W. Sahara Avenue　　　　　　　510 S. Marengo Ave.
     　　　Las Vegas, NV 89117　　　　　　　　Pasadena, California 91101-3115
11   　　　Tel.: (702) 255-1718　　　　　　　　Tel.: (626) 796-7555
12   　　　Fax: (702) 255-0871　　　　　　　　enaduris-weissman@rsglabor.com
     　　　elj@cjmlv.com　　　　　　　　　　　*Attorneys for SEIU and*
13   　　　*Attorneys for Local 1107,*　　　　　　*Mary Kay Henry*
14   　　　*Luisa Blue, and Martin Manteca*

15   　　　By:　*/s/ Michael J. Mcavoyamaya*
16   　　　Michael J. Mcavoyamaya, Esq.
     　　　Nevada Bar No. 14082
17   　　　4539 Paseo Del Ray
     　　　Las Vegas, NV 89121
18   　　　Tel.: (702) 299-5083
19   　　　mmcavoyamayalaw@gmail.com
     　　　*Attorney for Plaintiffs*
20

21
     　　　　　　　　　　　　　　　　　　　It is so ordered:
22

23
     　　　　　　　　　　　　　　　　　　　_____
24   　　　　　　　　　　　　　　　　　　　United States District Court Judge

25   　　　　　　　　　　　　　　　　　　　Dated: _____

26

27

1

2 **CERTIFICATE OF SERVICE**

3     I am an employee of Christensen James & Martin and caused a true and correct copy of the

4 foregoing document to be served in the following manner on the date it was filed with the Court's

5 ECF System.

6 ✓     ELECTRONIC SERVICE:  Through the Court's E-Filing System to the following:

7 __     VIA UNITED STATES MAIL:

8

9   Michael J. Mcavoyamaya, Esq.      Email copy to: mcavoyamayalaw@gmail.com
  4539 Paseo Del Ray

10   Las Vegas, NV 89121

11   Jonathan Cohen, Esq.           Email copy to: jcohen@rsglabor.com
  Eli Naduris-Weissman, Esq.     Email copy to: enaduris-weissman@rsglabor.com

12   Carlos Coye, Esq.             Email copy to: ccoye@rsglabor.com

13   Rothner, Segall & Greenstone
  510 South Marengo Avenue

14   Pasadena, California 91101-3115

15

16

17                          CHRISTENSEN JAMES & MARTIN

18                          By: */s/ Evan L. James*
                           Evan L. James

19

20

21

22

23

24

25

26

27