**CHRISTENSEN JAMES & MARTIN**
EVAN L. JAMES, ESQ. (7760)
DARYL E. MARTIN, ESQ. (6735)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: elj@cjmlv.com, dem@cjmlv.com
*Attorneys for Defendants Nevada Service Employees Union, Luisa Blue, and Martin Manteca*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER CABRERA, an individual; DEBORAH MILLER, an individual, CHERIE MANCINI, an individual; NEVADA SERVICE EMPLOYEES UNION STAFF UNION ("NSEUSU"), an unincorporated association,<br><br>Plaintiffs,<br><br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, a nonprofit cooperative corporation; LUISA BLUE, in her official capacity as Trustee of Local 1107; MARTIN MANTECA, in his official capacity as Deputy Trustee of Local 1107; MARY K. HENRY, in her official capacity as Union President; CLARK COUNTY PUBLIC EMPLOYEES ASSOCIATION dba NEVADA SERVICE EMPLOYEES UNION aka SEIU LOCAL 1107, a nonprofit cooperative corporation; CAROL NIETERS, an individual; DOES 1-20; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00304-RFB-DJA<br><br>**STIPULATION TO EXTEND PRETRIAL ORDER AND AVAILABILITY OF TRIAL DATES** |

The parties hereby notify the Court that they are unable to meet the Court's deadline for filing a pretrial order by April 14, 2021. The attorneys have met to discuss the pretrial order. The issues and evidence for trial are extensive and counsel cannot prepare an effective pretrial order in

the amount of time available to do so given current workload with other cases. The parties therefore stipulate and request that the court set the full pretrial order to be due by May 14, 2021.

The parties further inform the Court and stipulate to available trial dates of October 25-29, 2021 and thereafter. The parties' initial assessment is that the trial may take up to ten days to complete. The parties discussed the possibility of trial in July or August of 2021. However, attorney and witness scheduling conflicts preclude trial during those months.

CHRISTENSEN JAMES & MARTIN

By: /s/ Evan L. James
Evan L. James, Esq.
Nevada Bar No. 7760
7440 W. Sahara Avenue
Las Vegas, NV 89117
Tel.: (702) 255-1718
Fax: (702) 255-0871
elj@cjmlv.com
*Attorneys for Local 1107,
Luisa Blue, and Martin Manteca*

By: /s/ Michael J. Mcavoyamaya
Michael J. Mcavoyamaya, Esq.
Nevada Bar No. 14082
4539 Paseo Del Ray
Las Vegas, NV 89121
Tel.: (702) 299-5083
mmcavoyamayalaw@gmail.com
*Attorney for Plaintiffs*

ROTHNER, SEGALL & GREENSTONE

By: /s/ Eli Naduris-Weissman
Eli Naduris-Weissman, Esq.
Pro Hac Vice
510 S. Marengo Ave.
Pasadena, California 91101-3115
Tel.: (626) 796-7555
enaduris-weissman@rsglabor.com
*Attorneys for SEIU and
Mary Kay Henry*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 13th day of April, 2021.

**CERTIFICATE OF SERVICE**

I am an employee of Christensen James & Martin and caused a true and correct copy of the foregoing document to be served in the following manner on the date it was filed with the Court's ECF System.

✓    ELECTRONIC SERVICE:  Through the Court's E-Filing System to the following:

__    VIA UNITED STATES MAIL:

| | |
|---|---|
| Michael J. Mcavoyamaya, Esq.<br>4539 Paseo Del Ray<br>Las Vegas, NV 89121 | Email copy to: mcavoyamayalaw@gmail.com |
| Jonathan Cohen, Esq.<br>Eli Naduris-Weissman, Esq.<br>Carlos Coye, Esq.<br>Rothner, Segall & Greenstone<br>510 South Marengo Avenue<br>Pasadena, California 91101-3115 | Email copy to: jcohen@rsglabor.com<br>Email copy to: enaduris-weissman@rsglabor.com<br>Email copy to: ccoye@rsglabor.com |

CHRISTENSEN JAMES & MARTIN

By:    */s/ Evan L. James*
            Evan L. James