**CHRISTENSEN JAMES & MARTIN**
EVAN L. JAMES, ESQ. (7760)
DARYL E. MARTIN, ESQ. (6735)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: elj@cjmlv.com, dem@cjmlv.com
*Attorneys for Defendants Nevada Service Employees*
*Union, Luisa Blue, and Martin Manteca*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAVIER CABRERA, an individual; DEBORAH MILLER, an individual, CHERIE MANCINI, an individual; NEVADA SERVICE EMPLOYEES UNION STAFF UNION ("NSEUSU"), an unincorporated association,<br><br>Plaintiffs,<br><br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, a nonprofit cooperative corporation; LUISA BLUE, in her official capacity as Trustee of Local 1107; MARTIN MANTECA, in his official capacity as Deputy Trustee of Local 1107; MARY K. HENRY, in her official capacity as Union President; CLARK COUNTY PUBLIC EMPLOYEES ASSOCIATION dba NEVADA SERVICE EMPLOYEES UNION aka SEIU LOCAL 1107, a nonprofit cooperative corporation; CAROL NIETERS, an individual; DOES 1-20; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00304-RFB-DJA<br><br>**JOINDER** |

Nevada Service Employees Union (misnamed Clark County Public Employees Association aka SEIU Local 1107) ("Local 1107") hereby joins in the Service Employees International Union's Opposition to Plaintiffs' Countermotion to

-2-

Reconsider Plaintiff Miller's § 301 LMRA Claim, ECF No. 237 ("Response"). In joining the Response, the facts, arguments and positions asserted in the brief are adopted and reasserted by Local 1107 as well taken and as if its own.

Dated May 5, 2021.

                                            CHRISTENSEN JAMES & MARTIN

                                            By: */s/ Evan L. James*
                                            Evan L. James, Esq.
                                            Nevada Bar No. 7760
                                            7440 W. Sahara Avenue
                                            Las Vegas, NV 89117
                                            Tel.: (702) 255-1718
                                            Fax: (702) 255-0871
                                            *Attorneys for Local 1107, Luisa Blue, and Martin Manteca*

**CERTIFICATE OF SERVICE**

I am an employee of Christensen James & Martin and caused a true and correct copy of the foregoing document to be served in the following manner on the date it was filed with the Court's ECF System.

✓   ELECTRONIC SERVICE:  Through the Court's E-Filing System to the following:

__   VIA UNITED STATES MAIL:

| | |
|---|---|
| Michael J. Mcavoyamaya, Esq.<br>4539 Paseo Del Ray<br>Las Vegas, NV 89121 | Email copy to: mcavoyamayalaw@gmail.com |
| Jonathan Cohen, Esq.<br>Eli Naduris-Weissman, Esq.<br>Carlos Coye, Esq.<br>Rothner, Segall & Greenstone<br>510 South Marengo Avenue<br>Pasadena, California 91101-3115 | Email copy to: jcohen@rsglabor.com<br>Email copy to: enaduris-weissman@rsglabor.com<br>Email copy to: ccoye@rsglabor.com |

CHRISTENSEN JAMES & MARTIN

By: */s/ Evan L. James*
      Evan L. James