# Exhibit 2

# NSEUSU – Nevada Service Employees Union Staff Union

## GRIEVANCE FORM

| | |
|---|---|
| All Affected | Bargaining Unit Staff |
| **Employee Name** | **Job Title** |
| n/a       n/a       n/a | |
| **Department**   **Division**   **Phone #** | |
| Martin Manteca | 11/15/2017 |
| **Name of Immediate Supervisor** | **Date of Employee's Knowledge of Contract Violation** |
| Susan Smith | n/a |
| **Name of SEIU Representative** | **Date Employee was Notified of Demotion Or Other Discipline** |

NSEUSU has filed a grievance on behalf of Debbie Miller on October 29, 2017. Martin Manteca responded to our request for a Step I on November 15, 2017 stating "…I will act in the capacity as the SEIU Local 1107 President for Step 1's and the Executive Vice President, Luisa Blue, will act in the capacity as the Executive Board panel for Step 2's." This is a violation of Article 11 and we will not agree to it. The Article clearly states: "…a panel of 3 to 5 members from the Executive Board of SEIU Local 1107, exclusive of the SEIU Local 1107 President, will meet with the affected employee and his/her Union representative to try to resolve the problem." Nowhere in the CBA are trustees given rights to alter the Articles in the CBA.
**Statement of Grievance (state the facts that prompted you to file this grievance)**

Art – 11: Grievance and Arbitration Procedure
**Article violated**

SEIU office, 2250 S Rancho Dr #165, Las Vegas, NV 89102
**Where did this Occur?**

n/a
**Name of Any Witnesses**

That NSEUSU and SEIU Local 1107 obtain a list of all former EBoard members and through the striking process, mutually agree upon a panel of 3 to 5 members. This panel should be approximately ½ public sector and ½ private sector.
**Requested Remedy**

| | |
|---|---|
| /s/ Susan Smith | 11/28/2017 |
| **Signature of Union Representative** | **Date Grievance Filed** |

- *Must be received by the DEPARTMENT HEAD **within 10 working days** from the date of employee's knowledge of contract violation.*
- *Failure to submit a timely request may be grounds to deny the Grievance.*

| | |
|---|---|
| **Signature of Department Head** | **Date of Receipt** |

- COPY SENT TO PERSONNEL

Local - 0037