**ROTHNER, SEGALL & GREENSTONE**
GLENN ROTHNER (*pro hac vice*)
JONATHAN COHEN (10551)
ELI NADURIS-WEISSMAN (*pro hac vice*)
CARLOS COYE (*pro hac vice*)
510 South Marengo Avenue
Pasadena, California  91101-3115
Telephone:     (626) 796-7555
Fax:                (626) 577-0124
E-mail:           jcohen@rsglabor.com; enaduris-weissman@rsglabor.com;
                     ccoye@rsglabor.com

**CHRISTENSEN JAMES & MARTIN**
EVAN L. JAMES (7760)
DARYL E. MARTIN (6735)
7440 West Sahara Avenue
Las Vegas, Nevada  89117
Telephone:     (702) 255-1718
Fax:                (702) 255-0871
Email:            elj@cjmlv.com; dem@cjmlv.com

Attorneys for Service Employees International Union
         and Mary Kay Henry

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER CABRERA, an individual; DEBORAH MILLER, an individual, CHERIE MANCINI, an individual, NEVADA SERVICE EMPLOYEES UNION STAFF UNION ("NSEUSU"), an unincorporated association,<br><br>             Plaintiffs,<br><br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION. a nonprofit cooperative corporation; LUISA BLUE, in her official capacity as Trustee of Local 1107; MARTIN MANTECA, in his official capacity as Deputy Trustee of Local 1107; MARY K. HENRY, in her official capacity as Union President; CLARK COUNTY PUBLIC EMPLOYEES ASSOCIATION dba NEVADA SERVICE EMPLOYEES UNION aka SEIU 1107, a non-profit cooperative corporation; DOES 1-20; and  ROE CORPORATIONS 1-20, inclusive,<br><br>             Defendants. | Case No.: 2:18-cv-00304-RFB-DJA<br><br>**JOINT STIPULATION AND REQUEST TO RESCHEDULE SETTLEMENT CONFERENCE;**<br>**DECLARATION OF COUNSEL** |

1

On June 6, 2021, based upon the parties' joint request and the Court's referral (ECF No. 241), the Magistrate Judge ordered a mandatory settlement conference to be held on August 2, 2021 (ECF No. 242). Unfortunately, counsel for Defendant Service Employees International Union is not available on that date, due to pre-planned vacation travel. *See* Declaration of Eli Naduris-Weissman.

Counsel for all parties have spoken with their clients or client representatives and met and conferred to find alternative dates of availability, and hereby stipulate to their availability and request to reschedule the settlement conference to either of the following dates: August 13, 2021 or August 31, 2021.

Respectfully submitted,

| CHRISTENSEN JAMES & MARTIN | ROTHNER, SEGALL & GREENSTONE |
|---|---|
| By ___/s/ *Evan James*___<br>Evan L. James, Esq.<br>Nevada Bar No. 7760<br>7440 W. Sahara Avenue<br>Las Vegas, NV 89117<br>Tel.: (702) 255-1718<br>Fax: (702) 255-0871<br>elj@cjmlv.com<br>*Attorneys for Defendant Local 1107, Luisa Blue, and Martin Manteca* | By: ___/s/ *Eli Naduris-Weissman*___<br>Eli Naduris-Weissman, Esq.<br>Pro Hac Vice<br>510 S. Marengo Ave.<br>Pasadena, California 91101-3115<br>Tel.: (626) 796-7555<br>Fax.: (626) 577-0124<br>enaduris-weissman@rsglabor.com<br>*Attorneys for SEIU and Mary K. Henry* |

By: ___/s/ *Michael J. Mcavoyamaya*___
Michael J. Mcavoyamaya, Esq.
Nevada Bar No. 14082
4539 Paseo Del Ray
Las Vegas, NV 89121
Tel.: (702) 299-5083
mmcavoyamayalaw@gmail.com
*Attorney for Plaintiffs*

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
Daniel J. Albregts
United States Magistrate Judge

2

**ROTHNER, SEGALL & GREENSTONE**
GLENN ROTHNER (*pro hac vice*)
JONATHAN COHEN (10551)
ELI NADURIS-WEISSMAN (*pro hac vice*)
CARLOS COYE (*pro hac vice*)
510 South Marengo Avenue
Pasadena, California  91101-3115
Telephone:	(626) 796-7555
Fax:	(626) 577-0124
E-mail:	jcohen@rsglabor.com; enaduris-weissman@rsglabor.com;
	ccoye@rsglabor.com

**CHRISTENSEN JAMES & MARTIN**
EVAN L. JAMES (7760)
DARYL E. MARTIN (6735)
7440 West Sahara Avenue
Las Vegas, Nevada  89117
Telephone:	(702) 255-1718
Fax:	(702) 255-0871
Email:	elj@cjmlv.com; dem@cjmlv.com

Attorneys for Service Employees International Union
	and Mary Kay Henry

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER CABRERA, an individual; DEBORAH MILLER, an individual, CHERIE MANCINI, an individual, NEVADA SERVICE EMPLOYEES UNION STAFF UNION ("NSEUSU"), an unincorporated association,<br><br>    Plaintiffs,<br><br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION. a nonprofit cooperative corporation; LUISA BLUE, in her official capacity as Trustee of Local 1107; MARTIN MANTECA, in his official capacity as Deputy Trustee of Local 1107; MARY K. HENRY, in her official capacity as Union President; CLARK COUNTY PUBLIC EMPLOYEES ASSOCIATION dba NEVADA SERVICE EMPLOYEES UNION aka SEIU 1107, a non-profit cooperative corporation; DOES 1-20; and ROE CORPORATIONS 1-20, inclusive,<br><br>    Defendants. | Case No.: 2:18-cv-00304-RFB-DJA<br><br>**DECLARATION OF ELI NADURIS-WEISSMAN** |

3

**Declaration of Eli Naduris-Weissman**

I, Eli Naduris-Weissman, declare that:

1. [Identify] I am a member of the law firm of Rothner, Segall & Greenstone and am counsel to Defendant Service Employees International Union ("SEIU") in this case. I have litigated this case extensively since SEIU's involvement, and am the attorney at my firm most familiar with the facts and legal issues at stake in this case.

2. [Unavailability for Settlement Conference] Prior to receiving the Order scheduling a settlement conference, I had already prepared travel plans and purchased tickets for a family vacation and will be unavailable from July 26 through August 10, 2021. As such, I am unable to attend the settlement conference on the currently scheduled date of August 2, 2021.

3. [Availability of All Parties] I have confirmed availability of SEIU's client representative, and conferred with the counsel signing this stipulation who have indicated their availability, and their clients' availability, on August 13, 2021 and August 31, 2021.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct. Executed this 14th day of June, 2021, at Pasadena, California.

        /s/ *Eli Naduris-Weissman*
        Eli Naduris-Weissman

4

**CERTIFICATE OF SERVICE**

I am a member of Rothner, Segall & Greenstone. On this 15th day of June, 2021, I caused a true and correct copy of the foregoing **JOINT STIPULATION AND REQUEST TO RESCHEDULE SCHEDULING CONFERENCE; DECLARATION OF COUNSEL** to be served in the following manner:

✓   ELECTRONIC SERVICE: Pursuant to LR IC 4-1 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served through the Notice of Electronic Filing automatically generated by the Court.

ROTHNER, SEGALL & GREENSTONE

By  /s/ *Eli Naduris-Weissman*
     ELI NADURIS-WEISSMAN