# Exhibit 2



Michael Mcavoyamaya <mmcavoyamayalaw@gmail.com>

## Javier Cabrera, et al. v. SEIU, et al.; USDC Case No. 2:18-cv-00304-RFB-DJA
2 messages

**Rosa Rozman** <rrozman@rsglabor.com>  Mon, Aug 12, 2019 at 3:57 PM
To: "mmcavoyamayalaw@gmail.com" <mmcavoyamayalaw@gmail.com>
Cc: Eli Naduris-Weissman <enaduris-weissman@rsglabor.com>, Jonathan Cohen <jcohen@rsglabor.com>, Carlos Coye <ccoye@rsglabor.com>, "elj@cjmlv.com" <elj@cjmlv.com>

Dear Mr. McAvoyamaya:

Attached please find DEFENDANTS SERVICE EMPLOYEES INTERNATIONAL UNION'S AND MARY KAY HENRY'S EXPERT WITNESS DISCLOSURE.  Copy to follow via U.S. Mail.

**Rosa Rozman**

Legal Secretary

Rothner, Segall & Greenstone

510 South Marengo Avenue

Pasadena, CA 91101-3115

Tel:   (626) 796-7555, ext. 117

Fax:  (626) 577-0124

*This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s).  Any review, use, distribution or disclosure by others is strictly prohibited.  If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.*

 **2019.08.12.Defendants' Expert Witness Disclosure.pdf**
866K

**MIchael Mcavoyamaya** <mmcavoyamayalaw@gmail.com>  Mon, Aug 12, 2019 at 4:06 PM
To: Rosa Rozman <rrozman@rsglabor.com>
Cc: Eli Naduris-Weissman <enaduris-weissman@rsglabor.com>, Jonathan Cohen <jcohen@rsglabor.com>, Carlos Coye <ccoye@rsglabor.com>, elj@cjmlv.com

This is not an expert witness disclosure. I am confused, are you requesting that I stipulate to extending the expert witness deadline?

[Quoted text hidden]