# Exhibit 3

**ROTHNER, SEGALL & GREENSTONE**
JONATHAN COHEN (10551)
ELI NADURIS-WEISSMAN *(pro hac vice)*
CARLOS COYE *(pro hac vice)*
510 South Marengo Avenue
Pasadena, California 91101-3115
Telephone: (626) 796-7555
Fax: (626) 577-0124
E-mail: jcohen@rsglabor.com; enaduris-weissmna@rsglabor.com; ccoye@rsglabor.com

**CHRISTENSEN JAMES & MARTIN**
EVAN L. JAMES (7760)
DARYL E. MARTIN (6735)
7440 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Fax: (702) 255-0871
Email: elj@cjmlv.com; dem@cjmlv.com

Attorneys for Service Employees International Union and Mary Kay Henry

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER CABRERA, an individual; DEBORAH MILLER, an individual, CHERIE MANCINI, an individual, NEVADA SERVICE EMPLOYEES UNION STAFF UNION ("NSEUSU"), an unincorporated association,<br><br>Plaintiffs,<br><br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION. a nonprofit cooperative corporation; LUISA BLUE, in her official capacity as Trustee of Local 1107; MARTIN MANTECA, in his official capacity as Deputy Trustee of Local 1107; MARY K. HENRY, in her official capacity as Union President; CLARK COUNTY PUBLIC EMPLOYEES ASSOCIATION dba NEVADA SERVICE EMPLOYEES UNION aka SEIU 1107, a non-profit cooperative corporation; DOES 1-20; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No.: 2:18-CV-00304-RFB-DJA<br><br>**DEFENDANTS SERVICE EMPLOYEES INTERNATIONAL UNION'S AND MARY KAY HENRY'S EXPERT WITNESS DISCLOSURE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(A)-(B), parties must disclose to other parties in this matter the identity of any expert witnesses they may use at trial, as well as written reports by these expert witnesses. Defendants Service Employees International Union ("SEIU International") and Mary Kay Henry (collectively referred to herein as "Defendants") intend, and hereby reserve their right, to retain expert witnesses to evaluate any claim of damages averred by Plaintiffs.

Nonetheless, Defendants believe that it is premature to retain and, thus, to disclose any expert witness at this stage of the case. First, Defendants' motion to dismiss and motion to sever remain pending. The outcome of those motions would substantially affect the scope of this litigation, including damages. Second, SEIU International propounded discovery on Plaintiffs, including interrogatories and requests for production of documents, on July 12, 2019, but have not received responses to date. Consequently, apart from broad, conclusory statements asserted in Plaintiffs' First Amended Complaint, Defendants have no further information regarding Plaintiffs' alleged damages for an expert witness to evaluate.

Thus, Defendants reserve their right to disclose expert witnesses after the pending motions to dismiss are resolved, they receive complete discovery responses to outstanding discovery from Plaintiffs, and have sufficient opportunity for any retained experts to evaluate those responses. Defendants also reserve the right to designate and call at the time of trial any expert witness designated by another party. Defendants further reserve the right to call as an expert witness any expert witness necessary to refute or respond to unanticipated evidence offered by any party during the cases in chief or rebuttal. Defendants also reserve the right to call as an expert witness any expert witness necessary for the impeachment of another party's expert

/ / /

/ / /

/ / /

/ / /

/ / /

witnesses or other witnesses. Lastly, Defendants reserve the right to designate and call at the time of trial any of Plaintiffs' treating physicians or health care providers.

DATED: August 12, 2019

ROTHNER, SEGALL & GREENSTONE
JONATHAN COHEN
ELI NADURIS-WEISSMAN (*pro hac vice*)
CARLOS COYE (*pro hac vice*)

CHRISTENSEN JAMES & MARTIN
EVAN L. JAMES
DARYL E. MARTIN

By ______________________
ELI NADURIS-WEISSMAN
(*pro hac vice*)
510 South Marengo Avenue
Pasadena, CA 91101-3115
Tel: (626) 796-7555; Fax: (626) 577-0124
*Attorneys for Service Employees International Union and Mary Kay Henry*

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 510 South Marengo Avenue, Pasadena, California 91101.

On August 12, 2019, I served the foregoing document described as **DEFENDANTS SERVICE EMPLOYEES INTERNATIONAL UNION'S AND MARY KAY HENRY'S EXPERT WITNESS DISCLOSURE** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Michael J. Mcavoyamaya
4539 Paseo Del Ray
Las Vegas, Nevada 89121
mmcavoyamayalaw@gmail.com

[X] **(By Mail)**
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice I place all envelopes to be mailed in a location in my office specifically designated for mail. The mail then would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit. Executed on August 12, 2019.

[X] **(By Electronic Transmission (E-Mail))**
Based on a Court order or on an agreement by the parties to accept service by e-mail or electronic transmission, I caused the document(s) described above to be sent from e-mail address rrozman@rsglabor.com to the persons at the e-mail address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X] **(Federal Court)**
I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Rosa Rozman