# Exhibit 6

**CHRISTENSEN JAMES & MARTIN**
EVAN L. JAMES, ESQ. (7760)
DARYL E. MARTIN, ESQ. (6735)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: elj@cjmlv.com, dem@cjmlv.com
*Attorneys for Defendants Nevada Service Employees Union, Luisa Blue, and Martin Manteca*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JAVIER CABRERA, an individual; DEBORAH MILLER, an individual, CHERIE MANCINI, an individual; NEVADA SERVICE EMPLOYEES UNION STAFF UNION ("NSEUSU"), an unincorporated association,

Plaintiffs,

vs.

SERVICE EMPLOYEES INTERNATIONAL UNION, a nonprofit cooperative corporation; LUISA BLUE, in her official capacity as Trustee of Local 1107; MARTIN MANTECA, in his official capacity as Deputy Trustee of Local 1107; MARY K. HENRY, in her official capacity as Union President; CLARK COUNTY PUBLIC EMPLOYEES ASSOCIATION dba NEVADA SERVICE EMPLOYEES UNION aka SEIU LOCAL 1107, a nonprofit cooperative corporation; CAROL NIETERS, an individual; DOES 1-20; and ROE CORPORATIONS 1-20, inclusive,

Defendants.

Case No.: 2:18-cv-00304-RFB-DJA

**LOCAL 1107, MANTECA AND BLUE'S EXPERT WITNESSES DISCLOSURES**

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

Luisa Blue, Martin Manteca and Nevada Service Employees Union (misnamed Clark County Public Employees Association aka SEIU Local 1107) (collectively "Local 1107 Defendants") hereby make the following disclosures pursuant to FRCP 26(a)(2).

EXPERT WITNESSES

1. Kirk Marangi, M.B.A.
2. Edward L. Bennett, M.A., C.R.C., C.D.M.S.

DOCUMENTS

1. Report by Kirk Marangi with accompanying tables and attachments, Bates stamped for reference as "Marangi – 001" through "Marangi – 018".

Tables

A. Table 1, Rebuttal Report;
B. Table 2, Source of Information;
C. Table 3, Kirkendall Exhibit C-1 with Rebuttal Assumptions;
D. Table 4, Kirkendall Exhibit C-2 with Rebuttal Assumptions;
E. Table 5, Kirkendall Exhibit D with Rebuttal Assumptions;
F. Attachment I, CV;
G. Attachment II, List of Expert Testimony;
H. Attachment III, Fee Schedule.

2. Report by Edward L. Bennett with accompanying exhibits, Bates stamped for reference as "Bennett – 001" through "Bennett – 083".

Exhibits

A. List of Records Reviewed;
B. List of Labor Unions in Nevada;
C. List of Labor Unions in Las Vegas/Henderson, NV;
D. Curriculum Vitae;
E. Fee Schedule;

F. List of Expert Testimony.

DATED this 10th day of October 2019.

CHRISTENSEN JAMES & MARTIN

By: */s/ Evan L. James*
Evan L. James, Esq.
Nevada Bar No. 7760
7440 W. Sahara Avenue
Las Vegas, NV 89117
Tel.: (702) 255-1718
Fax: (702) 255-0871
*Attorneys for Defendant Nevada Service Employees Union, Luisa Blue, and Martin Manteca*

CERTIFICATE OF SERVICE

I am an employee of Christensen James & Martin and caused a true and correct copy of the foregoing document to be served in the following manner on October 10, 2019

__ ELECTRONIC SERVICE: Through the Court's E-Filing System to the following:

✓ VIA UNITED STATES MAIL:

Michael J. Mcavoyamaya, Esq.
4539 Paseo Del Ray
Las Vegas, NV 89121

Email copy to: mmcavoyamayalaw@gmail.com

Jonathan Cohen, Esq.
Eli Naduris-Weissman, Esq.
Carlos Coye, Esq.
Rothner, Segall & Greenstone
510 South Marengo Avenue
Pasadena, California 91101-3115

Email copy to: jcohen@rsglabor.com
Email copy to: enaduris-weissman@rsglabor.com
Email copy to: ccoye@rsglabor.com

CHRISTENSEN JAMES & MARTIN

By: */s/ Natalie Saville*
Natalie Saville