# Exhibit 8

# Curriculum Vitae             Kevin B. Kirkendall, MBA, CPA-CGMA, CFE

## POSITION

*Principal*, Kirkendall Consulting Group, L.L.C.

## EDUCATION

*Masters of Business Administration* – Idaho State University, 1995
*Bachelor of Accounting* – Utah State University, 1994
*Associates of Accounting* – Brigham Young University – Idaho, 1992

## PROFESSIONAL DESIGNATIONS

Certified Public Accountant (**CPA**)
Certified Fraud Examiner (**CFE**)

## PROFESSIONAL AFFILIATIONS

American Academy of Economic and Financial Experts (**AAEFE**)
National Association of Forensic Economics (**NAFE**)
Association of Certified Fraud Examiners (**ACFE**)
Collegium of Pecuniary Damages Experts – Assistant Secretary **(CPDE)**
Nevada State Bar; Fee Dispute Arbitrator
Nevada State Bar; Fee Dispute Mediator

## BUSINESS HISTORY

**Kirkendall Consulting Group, L.L.C.** (Las Vegas):  *Principal* (2000 - current)

**Main Stuart & Co.** (Las Vegas): *Director – Litigation Support/Business Valuation Services* (1998 - 2000)

**PricewaterhouseCoopers LLP** (Las Vegas/Phoenix):  *Senior Associate – Litigation Support Services* (1996–1998)

**Piercy, Bowler, Taylor & Kern** (Las Vegas):  *Associate 1995*

## Nevada CLE Course Authored and Taught

Hedonic Damages in Personal Injury and Wrongful Death
Economic Damages in Commercial Litigation
Economic Damages in Personal Injury and Wrongful Death
The Use of Financial Statements in Litigation