# Exhibit 9

# REPORT BY DEFENDANT'S EXPERT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE §26(a)(2), (A) and (B)

## MILLER, Deborah vs. Service Employees International Union

Date of Report
**10/4/19**

Prepared by

Edward L. Bennett, M.A., C.R.C., C.D.M.S.
Diplomate, American Board of Vocational Experts

COAST REHABILITATION SERVICES, INC.

Bennett - 001

**TABLE OF CONTENTS**

I.      Vital Statistics .................................................................................................... 3
II.     Vocational History ............................................................................................. 5
III.    Earnings History/Potential ................................................................................. 9
IV.     Analysis of Duty to Mitigate Damages ............................................................ 11
V.      Present Vocational Potential, Occupational Receptivity and Earnings Capacity .......... 19
VI.     General Opinions and/or Conclusions .............................................................. 23
VII.    Data and Other Information Considered by Witness in Forming Opinions.................. 24
VIII.   List of Exhibits Being Used to Support Opinions ............................................ 24
IX.     Qualifications of Witness.................................................................................. 24
X.      Compensation .................................................................................................. 25
XI.     Expert Testimony, Either in Deposition or in Court, Within the Last Four Years ........ 25

Bennett - 002



# Coast Rehabilitation Services, Inc.

Mail all correspondence to the Santa Barbara office
■ 5290 Overpass Road, Suite 118, Santa Barbara, CA 93111 • (805) 692-1823
• Fax (805) 692-1827 • E-mail: info@coastrehabservicesinc.com

## Report by Defendant's Expert Pursuant to
## Federal Rule of Civil Procedure §26(a)(2), (A) and (B)

| | | |
|---|---|---|
| RE | : | MILLER, Deborah vs. Service Employees International Union |
| COURT VENUE | : | U.S. District Court of Nevada |
| CASE NO. | : | 2:18-cv-304-RFB-CWH |
| DATE OF TERMINATION | : | 1/8/18 |
| OCCUPATION | : | **Lead Organizer with SEIU (Service Employees International Union, Las Vegas)** |
| PRE-TERMINATION MEDICAL CONDITION | : | Diabetes (not insulin dependent) |
| DATE OF REPORT | : | 10/4/19 |

*Relevant Timeline & Other Pertinent Information—*

| | | |
|---|---|---|
| Date began work with SEIC | : | 4/23/09 |
| Last date worked prior to termination | : | ~9/28/17 [1] (placed on disability per 9/28/17 Physician RTW Form/Dr. Liu) |
| Date expected to RTW from disability | : | --10/17/17 (*10/11/17 Physician RTW Form/Dr. Liu*) <br> --10/30/17 (*10/26/17 Ltr to P by SEIU Mgmt.*) <br> --1/8/18 (*1/3/18 Letter by Local 1107 Denying Grievance*) |
| Date RTW'd from disability leave | : | N/A. "On approved medical leave from before and through 10/17 and had not worked since then until the date of her announced separation, 1/7/18. She also did not work until the date of her final paycheck.(*2/6/18 Ltr to NV Dept. of Employment by S. McDonald Esq./Urbin Law Firm*) |
| Date of voluntary resignation | : | 1/7/18 |
| Date of termination (DOT) | : | 1/8/18 (*8/12/19 P's Economist*) |

---

[1] Per a 4/27/18 letter by plaintiff's attorney, her last date worked may actually have been earlier, sometime between 9/19/17 (when she saw her PCP regarding a fall sustained on 9/13/17, and he alluded to an upcoming, prescheduled trip to Canada to see her parents) and 9/25/17 (when she collapsed again at a restaurant in Canada). It is unknown how much, if at all, she worked between her 9/13/17 fall and >9/25/17 return from vacation.

Bennett - 003

Report by Defendant's Expert Pursuant to FRCP §26(a)(2), (A) and (B)
RE: MILLER, Deborah vs. Service Employees International Union
Page 2

| | | |
|---|---|---|
| Last date of paid employment | : | Paid through ▶**1/12/18** though she in fact did not work. *(2/6/18 Ltr to NV Dept. of Employment by S. McDonald Esq./Urbin Law Firm)* |
| Age at DOT | : | 56.77 years |
| Current age | : | 58.50 years |
| Earnings at date of separation | : | $74,847.75/year |

*Mitigation Effort—*

| | | |
|---|---|---|
| Time elapsed since DOT | : | 1.7 years |
| Date commenced job search | : | **11/1/17** (▶**2 months *prior* to termination**) |
| Job search period | : | **11/1/17 to 9/13/19** (**1.83 years**, **22.4 months**, **97 weeks**, or **485 work days**) [2] |
| First date of employment post-DOT | : | **3/19/18** (with DaVita, where she remains working to date) |
| Time required to locate employment | : | **4.5 months** |
| Period of unemployment post-DOI | : | **2.35 months** |
| Most recent job search contact | : | **5/27/19** *(9/13/19 P's Resp to Rogs Exhibit A)* |
| # contacts made [11/1/17 - 9/13/19] | : | **42** (including **40 contacts** listed by plaintiff in her 9/13/19 Response to Interrogatories plus apparent applications to **Teletech & DaVita**, both of which offered her jobs) |
| Intensity of job search | : | Considering 11/1/17 to 9/13/19[1], **22.95/year; 1.88/month; 0.43/week; 0.08/day.** |
| Emphasis of job search | : | **Labor relations ▶x3; HR x30; other/clerical etc. x7.** |
| Earnings demonstration post-DOT | : | 2018 Teletech **$486.46**; 3/19/18 – 7/6/19 DaVita/Healthcare Partners **$40,11.33**. Total 2018 – 7/6/19 **$41,297.79**. |

Reason for Referral

The file of Deborah Miller was referred to the office of Coast Rehabilitation Services by Eli Naduris-Weissman, Esq. (second chair), of the firm Rothman, Segall & Greenstone, initially via the phone on 8/6/19, with formal retention entered into via contract dated 9/4/19 with Grace Vergara, Executive Director of Nevada Service Employees Union Local 1109, as well as receipt of a retention check from Nevada Service Employees Union (check #320805 dated 9/3/19).

The purpose of the referral, per Specific Services Requested checklist in the Retainer Agreement, was for this office to perform the following:

1) **Vocational Evaluation to determine post-termination employability and earnings capacity;**
2) **Rebuttal of the Vocational Evaluation by plaintiff's expert**; and
3) **Analysis of plaintiff's duty to mitigate damages.**

---

[2] From date of first contact noted on plaintiff's list of job search contacts to 9/13/19 date of plaintiff's response to interrogatories providing list of job search contacts as of that date.

Bennett - 004

Report by Defendant's Expert Pursuant to FRCP §26(a)(2), (A) and (B)
RE: MILLER, Deborah vs. Service Employees International Union
Page 3

The evaluation is based upon the record as provided (listed on attached **Exhibit A** to this report, this counselor's file reviews 1-24, with file #1 received 8/30/19; #2-22 received 9/16/19; and #23-24 received 9/27/19).

Edward L. Bennett, M.A., Certified Rehabilitation Counselor, Certified Disability Management Specialist, Diplomate, American Board of Vocational Experts, of Coast Rehabilitation Services, Inc., submits the following report:

**I.**     **Vital Statistics**

|  |  |  |
|---|---|---|
| A. | Plaintiff: | Deborah Miller |
| B. | Date of birth: | 3/21/61 |
| C. | Current address: | **9234 Camden Heights Ct., Las Vegas, NV 89123** |
| D. | Educational attainment: | **•B.S.C., International Relations**, from Elmira College, Elmira, NY. |
|  |  | **•6-month internship, United Nations HQ**, New York City, NY (dates not provided). |

Research International Studies Major at Elmira College:

**International Studies** at Elmira College encompasses and **overlaps with many disciplines** such as **Anthropology, Comparative Literature,, Economics, International Business, Political Science, Sociology**, and **various language studies**, to name a few. As a result, there are **numerous possibilities of specialization** and **a degree in International Studies can lead to a ► wide variety of career paths**. International Studies majors, in addition to several basic requirements, complete requirements for one of the 3 areas of international studies: European, Asian, and General. Special emphasis is placed on foreign language skills and cross-cultural experiences.

|  |  |  |
|---|---|---|
| E. | Licenses and/or certifications: | **•Certificate of Training** from **FMCS (Federal Mediation Conciliatory Services)** (just cause & steward training). |

Report by Defendant's Expert Pursuant to FRCP §26(a)(2), (A) and (B)
RE: MILLER, Deborah vs. Service Employees International Union
Page 4

•**Labor Arbitration Certification** from **Labor Arbitration Institute** (labor law & arbitration).

F.    Legal:

Disability
•*Work Status:* **No work x2 weeks**. (*9/28/17 Physician RTW Form/Dr. Liu*)
•**May RTW 10/17/17**. Patient has bilateral hip pain with diabetic neuropathy; recommend desk job. (*10/11/17 Physician RTW Form/ Dr. Liu*)
•Patient **may not exceed 50% sitting and 50% standing during her shift until 1/23/18**. (*10/23/17 Physician RTW Form/Dr. Liu*)

Union Grievance
•**10/29/17 grievance filed by NSEUSU (Nevada Service Employees Union Staff Union)** on behalf of Ms. Miller over **denial of accommodations**.
•**1/3/18 grievance denied** via letter sent by Local 1107, expressing **unreasonableness of requested accommodations** and **directing Ms. Miller to return to work on 1/8/18**.

Voluntary Termination
•**1/7/18**, Ms. Miller informed Local 1107 that she **would *not* RTW**.

Unemployment Benefits
•**1/22/18**, applied for **unemployment benefits**.
•**2/12/18**, **denied unemployment benefits** because she **voluntarily quit without good cause**.
•**3/20/18**, hearing on **unemployment insurance appeal**.
•**4/11/18**, **appeal denied re UE benefits**.

EEOC Charge of Discrimination
•**3/7/18**, Ms. Miller filed a **discrimination charge with EEOC based on disability**.

Bennett - 006

Report by Defendant's Expert Pursuant to FRCP §26(a)(2), (A) and (B)
RE: MILLER, Deborah vs. Service Employees International Union
Page 5

## II.   Vocational History

### A.   Pre-Termination

It should be noted that plaintiff was 40 years old as of 4/23/09 when she was hired by the SEIU, and yet no information is provided relative to her work history prior to that date.

- Dates:
  **•4/23/09 – 1/7/18 (8 years 10 month)**. (*Attorney Work Product/Timeline of Claims & Mitigation; 10/3/19 P's LinkedIn Profile*)
  **•2009 to 2018** (*>3/18 P's Resume*)

  Employer:
  **SEIU (Service Employees International Union, Local 1107)** (*>3/18 P's Resume; 10/3/19 P's LinkedIn Profile*)

  Address:
  **Las Vegas, NV** (*>3/18 P's Resume; 10/3/19 P's LinkedIn Profile*)

  Job title:
  **Lead Organizer** (*>3/18 P's Resume; 10/3/19 P's LinkedIn Profile*)

  Job duties:
  Enforced collective bargaining agreements for staff at 3 major healthcare companies in Las Vegas, as well as for all Clark County employees, and empowered them to understand their rights. Handled every aspect of the grievance process including representation, conflict resolution, arbitration, and settlements. Also tracked grievances to ensure adherence to timelines. Ensured that all employees were afforded due process. Trained staff and Union members on disciplinary actions, policy changes, and state and federal regulations. Maintained files and kept them confidential. Brought an education fund to St. Rose/Dignity Health and fought to retain it through ongoing bargaining process. Collaborated with employees, directors, and HR. Planned and facilitated meetings. SEIU Acting Political Coordinator during 2016 primary and general election. Trained members to canvass and phone bank for endorsed candidates. Conducted new employee orientations for St. Rose/ Dignity Health. Trained personnel to handle grievances and to understand the 7 steps of just cause. Implemented collective bargaining agreements and build a productive working relationship between Union membership and their respective organizations. (*>3/18 P's Resume; 10/3/19 P's LinkedIn Profile*)

  Supervisor:
  No information provided.

Bennett - 007

Report by Defendant's Expert Pursuant to FRCP §26(a)(2), (A) and (B)
RE: MILLER, Deborah vs. Service Employees International Union
Page 6

| | |
|---|---|
| Full-time/part-time: | No information provided. |
| OT: | No information provided. |
| Earnings: | •2017, **$67,564.41**. (*2017 W-2/NSEU*) |
| | •2018, **$11,945.36**. (*2018 W-2/NSEU*) |
| Performance: | No information provided. |
| Benefits: | No information provided. |
| Reason for leaving: | **Voluntarily quit**. |

Difficulties in Work Prior to Termination:

*Per Plaintiff's Attorney—*

- On 9/13/17, after a rally at Rancho High School that was part of the Trustees' new program, … Ms. Miller **collapsed in the parking lot at work while getting out of her car due to her inability to keep her blood sugar levels in check**. She had **severe burning and stabbing pains in her legs after the fall**. On 9/19/17, she saw her PCP Dr. Venkat, who **treats her diabetes**. He recommended she see orthopedist/Dr. Liu, when she returned from a pre-scheduled trip to see her parents. On **9/25/17**, while in Canada visiting her parents, she **collapsed a second time at a restaurant due to her blood sugar fluctuating to dangerous levels**. At her appointment with Dr. Liu, he took hip x-rays and recommended she **take 2 weeks off work**. (*4/27/18 Letter Re Appeal of UI Decision by P's Attorneys*)

.........................................................................................................................................

B.   **Post-Termination**

- Dates:                   **1/7/18 to ~1/15/18** (from date quit work at SEIU to date hired by Teletech)

  Period of UE:        **1 week**

.........................................................................................................................................

- Dates:                   **~1/15/18** (*9/13/19 P's Resp to Rog 5*)

  Employer:             **Teletech (TTEC) Healthcare Solutions Inc.** (*2/12/19 Interview Notes/Nevada IU Ofc.*)

  Address:               **9197 S. Peoria St., Englewood, CO 80112** (*2018 W-2/TTEC Healthcare Solutions Inc.*)

  Job title:              **Customer Service** and/or **Medical Records Clerk**.

  Job duties:           No information provided.

  Supervisor:           No information provided.

  Full-time/part-time:  No information provided.

  OT:                     No information provided.

  Earnings:             •**$486.46** (*2018 W-2/Teletech*)

Bennett - 008

Report by Defendant's Expert Pursuant to FRCP §26(a)(2), (A) and (B)
RE: MILLER, Deborah vs. Service Employees International Union
Page 7

|  |  |
|---|---|
|  | •<$200 (*Attorney Work Product/Timeline of Claims & Mitigation*) |
| Performance: | N/A |
| Benefits: | No information provided. |
| Reason for leaving: | •Per plaintiff's attorney: **Never actually worked for this company**. She was promised a customer service position and told it would not be in medical records. When she showed up for training, she found out the position was in medical records which she was not familiar with, and expressly told them she did not know how or wish to do. **She ended the training** and per plaintiff, received a check for under $200 for her time in the training program. (*Attorney Work Product/Timeline of Claims & Mitigation*) |

•In **early 2018**, plaintiff **accepted a Customer Service position that was not medical records with TTec Healthcare Solutions Inc.** However, **after attending training sessions**, TTec informed plaintiff she would be **working in the medical records** division nonetheless, which plaintiff expressly stated was **not an acceptable position** and **refused to take the different position from what she was promised**. (*9/13/19 P's Resp to Rog 4*)

•~1/15/18, accepted a **Customer Service position with TTec Healthcare Solutions**. Upon completing training, employer informed plaintiff she would not be given the Customer Service position promised and would have to accept a position in medical records if she wished to be employed. The **position was not acceptable**, and plaintiff **rejected employment with TTec** in the different position than she was initially promised. She **never actually began working for TTec in any formal position**. (*9/13/19 P's Resp to Rog 5*)

...........................................................................................................................................

| • Dates: | **~1/15/18 to 3/19/18** (from date quit work at Teletech to date hired by Healthcare Partners/DaVita) |
|---|---|
| Period of UE: | **~2 months** |

...........................................................................................................................................

Bennett - 009

Report by Defendant's Expert Pursuant to FRCP §26(a)(2), (A) and (B)
RE: MILLER, Deborah vs. Service Employees International Union
Page 8

| | |
|---|---|
| • Dates: | **3/19/18 to Present** (**1 year 8 months**) (*>3/18 P's Resume; Attorney Work Product/Timeline of Claims & Mitigation;* ▶ **9/9/19** *P's Resp to Rogs #4 & 5*) |
| Employer: | **Healthcare Partners/DaVita Med. Grp.** (*>3/18 P's Resume; Attorney Work Product/Timeline of Claims & Mitigation; 10/3/19 P's LinkedIn Profile*) |
| Nature of business: | Network of more than 310 primary care physicians and more than 1,70 specialists committed to delivering the highest quality of care to all of our patients. Our Coordinated Care Model provides patient centered comprehensive primary care, specialty care, and urgent care services. Found in 1996, HealthCare Partners has medical clinics and specialty care affiliates throughout Pahrump, Las Vegas, North Las Vegas, Henderson, Mesquite, and Boulder City. (*DaVita Med. Grp. Website*) |
| Address: | **Las Vegas, NV** (*>3/18 P's Resume*) |
| Job title: | **Patient Services Representative** (*>3/18 P's Resume; Attorney Work Product/Timeline of Claims & Mitigation; 9/13/19 P's Resp to Rog 5; 10/3/19 P's LinkedIn Profile*) |
| Job duties: | •Scheduling for 30+ providers. Patient registration via Trinity/Intergy system. Handle all incoming emergency calls. Handle average of 90 calls/day. (*>3/18 P's Resume; 10/3/19 P's LinkedIn Profile*) |
| | •Her duties are **answering all incoming calls, scheduling appointments, direct emergency calls to providers, and work with personnel at all clinics for patient care related matters**. (*9/13/19 P's Resp to Rog 5*) |
| | *Essential Functions:* Responsible for quality and continuous improvement within job scope. Responsible for all actions/responsibilities as described in company-controlled documents for the position. Contribute to and support the corporation's quality initiative by planning, communicating, and encouraging team and individual contributions towards the corporation's quality improvement efforts. **Greet telephone callers in friendly manner** and **direct calls to persons or departments they are seeking**. **Obtain information from callers as needed for taking proper messages and forwarding messages to proper personnel or** |

**Bennett - 010**

Report by Defendant's Expert Pursuant to FRCP §26(a)(2), (A) and (B)
RE: MILLER, Deborah vs. Service Employees International Union
Page 9

|  |  |
|---|---|
|  | **department**. **Assist in updating inter-company telephone lists. Assist in training employees in proper use of phone system. Schedule patient appointments according to provider template via phone**. **Convey telephone messages electronically. Escalate potential emergency situations to the appropriate level**. **Perform other job duties as assigned**. (*DaVita Med. Grp. Website*) |
| Supervisor: | No information provided. |
| Full-time/part-time: | No information provided. |
| OT: | No information provided. |
| Earnings: | •Hired at **$14.00/hour**; increased to **$15.21/hour** plus a **COLA raise of $0.23/hour in 2019**. (*9/13/19 P's Resp to Rog 5*)<br>•12/22/18 YTD, **$23,257.01**. (*12/28/18 Paycheck/ DaVita*)<br>•7/6/19 YTD (most recent provided), **$17,554.32**. (*7/12/19 Paycheck/DaVita*) |
| Performance: | No information provided. |
| Benefits: | •**Medical & vision (pre-tax); dental; holiday pay; spouse & voluntary life ins.** (*FR4, DaVita Pay Stubs*)<br>•Benefits include **healthcare, dental, and vision for family of 4**. (*9/13/19 P's Resp to Rog 5*)<br>•**Healthcare, dental, vision, 401(k), paid time off**. (*DaVita Med. Grp. Website*) |
| Reason for leaving: | **N/A; continues to work based on latest information provided**. (▶ *9/13/19 P's Resp to Rog #4*) |

........................................................................................................................................

## III.   **Earnings History/Potential**

### A.   **Pre-Termination Historical Demonstration**

1.   Based on Objective Earnings Records (W-2's)

•2017, **$67,564.41**. (*2017 W-2/NSEU*)
•2018 [through 1/12/18], **$11,945.36**. (*2018 W-2/NSEU*)

### B.   **Pre-Termination Potential**

Report by Defendant's Expert Pursuant to FRCP §26(a)(2), (A) and (B)
RE: MILLER, Deborah vs. Service Employees International Union
Page 10

1. Per Government Statistics

    a) Bureau of Labor Statistics, Career Info OneStop, for **Nevada**, 2018

        (1)     SOC Code:     13-1075
                   Job Title:     **Labor Relations Specialist**

                   Median                             **$72,530**
                   High (significant experience)    **$103,300**

        (2)     SOC Code:     13-1071
                   Job Title:     **Human Resource Specialist**

                   Median                             **$56,630**
                   High (significant experience)    **$83,530**

    b) Bureau of Labor Statistics, Career Info OneStop, for **Las Vegas/ Henderson, NV**, 2018

        (1)     SOC Code:     13-1075
                   Job Title:     **Labor Relations Specialist**

                   Median                             **$74,040**
                   High (significant experience)    **$93,450**

        (2)     SOC Code:     13-1071
                   Job Title:     **Human Resource Specialist**

                   Median                             **$56,480**
                   High (significant experience)    **$83,960**

C. **Post-Termination Demonstration**

    1. Based on Objective Earnings Records (Pay Stubs)

        •12/22/18 YTD (hire date 3/19/18), **$23,257.01**. (*12/28/18 Paycheck/ DaVita*)
        •7/6/19 YTD (most recent provided), **$17,554.32**.* (*7/12/19 Paycheck/DaVita*)

        *Imputed annual earnings **$35,108.64**. [*Math:*$17,554.32 ÷ 6 months = $2,925.72/ month x12 = $35,108.64/year.

**Bennett - 012**

Report by Defendant's Expert Pursuant to FRCP §26(a)(2), (A) and (B)
RE: MILLER, Deborah vs. Service Employees International Union
Page 11

    2.    <u>As Compared to Her Peers</u>

        a)    <u>Bureau of Labor Statistics, Career Info OneStop, for **Nevada**, 2018</u>

| | | | |
|---|---|---|---|
| (1) | SOC Code: | 43-4051 | |
| | Job Title: | **Patient Services Representative/** | |
| | | **Customer Service Representative** | |
| | Median | **$32,050** | |
| (2) | SOC Code: | 43-4171 | |
| | Job Title: | **Receptionist & Information Clerk** | |
| | Median | **$28,030** | |

<u>Counselor Comment:</u>

At her current job with DaVita, plaintiff is **earning ►*substantially less* than she would be if she were working within her skill base as a ►Labor Relations Specialist**, but is **earning ►*more than* her ►Customer Service Representative and/or ►Receptionist counterparts** when considering median wages in Nevada.

It is this counselor's view that plaintiff's **mitigation earnings are ►less than what could be expected if she had made a reasonable and diligent job search effort utilizing her substantial skill base as a Labor Relations Specialist**.

IV.    <u>**Analysis of Duty to Mitigate Damages**</u>

A.    **<u>Relevant Timeline</u>**

| | | |
|---|---|---|
| Last date worked prior to DOT | : | ~9/28/17 (*9/28/17 Physician RTW Form/Dr. Liu*) |
| Date of voluntary resignation | : | 1/7/18 |
| Date of termination (DOT) | : | 1/8/18 (*8/12/19 P's Economist*) |
| Time elapsed since DOT | : | 1.7 years |
| Date commenced job search | : | **11/1/17** (**►2 months *prior* to termination**) |
| Job search period | : | **11/1/17 to 9/13/19 (1.83 years, 22.4 months, 97 weeks, or 485 work days)** |
| 1st date employed post-DOT | : | **3/19/18** (with DaVita Medical/Healthcare Partners, where she remains working to date) |
| Time to locate employment | : | **4.5 months** |
| Period of UE post-DOI | : | **2.35 months** |

Bennett - 013

Report by Defendant's Expert Pursuant to FRCP §26(a)(2), (A) and (B)
RE: MILLER, Deborah vs. Service Employees International Union
Page 12

|  |  |  |
|---|---|---|
| Most recent job search contact | : | **5/27/19** *(9/13/19 P's Resp to Rogs Ex. A)* |
| # contacts made | : | **42** (including **40 contacts** listed by plaintiff in her 9/13/19 Response to Interrogatories plus apparent applications to **Teletech** & **DaVita**, both of which offered her jobs) |
| Intensity of job search | : | Considering 11/1/17 to 9/13/19, ►**22.95/year**; ►**1.88/month**; ►**0.43/week**; ►**0.08/day**. |
| Emphasis of job search | : | **Labor relations ►x3; HR x30; other/clerical etc. x7**. |

B.  **Job Search Details**

    1.  Per Contemporaneous Job Search Records

        Per the list of alleged job contacts provided by plaintiff in her <u>9/13/19 Response to Interrogatories Exhibit A</u>, she applied for ►**40 positions** including ►**3 labor relations positions**, **30 HR positions**, and **7 other/clerical type positions**.

        It is noted that **no records confirming the aforementioned activity, such as letters or emails acknowledging receipt or rejection, have been provided.**

    2.  Per Plaintiff

        a)  9/13/19 Plaintiff's Response to First Request for Interrogatories

            1.  *Have you sought employment since termination from SEIU Local 1107? If so, identify all sources of information (e.g., newspapers, radio, TV, websites, employment agencies, etc.) utilized in job search:* **I used the ►internet, ►company websites, and ►in-person**

            2.  *If your answer to #1 is in the affirmative, identify all sources of information utilized in job search:* Used **►ZipRecruiter.com** and **►Indeed.com**.

            3.  *Identify all individuals/entities with whom you applied since separation of employment:* Provided Exhibit A listing **all jobs applied for and resources utilized**, as follows:

              •  2018-2019 Jobs Applied for Via **ZipRecruiter.com** (**x19**)

**Bennett - 014**

Report by Defendant's Expert Pursuant to FRCP §26(a)(2), (A) and (B)
RE: MILLER, Deborah vs. Service Employees International Union
Page 13

--**11/1/17**, Administrative Assistant, Allegiant Travel Co.,
Las Vegas, NV.

--11/7/17, HR Assistant, Communication Electronic Systems
LLC, Las Vegas, NV.

--11/8/17, HR Assistant, Visionary Technology Consultants,
Las Vegas, NV.

--12/14/17, HR Assistant, 5th Ave. Restaurant Group, Las
Vegas, NV.

--12/21/17, V.P. of HR, Precision Opinion, Las Vegas, NV.

--1/2/18, HR Assistant, Progistics Distribution, Henderson,
NV.

--1/9/18, Office/HR Manager, CG&B Enterprises Inc.,
Henderson, NV.

--2/2/18, HR Generalist, Aeva Pharmacy, Las Vegas, NV.

--2/8/18, HR Generalist, Cardenas Markets LLC, Las Vegas,
NV.

--2/13/18, HR Assistant, Cure4TheKids, Las Vegas, NV.

--2/20/18, Recruiter, TELUS International Inc., Las Vegas,
NV.

--2/22/18, Recruiting Assistant, Mojo Tech LLC, Las Vegas,
NV.

--2/22/18, HR Generalist (Evening Shift), Panasonic Energy,
Las Vegas, NV.

--2/22/18, Front Office Dental Assistant for private practice
in NW Las Vegas, via Advanced Dental.

--2/27/18, HR Generalist for Western Region Care Center,
through FirstService Residential, Las Vegas, NV.

--3/9/18, Talent Acquisition Recruiter, Alorica, Las Vegas,
NV.

--4/6/18, HR Clerk/Receptionist/Staffing Coordinator,
Express Employment Professionals, Henderson, NV.

--**5/27/19**, HR Business Partner/Labor Relations, HBL
Executive Search, Las Vegas, NV.

- 2018-2019 Jobs Applied for Via **Indeed.com** (x**21**)

**No dates are provided** for the following applications,
although there is mention that she responded to an ad for a
hiring event that was to take place on **1/23/18**.

--HR Manager, Karma & Luck, Las Vegas, NV.

Bennett - 015

Report by Defendant's Expert Pursuant to FRCP §26(a)(2), (A) and (B)
RE: MILLER, Deborah vs. Service Employees International Union
Page 14

--HR Resources Generalist (Fulltime), Thermo Service Corp.), Las Vegas, NV.

--HR Coordinator, Desert Trade Graphics Inc., Las Vegas, NV.

--Employee Relations Specialist, ASNY, Las Vegas, NV.

--Employee Relations Specialist, Leeds Professional Resources, Las Vegas, NV.

--Recruiter, Brightstar Care, Las Vegas, NV.

--Service Dispatcher, DTT, Las Vegas, NV.

--PBX Operator/Dispatch, Golden Entertainment, Las Vegas, NV.

--Receptionist, Southern Nevada Pain Center, Las Vegas, NV.

--Director of Contract Compliance--Corporate, Insights Training Group LLC, U.S.

--HR Coordinator, Get Fresh, Las Vegas, NV.

--HR Assistant Manager, Green Valley Grocery, Las Vegas, NV.

--HR Assistant, Giving Home Health Care, Las Vegas, NV.

--Customer Service Representative, Greco Companies, Las Vegas, NV.

--HR Specialist, Uplifting Behavioral Health, Las Vegas, NV.

--Switchboard Operator, Las Vegas Pain Institute & Medical Center, Las Vegas, NV.

--Sales & Staffing Opportunity, Nannies & Housekeepers USA, Las Vegas, NV.

--Lead Service Specialist, Nevada State Board of Cosmetology, Las Vegas, NV.

--HR Specialist/Coordinator, Proventure Staffing LLC, Las Vegas, NV.

--HR/Administrative Support, GCW Inc., Las Vegas, NV.

--Hiring Event – Elara HGV, **1/23/18** 10 am to 3 pm, Hilton Grand Vacations, Las Vegas, NV.

C. **Analysis of Job Search**

1. **Time of initiation of job search**

   ▶ **11/1/17** (▶ **2 months *prior* to termination**) per contemporaneous job search records as provided.

Bennett - 016

Report by Defendant's Expert Pursuant to FRCP §26(a)(2), (A) and (B)
RE: MILLER, Deborah vs. Service Employees International Union
Page 15

Counselor Comment:

Plaintiff began her job search ▶ **2 months prior to termination**, which appears to indicate she had **no intention of returning to her job after having been placed on disability effective 9/28/17**.

2.      **Types of positions applied for**

        ▶ **3 labor relations positions**, ▶ **30 HR positions**, and ▶ **7 other/clerical type positions**.

        Counselor Comment:

        Plaintiff undertook limited effort to seek work similar to the job she held at time of discharge, **applying to only ▶ 3 jobs related to her skill base** learned over the course and scope of her 9 years of employment with SEIU, **notwithstanding the ▶ large number of unions in the Las Vegas area to which she ▶ could have applied** (see Exhibits B & C to this report).

3.      **Types of contacts**

        Of the various job search methods available to interested job seekers, plaintiff has allegedly utilized the following (although no contemporaneous records confirming same, such as letters or emails acknowledging receipt or rejection, have been provided):

        a)      **Direct application to employers** (i.e., typically by sending resumes or contacting prospective employers without being referred by others).

                This has been found to be one of the most effective ways of obtaining employment, with an effectiveness rate of 47.7% per EDD.

                Counselor Comment:

                Plaintiff has allegedly made ▶ **42 direct applications to employers** (including **40 contacts** listed by plaintiff in her 9/13/19 Response to Interrogatories Exhibit A plus apparent applications to **Teletech & DaVita,** both of which offered her jobs).

Bennett - 017

Report by Defendant's Expert Pursuant to FRCP §26(a)(2), (A) and (B)
RE: MILLER, Deborah vs. Service Employees International Union
Page 16

b)      **Newspaper ads**

Most individuals turn to newspaper ads as a direct application of their
quest for work. Most large metropolitan newspapers are now on the
Internet, and one can seek vocational prospects based on category and
job title. In addition there are Internet search engines that will search a
multitude of newspapers, providing category and/or title. It is noted that
the utilization of want ads in newspapers ranks second or third in
effectiveness among job search methods available to individuals seeking
work (Allen, 1972; Azevedo, 1974; Battelle Memorial Institute, 1971;
Bradshaw, 1973; Loomba, 1967; U.S. Dept. of Labor, 1975).

Counselor Comment:

Plaintiff has apparently made **no use of newspaper ads**.

c)      **Personal contacts** (i.e., contacts through professional colleagues, friends
or relatives).

This is the third most utilized job search method. Furthermore, it has
been found that personal contacts typically rank from first to third place
as the most effective means by which individuals obtain their positions
(Allen, 1972; Azevedo, 1974; Dyer, 1972; Horowitz, 1968; Kaufman,
1980; Loomba, 1967; U.S. Dept. of Labor, 1975; Thompson, 1972).

Counselor Comment:

Plaintiff has apparently made **no personal contacts**.

d)      **Private employment agencies**

Private employment agencies have long been available as a formal
method of job placement. These have been found to be the fourth most
utilized job search method. Private employment agencies are more
effective and efficient in placing professionals in their own fields rather
than outside of them. They have been found to be a second to direct
application in terms of re-employment effectiveness.

Counselor Comment:

Plaintiff has apparently made **no use of private employment agencies**.

Bennett - 018

Report by Defendant's Expert Pursuant to FRCP §26(a)(2), (A) and (B)
RE: MILLER, Deborah vs. Service Employees International Union
Page 17

e)   **State or federal employment services**

California has an employment development department that aids interested job seekers by having job listings accessible via the phone, via flyers and job bulletins, and via the Internet.

In regards to federal resources, there are 1,800 federal personnel offices scattered through the U.S.

Counselor Comment:

Plaintiff has apparently made **no use of state or federal employment services**.

f)   **Professional Societies and Journals**

Professional societies provide job search assistance to their members. Such assistance is typically available to professional meetings where employers can interview prospective candidates or through professional society publications which list positions open as well for job seekers.

Counselor Comment:

Plaintiff has apparently made **no use of professional societies or journals**.

Per this counselor's research, there are a **number of societies that provide job listings in plaintiff's area of expertise**, including the following:

--**LERA (Labor & Employment Relations Association)**, which provides a job board listing opportunities, although there are **no current openings in plaintiff's geographic area**.

--**National Public Employees Labor Relations**, which also provides a job board, although there are **no current openings in plaintiff's geographic area**.

g)   **Outplacement Services of Previous Employer**

Many employers provide outplacement assistance to individuals who ask for same when they are terminated.

Bennett - 019

Report by Defendant's Expert Pursuant to FRCP §26(a)(2), (A) and (B)
RE: MILLER, Deborah vs. Service Employees International Union
Page 18

Counselor Comment:

**N/A.**

h)   **Utilization of Internet Job Search Resources**

Above and beyond newspapers, as previously discussed, there are
various internet employment search engines that one can utilize to find
current job openings, with many geared towards specific categories of
employment, i.e., business, finance, or government.

Counselor Comment:

Plaintiff made **use of only ▶2 online resources** (▶**ZipRecruiter** and
▶**Indeed**.

It should be pointed out that per a 2016 Glass Door study, job seekers on
average use **7.6 different job websites** during job search.

i)   **School Placement Offices**

School placement offices provide placement for graduates as alumni.

Counselor Comment:

Plaintiff has apparently made **no use of school placement offices**.

4.   **Intensity of job search**

Per a 1973 study by Dyer, it is found that those who contact more employers each
week experience a shorter period of joblessness. Similarly, those who carry out
more intense job search, as indicated by the number of resumes sent out or the
number of interviews one had, experienced a shorter period of unemployment
(Conner 1973).

There is a positive correlation between the intensity of job search and the number
of weeks out of work among professionals who became unemployed or
underemployed. (Kaufman, H.G, Professionals in Search of Work)

Based on information provided by plaintiff, from **11/1/17** (date of first job search
contact, 2 months prior to termination) to **9/13/19** (date of last information

Bennett - 020

Report by Defendant's Expert Pursuant to FRCP §26(a)(2), (A) and (B)
RE: MILLER, Deborah vs. Service Employees International Union
Page 19

provided relative to job search efforts), plaintiff apparently made a total of
▶ **42 contacts** which equates to the following:

| | | |
|---|---|---|
| Total  contacts <u>per year</u> | = | **22.95** |
| Total  contacts <u>per month</u> | = | **1.88** |
| Total contacts <u>per week</u> | = | **0.43** |
| Total contacts <u>per work day</u> | = | **0.08** |

<u>Counselor Comment</u>:

Even if one were to take plaintiff at her word, without the benefit of objective job
search documentation, in this counselor's view her **effort with regard to
monthly, weekly and daily contacts is** ▶ **insignificant** and **would** ▶ **not result
in employment prospects** based upon this counselor's experience as well as
review of the literature in regard to HR principles in terms of job seeking.

Furthermore, based on efforts to date, plaintiff could not have expected to obtain
a single interview, for submission of up to 100 resumes is generally required in
order to obtain 1-2 interviews.

Nonetheless, she **has secured employment**, although it is **not within the skill
base learned throughout her 9 years of employment with SEIU**.

V.    **Present Vocational Potential, Occupational Receptivity and Earnings Capacity**

A.    **Vocational Potential**

In this counselor's view, plaintiff has same or similar vocational potential post-
termination as that which she had pre-termination, if she can overcome the difficulties
with her metabolic disorder and/or orthopedic issues which had caused a period of
disability from a pre-incident standpoint.

It should be noted that **nothing reviewed by this counselor** indicates that **plaintiff has
requested accommodations post-termination same or similar to those that she
requested from a pre-termination standpoint**.

Nonetheless, it is this counselor's view that plaintiff's ▶ **accommodations as requested
from a** ▶ **pre-termination standpoint** were **within her ability to** ▶ **self-accommodate**,
i.e., to ▶ **eat when necessary** and ▶ **exercise on her own in an effort to control blood
sugar levels**; and the **same is true from a** ▶ **post-termination standpoint**.

B.    **Occupational Receptivity**

Bennett - 021

Report by Defendant's Expert Pursuant to FRCP §26(a)(2), (A) and (B)
RE: MILLER, Deborah vs. Service Employees International Union
Page 20

1.　　Based on Government Statistics

    a)　　Employment Projections 2016 – 2020 for **Nevada**

        (1)　　SOC Code:　　13-1075
              Job Title:　　**Labor Relations Specialist**

| | |
|---|---|
| Employment estimates 2016 | **660** |
| Projected employment 2020 | **620** |
| Percent change | **-6%** |
| Projected annual openings | **60** |

    b)　　Employment Projections 2016 – 2026 for **Nevada**

        (1)　　SOC Code:　　13-1071
              Job Title:　　**Human Resource Specialist**

| | |
|---|---|
| Employment estimates 2016 | **3,420** |
| Projected employment 2026 | **3,800** |
| Percent change | **11%** |
| Projected annual openings | **380** |

2.　　Based on **Current Openings** Per This Counselor's Research

    a)　　9/28/19 **Labor Relations** openings in **Las Vegas/Henderson, NV**

        --NLX, ▶**2 openings**.
        --America's Job Exchange, ▶**2 openings**.
        --CareerBuilder, ▶**112 openings** (mostly **HR** positions).
        --Indeed, ▶**8 openings** (mostly **HR** positions).
        --LinkedIn, ▶**252 openings** (25 new).
        --ZipRecruiter, ▶**23 openings** (mostly **HR** positions).
        --Simply Hired, ▶**28 openings** (mostly **HR** positions).

    b)　　10/3/19 **Human Resource Specialist** openings in **Zip Code  89123 (Las Vegas)**

        --NLX, ▶**41 openings**.
        --America's Job Exchange, ▶**2 openings**.
        --CareerBuilder, ▶**129 openings**.
        --Indeed, ▶**44 openings**.

Report by Defendant's Expert Pursuant to FRCP §26(a)(2), (A) and (B)
RE: MILLER, Deborah vs. Service Employees International Union
Page 21

--LinkedIn, ▶**63 openings**.
--ZipRecruiter, ▶**1,552 openings**.
--Simply Hired, ▶**15 openings**.

3.  Based on **Labor Unions in Nevada**

   a)  State of Nevada

       (1)  XPDNC.com provides website links to approximately ▶**86 unions** in **Nevada** (see attached **Exhibit B**).

   b)  Las Vegas/Henderson, NV

       (1)  Per Vegas Inc. Staff, as published in the Las Vegas Sun on 1/29/18, there were ▶**40 labor unions** in the **Las Vegas/ Henderson, Nevada** area (listed in attached **Exhibit C**). The information is based on the unions' filings with the Nevada Dept. of Labor as well as Vegas Inc. research.

Counselor Comment:

Per this counselor's review of plaintiff's mitigation efforts, it is noted that she ▶**did not apply to any of the** ▶**40 labor unions in the Las Vegas/ Henderson area nor to any of the** ▶**86 unions in the state of Nevada**.

It should be pointed out that these unions represent a large number of workers.

For example:

--Per the Vegas Union Hotel Guide, there are ▶**41 casinos, casino resorts, hotels, restaurants, bars, or other businesses in Las Vegas where** ▶**Bartenders Union Members are employed**.

--In addition, the ▶**International Union, United Automobile, Aerospace and Agricultural Implement Workers of America**, better known as the ▶**United Automobile Workers (UAW)**, represents casino workers in Las Vegas including table game dealers, dual rate table game dealers, slot technicians, slot attendants, poker dealers, dealer rate poker dealers, poker clerks, keno and simulcast workers, casino hosts, and cage cashiers. Las Vegas casinos represented include Bailey's, Caesar's, Cromwell's, Flamingo, Harrah's, Linq, MGM, Paris, and Wynn.

Bennett - 023

Report by Defendant's Expert Pursuant to FRCP §26(a)(2), (A) and (B)
RE: MILLER, Deborah vs. Service Employees International Union
Page 22

--Per the **Culinary Union 226 Las Vegas** website, this is one of the fastest growing private sector local unions, representing more members than any other union in Nevada. Culinary workers are employed at casinos up and down the Las Vegas strip as well as downtown Las Vegas. Culinary worker members also work in food service outlets at McCarran International Airport, Valley Hospital, and industrial laundries throughout the Las Vegas valley as well as casinos in Reno. Examples of job titles the union represents are cocktail waitress, kitchen workers, cooks, housekeepers, porters, etc.

4.  Based on **Unemployment Rates** for **Las Vegas/Henderson/Paradise, NV** (Per Economic Research, Federal Reserve Bank of St. Louis)

    --1/18, **5.3%**.
    --1/19, **4.7%**.
    --7/19, **4.7%**.

5.  Based on **Duration of Unemployment** (Seasonally Adjusted, Median Weeks of Unemployment Per Bureau of Labor Statistics)

    --1/18, **9.4 weeks**.
    --1/19, **8.9 weeks**.

C.  **Earning Capacity**

1.  Per Government Statistics

    a)  Bureau of Labor Statistics, Career Info OneStop, for **Nevada, 2018**

        (1)  SOC Code:    13-1075
             Job Title:    **Labor Relations Specialist**

             Median                              **$72,530**
             High (significant experience)       **$103,300**

        (2)  SOC Code:    13-1071
             Job Title:    **Human Resource Specialist**

             Median                              **$56,630**
             High (significant experience)       **$83,530**

    b)  Bureau of Labor Statistics, Career Info OneStop, for **Las Vegas/ Henderson, NV, 2018**

Bennett - 024

Report by Defendant's Expert Pursuant to FRCP §26(a)(2), (A) and (B)
RE: MILLER, Deborah vs. Service Employees International Union
Page 23

| | | | |
|---|---|---|---|
| (1) | SOC Code: | 13-1075 | |
| | Job Title: | **Labor Relations Specialist** | |
| | Median | | **$74,040** |
| | High (significant experience) | | **$93,450** |
| (2) | SOC Code: | 13-1071 | |
| | Job Title: | **Human Resource Specialist** | |
| | Median | | **$56,480** |
| | High (significant experience) | | **$83,960** |

## VI.   General Opinions and/or Conclusions

A.   With regard to plaintiff's **mitigation effort**:

1.   Plaintiff did not appear to exercise reasonable diligence in attempting to find new work.

2.   Plaintiff has undertaken limited effort to seek work similar to the job she held at time of discharge. In fact, based on contemporaneous records as provided, she only sought 2 jobs related to her skill base learned over the course and scope of her last employment. In that regard, please see attached **Exhibits B and C** which list the various unions in or around Las Vegas that plaintiff did not apply to.

3.   Plaintiff has produced only a list of alleged job contacts (some of which had no specific dates), with no contemporaneous records included in the form of emails or letters sent by plaintiff to potential employers inquiring about jobs or submitting her resume.

4.   Plaintiff has not produced any responses from potential employers such as acknowledgements of receipt or rejection letters/emails.

5.   Plaintiff appears to have utilized only 2 internet job search engines, ZipRecruiter and Indeed. It should be pointed out that per a 2016 Glass Door study, job seekers on average use 7.6 different job sites during job search.

B.   With regard to **accommodations**:

Bennett - 025

Report by Defendant's Expert Pursuant to FRCP §26(a)(2), (A) and (B)
RE: MILLER, Deborah vs. Service Employees International Union
Page 24

1.   In this counselor's view, it is within plaintiff's ability to **self-accommodate** with regard to her diabetes, i.e., to eat when necessary and exercise on her own in an effort to control blood sugar levels.

C.   With regard to **post-termination earnings capacity**:

1.   It is this counselor's view that if plaintiff made a reasonable and diligent job search effort and sought work within her skill base, she would achieve same or similar earnings as that which she was accustomed to from a pre-incident standpoint. (Records indicate that as of 2017, plaintiff earned $67,564.41, although her peers had median earnings of $72,530 or high earnings based on significant experience, which plaintiff had, of $103,300.)

D.   With regard to **job search timeframe**:

1.   It is this counselor's view that if plaintiff made a reasonable and diligent job search effort, and was not disabled due to her metabolic disorder and/or orthopedic issues, she **could have located new employment within her demonstrated skill base within ▶9.4 weeks** post-1/7/18 resignation, or **by ▶3/14/18**.

## VII.   Data and Other Information Considered by Witness in Forming Opinions

A.   Review of records as provided (listed in attached **Exhibit A** to this report).
B.   Review of O*Net, Bureau of Labor Statistics, and Career Info OneStop relative to occupational receptivity and earnings.
C.   Review of Bureau of Labor Statistics relative to unemployment rates for the Las Vegas/ Henderson/Paradise area.
D.   Review of job search websites NLX, America's Job Exchange, CareerBuilder, Indeed, LinkedIn, ZipRecruiter, and Simply Hired for current job openings in plaintiff's geographic area.
E.   Websites for Labor & Employment Relations Assn. and National Public Employees Labor Relations relative to professional societies and journals that plaintiff could have relied upon for job postings within her area of expertise.
F.   This counselor's experience in evaluating vocational prospects, promotability, earnings capacities, and occupational receptivity for individuals over the last 41 years.

## VIII.   List of Exhibits Being Used to Support Opinions

Not applicable, unless otherwise requested by defense counsel.

## IX.   Qualifications of Witness

Bennett - 026

Report by Defendant's Expert Pursuant to FRCP §26(a)(2), (A) and (B)
RE: MILLER, Deborah vs. Service Employees International Union
Page 25

    A.    List all publications within the last ten years.

        See this counselor's curriculum vitae (attached as **Exhibit D**).

## X.   **Compensation**

    See fee schedule (attached as **Exhibit E**).

## XI.   **Expert Testimony, Either in Deposition or in Court, Within the Last Four Years**

    Please see attached **Exhibit F**.

Report submitted by:

Edward L. Bennett, M.A.
Certified Rehabilitation Counselor
Certified Disability Management Specialist
Diplomate, American Board of Vocational Experts

ELB:ck

| Attachments: | Exhibit A | List of Records Reviewed |
| --- | --- | --- |
| | Exhibit B | List of Labor Unions in Nevada |
| | Exhibit C | List of Labor Unions in Las Vegas/Henderson, NV. |
| | Exhibit D | Curriculum Vitae |
| | Exhibit E | Fee Schedule |
| | Exhibit F | Listing of Expert Testimony |

Bennett - 027

**Exhibit A**

**<u>List of Records Reviewed</u>**

Bennett - 028

**RECORD REVIEWS**

**RE:**   **Miller, Deborah**

1. 8.12.19 Report by Kevin B. Kirkendall. MBA (CRS received 8/30/19)**-E**
2. Chronology (CRS received 9/16/19)**-E**
3. 2017 Taxes (CRS received 9/16/19)**-E**
4. Paystubs from DaVita (CRS received 9/16/19)**-E**
5. Grievance Form (CRS received 9/16/19)**-E**
6. Correspondence re Interactive Process (CRS received 9/16/19)**-E**
7. CBA Wage Schedule (CRS received 9/16/19)**-E**
8. Appeal of Unemployment Decision (CRS received 9/16/19)**-E**
9. DETR Unemployment Case Decision (CRS received 9/16/19)**-E**
10. DETR Unemployment Proceedings Transcript 1 (CRS received 9/16/19)**-E**
11. Doctors' Medical Notes & Correspondence re medical notes (CRS received 9/16/19)**-E**
12. Correspondence re Accommodation (CRS received 9/16/19)**-E**
13. DETR Document (CRS received 9/16/19)**-E**
14. Local 1107 Statement in Response to Unemployment Office Request (CRS received 9/16/19)**-E**
15. DETR Decision (CRS received 9/16/19)**-E**
16. EEOC Discrimination Charge (CRS received 9/16/19)**-E**
17. Documents from Together We Rise (CRS received 9/16/19)**-E**
18. Resume (CRS received 9/16/19)**-E**
19. W2 from Teletech (CRS received 9/16/19)**-E**
20. Doctors' Medical Notes & Correspondence re medical notes 2 (CRS received 9/16/19)**-E**
21. Damages related Documents (CRS received 9/16/19)**-E**
22. 9.13.19 Plaintiff Debbie Miller's Responses to the SEIU International Defendants' First Requests for Interrogatories (CRS received 9/16/19)**-E**
23. Employee Earnings Records (CRS received 9/27/19)**-E**
24. W2s and Paystubs (CRS received 9/27/19)**-E**
25. _____
26. _____
27. _____
28. _____
29. _____
30. _____
31. _____
32. _____
33. _____
34. _____
35. _____
36. _____
37. _____
38. _____
39. _____
40. _____

Miller Record Reviews

Bennett - 029

**Exhibit B**

**<u>List of Labor Unions in Nevada</u>**

Bennett - 030

(B) List Labor
Union *level*

Bennett - 031

# XPDNC
## NV Labor Links

trump protest

**Nevada Branch, Chapter, Local, Regional Organized Labor and Union Website Links**

Bennett - 032

↓ **Click on a number**

### NEVADA LABOR LINKS

| NO | COUNTRY | STATE | REGION | TOWN | CALL LETTERS | CALL NAME | EXTRA LETTERS | EXTRA NAME | LOCAL NAME | LANGUAGE | TEXT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | US | NV | | Carson City | AFSCME | American Federation of State, County and Municipal Employees | SNEA | State of Nevada Employees Association | Local 4041 | | |
| 002 | US | NV | | Carson City | IAFF | International Association of Fire Fighters | | Carson City Fire Fighters Association | Local 2251 | | Represents firefighters and paramedics of the Carson City Fire Department. |
| 003 | US | NV | | Carson City | NEA | National Education Association | OCEA | Ormsby County Education Association | | | Working for Carson City's Future |
| 004 | US | NV | | Elko | BLE | Brotherhood of Locomotive Engineers | | | Division 794 | | |
| 005 | US | NV | Elko County | Elko | NEA | National Education Association | ECCTA | Elko County Classroom Teachers Association | | | Professionals Working Together |
| 006 | US | NV | | Fallon | IUE - CWA | International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers - Communications Workers of America | | | Local 1118 | | Represents employees of Sikorsky Support Services at the Fallon Naval Air Station |
| 007 | US | NV | | Fallon | IUE - CWA | International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers - Communications Workers of America | | | Local 1177 | | Represents 70 men and women who work for the Lockheed Martin Corporation at the Fallon Training and Technical Range (FTTR) |
| 008 | US | NV | | Fallon | IUE - CWA | International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers - Communications Workers of America | | | Local 89119 | | |
| 009 | US | NV | | Fallon | IUE - CWA | International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers - Communications Workers of America | | | Local 89177 | | Represents employees of the Fallon Range |
| 010 | US | NV | | Henderson | ANA | American Nurses Association | NNA | Nevada Nurses Association | | | To advocate for the profession of nursing, representing the collective voices of registered nurses. |
| 011 | US | NV | | Henderson | HPOA | Henderson Police Officers' Association | | | | | |
| 0 | COUNTRY | STATE | REGION | TOWN | CALL LETTERS | CALL NAME | EXTRA LETTERS | EXTRA NAME | LOCAL NAME | LANGUAGE | TEXT |
| 012 | US | NV | | Henderson | IAFF | International Association of Fire Fighters | | Henderson Professional Fire Fighters | Local 1883 | | |
| 013 | US | NV | | Henderson | IAFF | International Association of Fire Fighters | | Henderson Professional Firefighters | Local 1883 | | |
| 014 | US | NV | | Las Vegas | AFM | American Federation of Musicians | | Musicians' Union of Las Vegas | Local 369 | | |
| 015 | US | NV | | Las Vegas | AFM | American Federation of Musicians | | Musicians' Union of Las Vegas | Local 369 | | |
| 016 | US | NV | | Las Vegas | AFM | American Federation of Musicians | | Oboe Las Vegas | Local 369 | | Member page - Stephen Caplan |
| 017 | US | NV | | Las Vegas | AFM | American Federation of Musicians | | Walt Boenig Big Band | Local 369 | | Member page - Walt Boenig |
| 018 | US | NV | | Las Vegas | AFSCME | American Federation of State, County and Municipal Employees | SNEA | State of Nevada Employees Association | Local 4041 | | |
| 019 | US | NV | Greater Las Vegas | Las Vegas | APWU | American Postal Workers Union | | Las Vegas Local | Local 761 | | Represents 1134 Members |
| 020 | US | NV | Clark County | Las Vegas | IAFF | International Association of Fire Fighters | | Clark County Firefighters | Local 1908 | | |
| 021 | US | NV | Clark County | Las Vegas | IAFF | International Association of Fire Fighters | CCFF | Clark County Fire Fighters | Local 1908 | | |
| 022 | US | NV | | Las Vegas | IAFF | International Association of Fire Fighters | | Las Vegas Firefighters | Local 1285 | | |
| 0 | COUNTRY | STATE | REGION | TOWN | CALL LETTERS | CALL NAME | EXTRA LETTERS | EXTRA NAME | LOCAL NAME | LANGUAGE | TEXT |
| 023 | US | NV | | Las Vegas | IAMAW | International Association of Machinists and Aerospace Workers | | | Local 845 | | |
| 024 | US | NV | | Las Vegas | IAMAW | International Association of Machinists and Aerospace Workers | | | Local Lodge 845 | | Representing airline workers |
| 025 | US | NV | | Las Vegas | IAMAW | International Association of Machinists and Aerospace Workers | | | Local Lodge 845 | | Represents airline employees, Air Force Base employees, airport employees |
| 026 | US | NV | | Las Vegas | IATSE | International Alliance of Theatrical Stage Employees | M | Mixed | Local 720 | | Represents 1400 skilled professionals in 5 different crafts |
| 027 | US | NV | | Las Vegas | IBEW | International Brotherhood of Electrical Workers | | | Local 396 | | Represents over 3000 of the finest Telephone, Utility, Line Location and Clerical Employees |
| 028 | US | NV | | Las Vegas | IBEW | International Brotherhood of Electrical Workers | | | Local Union 357 | | |
| 029 | US | NV | Southern Nevada | Las Vegas | IBT | International Brotherhood of Teamsters | | Professional, Clerical and Miscellaneous Employees, Teamsters | Local 995 | | Represents over 3,220 members working in the hotel-casino industry and professional groups |
| 030 | US | NV | | Las Vegas | IBT | International Brotherhood of Teamsters | | | Local 14 | | |
| 031 | US | NV | | Las Vegas | IBT | International Brotherhood of Teamsters | | | Local 631 | | |
| 032 | US | NV | | Las Vegas | IBT | International Brotherhood of Teamsters | | | Local 631 | | Fully committed to providing its members and associates the most efficient methods of conducting business and employment. |
| 033 | US | NV | | Las Vegas | IUPA | International Union of Police Associations | LVPPA | Las Vegas Police Protective Association | | | Represents over 2300 LVMPD Police & Correction Officers & Las Vegas City Marshals, Municipal Court Marshals, |
| 0 | COUNTRY | STATE | REGION | TOWN | CALL LETTERS | CALL NAME | EXTRA LETTERS | EXTRA NAME | LOCAL NAME | LANGUAGE | TEXT |

Bennett - 033

| NO | COUNTRY | STATE | REGION | TOWN | CALL LETTERS | CALL NAME | EXTRA LETTERS | EXTRA NAME | LOCAL NAME | LANGUAGE | TEXT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 034 | US | NV | | Las Vegas | IUPA | International Union of Police Associations | NLVPOA | North Las Vegas Police Officers Association | | | Represents 335 active members and 65 Honorary retirees of the North Las Vegas Police Department |
| 035 | US | NV | | Las Vegas | LIUNA | Laborers' International Union of North America | | We Mean Business | Local 872 | | Representing construction, maintenance & environmental laborers, tunnel miners, hod carriers and mason tenders |
| 036 | US | NV | | Las Vegas | LVCEA | Las Vegas City Employees' Association | | | | | An Independent Labor Organization operated by and for the Classified City Employees |
| 037 | US | NV | | Las Vegas | LVPMSA | Las Vegas Metro Police Managers & Supervisors Association | PMSA | Metro Police Managers & Supervisors Association | | | Promoting the professionalism of the Las Vegas Metropol ten Police and Corrections Captains, Lieutenants, and Sergeants |
| 038 | US | NV | | Las Vegas | NALC | National Association of Letter Carriers | | | Branch 2502 | | |
| 039 | US | NV | | Las Vegas | NATCA | National Air Traffic Controller's Association | | Local LAS | | | Represents employees at Las Vegas Tower |
| 040 | US | NV | Clark County | Las Vegas | NEA | National Education Association | ESEA | Education Support Employees Association | | | Advocates for member's rights and represents 8,000 education support professionals employed by the Clark County School District. |
| 041 | US | NV | | Las Vegas | NEA | National Education Association | CCEA | Clark County Education Association | | | |
| 042 | US | NV | | Las Vegas | NEA | National Education Association | NSEA-NV | Nevada State Education Association | | | |
| 043 | US | NV | | Las Vegas | OPCMIA | Operative Plasterers' & Cement Masons' International Association | OPCMIA Nevada | | Local 797 | | |
| 044 | US | NV | Clark County | Las Vegas | PPACE | Police Protective Association, Civilian Employee's | | | | | A central information resource for our membership, as well as our guest visitors. |

| | COUNTRY | STATE | REGION | TOWN | CALL LETTERS | CALL NAME | EXTRA LETTERS | EXTRA NAME | LOCAL NAME | LANGUAGE | TEXT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 045 | US | NV | | Las Vegas | SEIU | Service Employees International Union | | Nevada Service Employees Union | Local 1107 | | Represents Public Employees and Healthcare Workers |
| 046 | US | NV | | Las Vegas | TWU | Transport Workers Union | | Las Vegas Dealers | Local 721 | | Represents the Dealers and Dual-Rates at Wynn Las Vegas |
| 047 | US | NV | | Las Vegas | UA | United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada | | Plumbers and Pipefitters | Local 525 | | |
| 048 | US | NV | | Las Vegas | UA | United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada | | Plumbers And Pipefitters | Local 525 | | Represents over 1,700 members |
| 049 | US | NV | NV UT | Las Vegas | UBCJA | United Brotherhood of Carpenters and Joiners of America | | Millwrights Local | Local 1827 | | |
| 050 | US | NV | | Las Vegas | UBCJA | United Brotherhood of Carpenters and Joiners of America | | Carpenters Local | Local 1977 | | |
| 051 | US | NV | NV UT | Las Vegas | UFCW | United Food and Commercial Workers | | | Local 711 | | Serves 7,000 members employed primarily in the retail food & drug industry. |
| 052 | US | NV | | Las Vegas | UH | UNITE HERE | | Bartenders and Beverage Union | Local 165 | | The Bartenders Union represents employees throughout the sector |
| 053 | US | NV | | Las Vegas | UH | UNITE HERE | | Bartenders' and Beverage Dispensers' Union | Local 165 | | The Bartenders Union represents employees throughout the sector |
| 054 | US | NV | | Las Vegas | UH | UNITE HERE | | Culinary Union | Local 226 | English/Spanish | Represents workers in Las Vegas' casino industry as well as food and service workers. |
| 055 | US | NV | | Las Vegas | USW | United Steelworkers | | | Local 711A | | |

| | COUNTRY | STATE | REGION | TOWN | CALL LETTERS | CALL NAME | EXTRA LETTERS | EXTRA NAME | LOCAL NAME | LANGUAGE | TEXT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 056 | US | NV | | Las Vegas | UTU | United Transportation Union | | | Local 1117 | | |
| 057 | US | NV | | Las Vegas | UURWAW | United Union of Roofers, Waterproofers and Allied Workers | | | Local 162 | | |
| 058 | US | NV | | Laughlin | SPFPA | Security Police Fire Professionals of America | CHIP | Casino Hotel Industry Police | Local 824 | | Representing aproximately forty Security Officers employed at the Flamingo |
| 059 | US | NV | Douglas County | Minden | IAFF | International Association of Fire Fighters | EFFPEA | East Fork Fire and Paramedic Employees Association | Local 3726 | | |
| 060 | US | NV | | Nellis Air Force Base | AFGE | American Federation of Government Employees | | | Local 1199 | | The exclusive representative for United States Air Force, AAFES and DeCA employees |
| 061 | US | NV | | Reno | ANA | American Nurses Association | NNA | Nevada Nurses Association | | | To advocate for the profession of nursing, representing the collective voices of registered nurses. |
| 062 | US | NV | | Reno | APWU | American Postal Workers Union | | Reno APWU Local | Local 936 | | |
| 063 | US | NV | | Reno | APWU | American Postal Workers Union | | Reno Local | Local 036 | | |
| 064 | US | NV | Washoe County | Reno | IAFF | International Association of Fire Fighters | | Firefighters of the Truckee Meadows Fire Protection District | Local 2487 | | |
| 065 | US | NV | Washoe County | Reno | IAFF | International Association of Fire Fighters | | Truckee Meadows Fire Protection District | Local 2487 | | |
| 066 | US | NV | | Reno | IAFF | International Association of Fire Fighters | | Reno Fire Fighter's Association | Local 731 | | |

| | COUNTRY | STATE | REGION | TOWN | CALL LETTERS | CALL NAME | EXTRA LETTERS | EXTRA NAME | LOCAL NAME | LANGUAGE | TEXT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 067 | US | NV | | Reno | IAFF | International Association of Fire Fighters | | Reno Firefighters Association | Local 731 | | Represents supervisory and non-supervisory members in the Emergency Operations and Support Divisions, and Fire Prevention Bureau. |
| 068 | US | NV | State wide | Reno | IATSE | International Alliance of Theatrical Stage Employees | | | Local 363 | | |
| 069 | US | NV | NV & CA | Reno | IATSE | International Alliance of Theatrical Stage Employees | | | Local 363 | | |
| 070 | US | NV | | Reno | IBT | International Brotherhood of Teamsters | | Teamsters, Chauffeurs, Warehousemen and Helpers, and Professional, Clerical, Public and Miscellaneous Employees | Local 533 | | |
| 071 | US | NV | | Reno | NAATS | National Association of Air Traffic Specialists | AWP | Western Pacific Region | | | Representing employees of the Federal Aviation Administration |
| 072 | US | NV | | Reno | NALC | National Association of Letter Carriers | | | Branch 709 | | |
| 073 | US | NV | | Reno | NEA | National Education Association | WEA | Washoe Education Association | | | Protecting and investing in your teaching career. |

Bennett - 034

| NO | COUNTRY | STATE | REGION | TOWN | CALL LETTERS | CALL NAME | EXTRA LETTERS | EXTRA NAME | LOCAL NAME | LANGUAGE | TEXT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 074 | US | NV | | Reno | NHPA | Nevada Highway Patrol Association | | | | | |
| 075 | US | NV | | Reno | SPFPA | Security Police Fire Professionals of America | CHIP | Casino Hotel Industry Police | Local 1010 | | Representing security forces at Park Place Entertainment, Reno Hilton |
| 076 | US | NV | | Reno | UA | United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada | | Pipe Fitters and Plumbers Union | Local | | Member page - Ross Boomhower |
| 077 | US | NV | | Reno | UAW | United Auto Workers | | | Local 2162 | | |
| 0 | COUNTRY | STATE | REGION | TOWN | CALL NAME | CALL NAME | EXTRA LETTERS | EXTRA NAME | LOCAL NAME | LANGUAGE | TEXT |
| 078 | US | NV | | Reno | UBCJA | United Brotherhood of Carpenters and Joiners of America | NNV Carpenters | Northern Nevada Carpenters | Local 971 | | |
| 079 | US | NV | Washoe County | Reno | WCSDA | Washoe County Sheriff's Deputies Association | | | | | Represents all Deputy Sheriffs employed by the County of Washoe |
| 080 | US | NV | | Sparks | AFM | American Federation of Musicians | | Reno Musicians' Union | Local 368 | | |
| 081 | US | NV | | Sparks | CWA | Communications Workers of America | | | Local 9413 | | Represents Private and Public Sector Workers, Printing and News Media, |
| 082 | US | NV | | Sparks | IAFF | International Association of Fire Fighters | | Sparks Firefighters | Local 1265 | | |
| 083 | US | NV | | Sparks | IAFF | International Association of Fire Fighters | NDFFFA | Nevada Division of Forestry Fire Fighters Association | Local 3985 | | Nevada's Finest |
| 084 | US | NV | | Wellington | NEA | National Education Association | LCEA | Lyon County Education Association | | | |
| 085 | US | NV | | Zephyr Cove | IAFF | International Association of Fire Fighters | | Tahoe Douglas Firefighters Association | Local 2441 | | |
| 086 | US | WY | NE NV SD UT WY | Casper | IABSORIW | International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers Union | | Multi-State Iron Workers | Local 27 | | |

**BACK TO US MAP PAGE**

CLICK ON THE LINKS BELOW FOR RELATED RESOURCE PAGES FROM XPDNC

Arizona Labor Links
California Labor Links
Idaho Labor Links
Oregon Labor Links
Utah Labor Links

Nevada Council Links

Nevada Apprentice Development Links
Nevada Credit Union Links

United States National Organization Labor Links

United States Regional Federation Labor Links
United States National Federation Labor Links

Can you suggest a link to add? Please send the URL address of a site we can include. Use your own email account or our online links suggestion form.

URL LINK BY EMAIL     URL LINK BY FORM

Do you find this site useful? How can we improve this site for you? Please send us your ideas and comments! Use your own email account or our online comments form.

COMMENTS BY EMAIL     COMMENTS BY FORM

Do you want your friend to know about this page? Why not email them a link to this page?

www.xpdnc.com/links/lousnv.html

9/30/2019

XPDNC - Nevada Labor Links

TELL YOUR FRIENDS

Bennett - 035

Bennett - 036

Categories > U.S. Regional Data > States > Nevada > MSAs > Las Vegas-Henderson-Paradise, NV

## ☆ Unemployment Rate in Las Vegas-Henderson-Paradise, NV (MSA) (LASV832URN)

**Observation:**
Jul 2019: **4.7** (+ more)
Updated: Aug 28, 2019

**Units:**
Percent,
Not Seasonally Adjusted

**Frequency:**
Monthly

1Y | 5Y | 10Y | Max

1990-01-01    2019-07-01



— Unemployment Rate in Las Vegas-Henderson-Paradise, NV (MSA)

Shaded areas indicate U.S. recessions

Source: U.S. Bureau of Labor Statistics

fred.stlouisfed.org

Share Links    Account Tools

  

## NOTES

**Source:** U.S. Bureau of Labor Statistics ⬈    **Release:** Metropolitan Area Employment and Unemployment ⬈

**Units:** Percent, Not Seasonally Adjusted

**Frequency:** Monthly

Bennett - 037

**Suggested Citation:**

U.S. Bureau of Labor Statistics, Unemployment Rate in Las Vegas-Henderson-Paradise, NV (MSA) [LASV832URN], retrieved from FRED, Federal Reserve Bank of St. Louis; https://fred.stlouisfed.org/series/LASV832URN, September 30, 2019.

## RELEASE TABLES

### Metropolitan Area Employment and Unemployment

Unemployment Rate by Metropolitan Statistical Area, Monthly, Not Seasonally Adjusted: Nevada

## RELATED CONTENT

### Related Resources



**Total Gross Domestic Product for Las Vegas-Henderson-Paradise, NV** ...



GeoFRED Map
**Unemployment Rate in Las Vegas-Henderson-Paradise, NV (MSA)**



ALFRED Vintage Series
**Unemployment Rate in Las Vegas-Henderson-Paradise, NV (MSA)**

Bennett - 038

## Other Formats



Annual, Not Seasonally Adjusted

Monthly, Smoothed Seasonally Adjusted

### Related Categories

Las Vegas-Henderson-Paradise, NV    MSAs    Nevada    States    U.S. Regional Data

### Sources

More Releases from U.S. Bureau of Labor Statistics

### Releases

More Series from Metropolitan Area Employment and Unemployment

### Tags

Las Vegas    Nevada    Metropolitan Statistical Area    Unemployment    Bureau of Labor Statistics    Rate    Monthly    United States of America    Public Domain: Citation Requested

Not Seasonally Adjusted

⊤ Filter

Send feedback

**Exhibit C**

**<u>List of Labor Unions in Las Vegas/Henderson, NV</u>**

Bennett - 039

Bennett - 040

Follow

back to LVSUN
Vegas Inc

Login

Business
Gaming
Tourism
Real Estate
Legal
Extras
People
Public Record
Notes
Nevada Nonprofits
Latest Issues
Vegas Inc's Giving Guide
In This Issue
Newsletter signup

Search

*List Labor Unions*

*Los Vegas*



# The List: Labor unions, Jan. 28, 2018

By **VEGAS INC staff** (contact)

Mon, Jan 29, 2018 (2 a.m.)

100,600

| Union | Members | Receipts | Empl./officer disbursements | Administrative/overhead expenses | **Benefits** paid | Total disbursements |
|---|---|---|---|---|---|---|
| **1**   Carpenters Ind Conference 212 Carpenters Union Way | $101,111 | $- | | $- | $- | $7,175 |

Bennett - 041

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2 | AFL-CIO Leadership Council 1891 Whitney Mesa Drive Henderson, NV 89014 | 61,035 | $202,179 | $36,724 | $67,784 | $43,652 | $169,979 |
| 3 | Culinary Union Local 226 1630 S. Commerce St. Las Vegas, NV 89102 | 50,141 | $32,851,183 | $326,398 | $2,294,230 | $2,518,243 | $31,654,363 |
| 4 | Service Employees Local 1107 2250 S. Rancho Drive, Suite 165 Las Vegas, NV 89102 | 9,255 | $5,059,194 | $124,089 | $904,310 | $610,387 | $5,111,509 |
| 5 | Food & Commercial Workers Local 711 1201 N. Decatur Blvd., Suite 116 Las Vegas, NV 89108 | 6,793 | $4,462,839 | $662,190 | $529,002 | $153,278 | $5,195,549 |
| 6 | Teamsters Local 631 700 N. Lamb Blvd. Las Vegas, NV 89110 | 5,766 | $5,533,744 | $562,985 | $814,878 | $864,074 | $5,103,158 |
| 7 | Carpenters Local 1977 4245 W. Sunset Road Las Vegas, NV 89118 | 4,059 | $1,699,069 | $45,482 | $228,740 | — | $1,701,632 |
| 8 | Unite Here Local 165 4825 W. Nevso Drive Las Vegas, NV 89126 | 3,995 | $2,757,805 | $541,992 | $349,275 | $189,746 | $2,802,501 |
| 9 | Electrical Workers AFL-CIO Local 357 808 N. Lamb Blvd. Las Vegas, NV 89110 | 3,281 | $5,222,145 | $344,001 | $1,178,614 | $706,488 | $4,950,652 |
| 10 | Painters AFL-CIO District Council 15 1701 Whitney Mesa Drive, Suite 105 Henderson, NV 89014 | 2,887 | $5,442,422 | $917,623 | $684,953 | $1,034,219 | $5,600,845 |
| 11 | Laborers Local 872 2345 Red Rock St. Las Vegas, NV 89146 | 2,450 | $6,732,300 | $943,358 | $147,119 | $936,567 | $6,733,858 |
| 12 | Teamsters Local 14 1250 S. Burnham Ave., Second Floor Las Vegas, NV 89104 | 2,402 | $2,580,090 | $460,814 | $708,560 | $317,657 | $2,484,834 |
| 13 | National Council of Security Inspectors 3584 Casa Corona Ave. North Las Vegas, NV 89031 | 2,239 | $23,805 | $- | $3,799 | $- | $15,779 |
| 14 | Letter Carriers AFL-CIO Branch 2502 2620 E. Sunset Road Las Vegas, NV 89193 | 1,887 | $690,008 | $279,570 | $76,088 | $59,594 | $621,096 |
| 15 | Plumbers AFL-CIO Local 525 760 N. Lamb Blvd. Las Vegas, NV 89110 | 1,676 | $4,272,489 | $505,026 | $847,383 | $997,296 | $4,404,659 |

Bennett - 042

| | | | | | | |
|---|---|---|---|---|---|---|
| **16** Stage & Picture Operators AFL-CIO Local 720<br>3000 S. Valley View Blvd.<br>Las Vegas, NV 89102 | 1,624 | $3,264,091 | $373,129 | $769,580 | $359,897 | $3,253,310 |
| **17** Government Employees AFGE AFL-CIO Local 1224<br>5892 Losee Road, Suites 132-224<br>North Las Vegas, NV 89081 | 1,358 | $303,576 | $77,863 | $9,638 | — | $234,331 |
| **18** Bricklayers AFL-CIO Local 13<br>3900 W. Quail Ave.<br>Las Vegas, NV 89118 | 1,354 | $2,230,272 | $477,314 | $490,353 | $270,764 | $1,841,452 |
| **19** American Postal Workers AFL-CIO State Association<br>P.O. Box 19777<br>Las Vegas, NV 89132 | 1,225 | $39,283 | $16,442 | $10,990 | $9 | $32,749 |
| **20** Electrical Workers AFL-CIO Local 396<br>3520 Boulder Highway<br>Las Vegas, NV 89121 | 1,123 | $1,191,005 | $470,131 | $187,029 | $111,070 | $1,250,373 |
| **21** Sheet Metal, Air, Rail And Transportation Workers Local 88<br>2560 Marco St.<br>Las Vegas, NV 89115 | 1,081 | $2,048,291 | $333,440 | $348,673 | $261,787 | $1,734,418 |
| **22** Plasterers & Cement Masons AFL-CIO Local 797<br>4231 W. Oquendo Road<br>Las Vegas, NV 89118 | 996 | $1,165,347 | $305,084 | $- | $228,734 | $1,151,613 |
| **23** Machinists AFL-CIO Lodge 845<br>1057 Whitney Ranch Road, Suite 200<br>Henderson, NV 89014 | 916 | $330,301 | $23,270 | — | — | $297,959 |
| **24** American Postal Workers AFL-CIO Local 761<br>2620 E. Sunset Road, Suites D-E<br>Las Vegas, NV 89120 | 809 | $295,673 | $113,309 | $58,946 | $4,370 | $242,732 |
| **25** Transit Union AFL-CIO Local 1637<br>2350 S. Jones Blvd., Suites 101-208<br>Las Vegas, NV 89146 | 782 | $642,737 | $235,048 | $20,645 | $64,600 | $623,514 |
| **26** Carpenters Local 1780<br>4245 W. Sunset Road<br>Las Vegas, NV 89118 | 681 | $199,843 | $36,032 | $25,004 | — | $158,108 |
| **27** Transport Workers AFL-CIO Local 721<br>2770 S. Maryland Parkway, Suite 51<br>Las Vegas, NV 89109 | 661 | $250,600 | $7,895 | $23,112 | — | $200,216 |
| **28** Musicians AFL-CIO Local 369<br>3701 W. Vegas Drive<br>Las Vegas, NV 89108 | 593 | $390,509 | $115,069 | $96,873 | $61,859 | $372,402 |
| **29** Machinists AFL-CIO Local Lodge SC 711<br>P.O. Box 9701<br>Nellis Air Force Base, NV 89191 | 539 | $108,925 | $18,133 | $1,972 | — | $56,299 |
| **30** Auto Workers AFL-CIO Local 3555<br>4310 Cameron St.<br>Las Vegas, NV 89103 | 411 | $303,681 | $109,155 | $3,233 | — | $289,447 |

Bennett - 043

| # | Organization | | | | | | |
|---|---|---|---|---|---|---|---|
| 31 | Government Employees AFGE AFL-CIO Local 1240<br>3470 E. Russell Road, Suite 211<br>Las Vegas, NV 89120 | 408 | $40,098 | $2,500 | $1,169 | — | $43,974 |
| 32 | Steelworkers AFL-CIO Local 711<br>3271 S. Highland Drive, Suite 708<br>Las Vegas, NV 89109 | 400 | $34,879 | $9,110 | $20,697 | — | $37,025 |
| 33 | Steelworkers AFL-CIO Local 4856<br>47 Water St.<br>Henderson, NV 89015 | 390 | $97,026 | $26,890 | $49,151 | — | $125,284 |
| 34 | Maintenance of Way Employees Local 1020<br>510 National St.<br>Henderson, NV 89015 | 343 | $13,532 | $7,317 | $5,212 | — | $12,528 |
| 35 | Sheet Metal, Air, Rail And Transportation Workers Local 771<br>951 Wagon Train Drive<br>Henderson, NV 89002 | 285 | $135,300 | $93,864 | $20,657 | $1,000 | $147,133 |
| 36 | Government Employees AFGE AFL-CIO Local 1199 DOD<br>P.O. Box 9742<br>Nellis Air Force Base, NV 89191 | 221 | $125,217 | $11,759 | $8,429 | — | $75,820 |
| 37 | Roofers AFL-CIO Local 162<br>4125 Arctic Spring Ave., Suite 5<br>Las Vegas, NV 89115 | 213 | $321,062 | — | $61,859 | $17,205 | $227,843 |
| 38 | Security Police Association of Nevada<br>P.O. Box 35501<br>Las Vegas, NV 89133 | 147 | $82,986 | $17,248 | $945 | $20,157 | $89,329 |
| 39 | Insulators AFL-CIO Local 135<br>4316 E. Alexander Road<br>Las Vegas, NV 89115 | 135 | $671,978 | $152,511 | $169,804 | $156,496 | $642,284 |
| 40 | Professional Office Personnel Alliance Local 001<br>2620 S. Maryland Parkway, Suite 340<br>Las Vegas, NV 89109 | 125 | $70,728 | $8,545 | $3,546 | — | $69,913 |

Source: The unions' filings with the Department of Labor and VEGAS INC research. It is not the intent of this list to endorse the participants or to imply that the listing of a company indicates its quality. Visit vegasinc.com for more. Although every attempt is made to ensure the accuracy and thoroughness of VEGAS INC charts, omissions sometimes occur and some businesses do not respond. Please send corrections or additions to Jamie Gentner, research associate, jamie.gentner@lasvegassun.com. Send mail care of VEGAS INC, 2275 Corporate Circle, Third floor, Henderson, NV 89074.

Share

**Exhibit D**

**Curriculum Vitae**

Bennett - 044

**EDWARD L. BENNETT**
Coast Rehabilitation Services, Inc.
5290 Overpass Road, Suite 118
Santa Barbara, CA 93111
(805) 692-1823

| OBJECTIVE |
|---|

To provide vocational rehabilitation services and vocational rehabilitation evaluations
within various systems.

| EMPLOYMENT |
|---|

**Coast Rehabilitation Services, Inc. --- June 1977 to Present**
    Office in **Santa Barbara, California**.
    Proprietor/Vocational Rehabilitation Counselor for firm providing the following services in Southern-
    Central-Northern California:

- <u>Forensic Vocational Evaluations</u>, <u>Life Care Plans</u>, and <u>Household Duties Analysis</u> for: <u>vaccine cases</u>, <u>personal injury</u>, <u>medical malpractice</u>, <u>wrongful termination</u>, <u>wrongful death</u>, <u>marital dissolution/spousal support</u>, <u>maritime</u>, <u>longshore and harbor workers</u>, <u>railroad</u>, <u>pediatric</u>, <u>elder abuse</u>, <u>TBI/head injuries</u>, <u>sexual abuse/molestation/rape</u>, <u>sexual discrimination</u>, or <u>wherever pre- versus post-injury earnings capacity is at issue.</u>
- Development of Life Care Plans for disabled individuals, in areas of TBI/head injury, spinal cord injuries, vaccine cases, amputations, LTD, birth/pediatrics, organ injuries, burns, etc.
- Labor Market Surveys to determine post incident vocational potential and earnings capacities
- Develop list of questions for experts in regards to evaluations for household duties, loss of earnings, and future medical expenses.
- Assist employers in determining reasonable accommodations under FEHA and/or ADA.
- Provide services in regards to the interactive process under FEHA and/or ADA.
- Case Manager assisting the disabled community.
- Trust advocacy/guardianship for severely disabled pediatric cases.
- Evaluations for Workers' Compensation vocational rehabilitation, long-term disability, and longshore and harbor worker cases.
- Social Security representation.
- Vocational and personal counseling.
- Vocational rehabilitation plans for selective job placement, on-the-job training, and academic training.
- In-depth labor market research.
- Consultations for Americans with Disabilities Act.
- Consultant, County of Santa Barbara GAIN program.
- Consultant, U.S. Dept. of Labor.
- Consultant, disability retirement plans.
- Consultant, Social Security Administration, Office of Hearings & Appeals.
- Consultant to U.S. Dept. of Justice, Division of National Vaccine Act, Court of Federal Claims
- Consultant, State Teachers Retirement System
- Consultant, Teachers Insurance and Annuity
- Consultant, Railroad Retirement Board
- Consultant, Metropolitan Stevedore
- Consultant, long-term disability carriers.
- Consultant for States of California, Washington, Florida, Alaska and Hawaii.
- Disability advocate to aid and assist the disabled community in obtaining rightful benefits.
- Assessment of physical aspects of jobs (job analysis).
- Vocational testing, work tolerance evaluation, and job-seeking skills instruction.

Bennett - 045

**International Rehabilitation Associates, Inc. --- January 1977 to March 1978**
        Performed the work of a vocational counselor, providing services to individuals under California Workers' Compensation and Long Term Disability systems.

**EDUCATION**

Monroe Community College, Rochester, New York
        A.S. Degree, Liberal Arts and History, 1972

University of Northern Colorado, Greeley, Colorado
        B.S. Degree, Vocational Rehabilitation, 1975
        M.A. Degree, Vocational Rehabilitation, 1976

University of Florida, Winterpark, Florida
        Post-graduate certificate:  Life Care Planning for Advanced Catastrophic
        Case Management, 4/95
        --Completed 160 clock hours, taught by various medical professionals within their field

Continuing Education/CEU (Detailed on pages 6-17)
        6/10/78 – 10/26/18, 996 CEU's within the fields of Vocational Rehabilitation, Life Care Planning, Americans with Disabilities Act, Medicare Set-Aside, Worker's Compensation, Social Security, Longshore & Harbor Workers Labor Laws, case management, discrimination cases, etc.

**INTERNSHIPS**

- 1974, Wayne County Vocational Services, psychometric testing.
- 1976, Dept. of Rehabilitation;  vocational rehabilitation counselor intern serving generalized case load.
- 1976, Rehabilitation Institute of Santa Barbara (aka Memorial Rehabilitation);  dual capacity, vocational rehabilitation counselor intern and psychological counselor intern serving catastrophically disabled under Chief Clinical Psychologist, Ronald Hartley, Ph.D.

**CLINICAL EXPERIENCE**

- 1976, Rehabilitation Institute of Santa Barbara (aka Memorial Rehabilitation; aka Cottage Hospital Rehabilitation). Participated in patient bedside rounds with orthopedists, PM&R's, internists, and psychologists, with subsequent participation in Care Plan development for each patient.

**CERTIFICATIONS**

**Insurance Rehabilitation Institute**, Certificate, 1977

        Participate in class instruction, obtain a certificate in providing insurance rehabilitation to disabilitants under various systems (i.e., LTD, WC).

**Certified Rehabilitation Counselor (CRC)**, Commission on Rehab. Counseling Cert., #11674, 1978

        Persons who are designated as Certified Rehabilitation Counselors (CRC) must demonstrate that they are of good moral character, meet acceptable standards of quality of their practice and have requisite educational professional background.  To become certified, must meet stringent eligibility requirements including: advanced education, work experience, and must achieve passing score on CRC examination.

Bennett - 046

Requires:  (1) testing for specialized knowledge through national certification exam; (2) education and degree from accredited program; and (3) experiential background, to qualify for same.

Additional requirements are continuing education for certification renewal to ensure skills and knowledge are kept current.

Requires formal professional code of conduct, or ethics model for accountability and compliance with ethical compliances.

**Vocational Expert**, Soc. Sec. Admin., Office of Disability Adjudication and Review, Dept. of Health & Human Services, 1978

Requires educational and experiential background and interview with administrative law judge, requires vocational expert to provide opinions based upon hypothetical questions in regards to limitations as proposed by the judge to determine eligibility for acceptance of disability under the program.

Under contractual agreements to appear before ALJ and provide testimony regarding employability of claimant in accordance with code of federal regulations governing the Social Security Disability and Supplemental Security Income programs.

**Certified Disability Management Specialist**, Commission of Rehabilitation Counseling Certification, #00462, 1984

CDMS is the only nationally accredited and independent organization that certifies Disability Management Specialists, and confirms that one has specialized knowledge to analyze, prevent and mitigate the human and economic impact of disability for employers and employees, has demonstrated the professional experience, knowledge and educational background to competently deliver disability management services, is committed to continuing education and upgraded skill, and adheres to the highest professional ethics, including the code of professional conduct developed by CDMS.

Requires:  (1) testing for specialized knowledge through national certification exam; (2) education and degree from accredited program; and (3) experiential background, to qualify for same.

Additional requirements are continuing education for certification renewal to ensure skills and knowledge are kept current.

Requires formal professional code of conduct, or ethics model for accountability and compliance with ethical compliances.

**Certified Vocational Rehabilitation Counselor**, U.S. Dept. of Labor, Division of Federal Government, OWCP #13-31, 3/85

Provide vocational rehab case management service to federal employees injured on the job.

**Diplomate, American Board of Vocational Experts**,  #292-85, 1985

ABVE is a professional credentialing body established as a non-profit organization.

Certification requires: (1) Master or Doctorate Degree from an accredited institution in human services field specializing in vocational rehab, psychology, or vocational counseling; (2) Have specific training experience such as assessment, functional capacity measures, psychological testing, measurement job analysis, job placement, job surveys, and have experience providing testimony in these areas; (3) Displays knowledge and experience within submitted forensic work product; and (4) score on the ABVE exam.

Bennett - 047

Diplomate status requires 7 years of documented experience in the area of assessment of vocational capacity and vocational expert opinion and/or demonstrations of distinguished performance or recognition as vocational expert.

Ongoing continuing education is required to maintain certification.

**Vocational Expert**,  U.S. Railroad Retirement Board, 6/86
**Out-of-State Provider, Rehabilitation Counselor Certification**
     State of Washington, Dept. of Labor, #7645, 2/89
     State of Florida, Dept. of Labor, #XA003536, 6/90
     State of Alaska, Dept. of Labor, #26619, 4/23/92
     State of Colorado, Dept. of Labor & Employment, #1640, 9/590
     State of Nebraska, Workers' Compensation Court, VRC Cert. #PC-0320
     State of Nebraska, WC Court, Job Placement Specialist Cert. #PJ-0303

**Independent Vocational Evaluator**, State of California, Dept. of Industrial Relations, 6/90

Qualified for and continues to participate in a list of qualified rehabilitation representatives who meet the requirements of independent vocational evaluator (IVE) pursuant to labor code section 4635(c) utilized when a dispute arises regarding assignment of qualified rehab reps under the California Workers Compensation system.

**Cert. Life Care Planning Expert**, Cert. For Life Care Planning for Advanced Catastrophic Care Mgmt, 1995

This program is offered through the University of Florida, and required participation in 160 clock hours of education taught by various professionals within their fields (i.e., orthopedists, neurologists, psychiatrists, psychologists, etc.).  Topics addressed in the extensive curriculum include professional orientation to life care planning, spinal cord injury, adult and pediatric brain injury, adult and pediatric amputations, multiple physical and psychological disabilities, standards, case management, ethics, and expert testimony.  Post completion of the program one is required to sit for a comprehensive examination.

**Cert. Life Care Planner (Cert. #0028)**, Commission on Disability Examination Certification, 4/16/96

Educational requirements:  at least a Bachelor's Degree from an accredited institution; Rehabilitation Certificate such as CRC.

Experience:  minimal of 3-5 years of experience.

Sit for the CLCP exam which requires a minimum of 120 hours of post graduate or post specialty degree training in life care planning, within the 120 hours there must be 16 hours training specifically in basic orientation, methodology, standards of practice, and life care planning.

Other requirements:  graduation from an accredited training program which includes practicum internship which requires development of independent life care plan for review and critique by faculty member.

Requires a passing score in CLCP certification examination.

Ongoing continuing education is required to maintain certification.

**Fellow**, International Academy of Life Care Planners, 11/11/02

International Academy of Life Care Planners is a special interests section of the International Association of Rehabilitation Professionals, a non-profit organization, whose mission is to become preeminent associates for shaping the evaluation of life care planning.

Bennett - 048

**Certification, State of California Dept. of Industrial Relations**: Vocational Return-To-Work Counselor (VRTWC), 8/20/14.

*Education, Preparation & Certification:* A **Life Care Planner** must possess appropriate educational requirements as defined by the professional standards. A **Rehabilitation Counselor** should possess the requisite Master' Degree and sufficient education and training to ensure understanding of human anatomy, physiology, pathophysiology, health care delivery systems, role and functions of various health care professionals; and promote high standards of professional performance and ethics.

## PROFESSIONAL GROUPS

•National Association of Rehabilitation Professionals in the Private Sector -- NARPPS
•Consumer Attorneys Association of Los Angeles (aka California Trial Lawyers Association)
•Los Angeles County  Bar Association
•Pacific Disability & Business Technical Assistance Center (ADA Panel)
•International Academy of Life Care Planners
•Employment Law Network (LinkedIn.com)
•Employment Law Corporate Connection (LinkedIn.com)
•National Employment Lawyers Assn.

## AWARDS

1975, received Rehabilitation Services traineeship grant awarded by U.S. Government to pursue Master's Degree in the field of Vocational Rehabilitation Counseling.

## TESTIMONY AS VOCATIONAL EXPERT

•Superior Court (750+ times)
•U.S. Federal District Court (60+ times)
•Arbitrations (70+ times)
•Deposition testimony (950+ times)
•Administrative law hearings regarding Social Security (1,800+ times)
•Informal/formal conferences/California workers' compensation (100 + times)
•WCAB hearings (50+ times)
•Longshore and harbor workers ALJ hearings (50+ times)
•Disability retirement ALJ hearings (10 times)
•Teacher removal, ALJ hearings (fit for duty) (5 times)
•Railroad retirement, ALJ hearings (20 times)

## CASE LOAD (NUMBER AND TYPES OF CASES SERVED)

•Vocational rehabilitation cases, ongoing from initial interview to case follow-up (6,500+).
•Forensic cases, both plaintiff and defense referrals (approx. 1,750).

## GEOGRAPHIC AREAS OF REFERRALS

•   California, from Southern California (San Diego) through Northern California (Sacramento area), although predominantly Los Angeles, San Diego, and Santa Barbara.
•   Out of state: Hawaii, Maine, Massachusetts, Missouri, Nebraska, Nevada, Oregon, Tennessee, Texas.
•   International: Scotland, England, Australia, Marianna Islands, Canada.

References available upon request

Revised:  10/30/18

Bennett - 049

## CONTINUING EDUCATION

6/10/78 – 10/26/18, 996 CEU's as follows:

| | |
|---|---|
| Training as a Vocational Expert, Social Security Administration, Louis Zinn (10 CEU's) | 6/10/78 |

Understanding & Motivation Employees, UCSB Extension (6 CEU's)  —  7/21/80

Improving Supervisorial Skills, UCSB Extension (6 CEU's)  —  8/11/80

Center for Continuing Education, Minneapolis, Minnesota (8 CEU's)  —  9/15/83
• Expert Vocational Testimony

OWCP Certification Workshop (16 CEU's)  —  2/5/85 – 2/6/85
• Overview of Federal Employee Compensation
• Overview of Longshore Compensation
• OWCP Perspectives on Rehabilitation Process
• Forms Management
• Written Plans & Reports
• Appropriate Costs;  Proper Invoicing

Office of Hearings & Appeals training (15 CEU's)  —  3/1/87 – 3/3/87
• Overview of Forensic Vocational Evaluations in the U.S.
• Transferability of Skills Analysis Under Social Security Criteria
• Review of Medical Impairment of Listings
• Labor Market Surveys Under OHA Guidelines
• The Role of the Rehabilitation Expert in OHA Hearings
• Holding Up to Cross-Examination
• Mock OHA Hearings
• Response to Interrogatories

OWCP Certification Workshop (16 CEU's)  —  1987
• Vocational Rehabilitation Process
• OWCP Rehabilitation Forms
• OWCP Rehabilitation Reports
• OWCP Rehabilitation Bills/Billing
• OWCP Contract Requirements
• OWCP Program Requirements

Update on Labor Law, UCSB Extension (6 CEU's)  —  1989

Drugs in the Work Place, UCSB Extension (3 CEU's)  —  1989

ABVE Annual Conference (14 CEU's)  —  3/6/89 – 3/8/89
• Pain Assessment, Treatment and Litigation
• A Multidimensional Model of Behavior on Vocational Evaluation
• Mock Trial, Vocational Case
• Life Care Plan & Loss of Earnings Capacity for the Vocational Expert
• Challenges of Managing an Independent Practice
• Wechsler & Wide Range Test Results in Association w/Field Level Occupational Theory

Health Hazards in the Work Place, UCSB Extension (6 CEU's)  —  1/9/90

1990 NARPPS National Conference (13 CEU's)  —  2/28/90 – 3/4/90
• Case Management:  The Next Generation
• Establishing Vocational Impairment

Bennett - 050

ABVE Conference (14 CEU's)                                                                 3/25/90 – 3/28/90
• Malpractice Issues and Life Care Planning
• Treatment for Low Back Patients
• Head Injuries & Vocational Expert Issues
• The Vocational Expert in a Social Security Hearing Setting
• Physical Capacities Education, Work Hardening & Its Use by Vocational Experts

SCRE/RNS Conference ( 13 contact hours)                                                    7/26/90 – 7/28/90
• Early Intervention, Working Together          • Maturation & Mobilization
• Latest Treatment Methods:  Back Injuries      • Resources Fair
• Complex Joint Injuries:  Knees & Shoulders    • Perspectives on Legislative Changes
• Hand & Wrist Injuries in the 1990's

1990 CARP Convention:  Rehab & All That Jazz (10 CEU's)                                     9/13/90 – 9/15/90
• New Opportunities for Rehab Technology; Dragon Dictate/Speech Recognition Computer Program
• An Inspiration for Rehabilitation/Melendez
• OWCP FECA Workshop
• How to Prevent/Minimize Internal Business Disputes
• Vocational Economic Model for Evaluation of Loss of Earnings Capacity
• Keynote:  Richard Bolles
• Medical & Psychological Aspects of Chronic Pain Among Hispanic Injured Workers/Factors That Affect
  Rehabilitation Outcome
• Specialized Services for Workers with Upper Extremity Injuries
• Engineering Technology:  A Problem-Solving Method for Selecting Appropriate Adaptive Technology Including
  Manual Wheelchairs
• Stress& Psychological Factors of Law Enforcement Personnel
• How a VRC Can Be Used by Accountants & Economists for Spousal Support Cases

ABVE Annual Conference (12 CEU's)                                                          3/25/91 – 3/27/91
• Voc. Eval.:  Implications for a Vocational Expert
• ADA Impact on Vocational Experts

Vocational Rehabilitation Counselor Training, U.S. Dept. of Labor (16 contact hours)                4/4/91
• Vocational Rehabilitation Process
• Reports/Reporting by Rehab. Counselors
• Forms Management

SCRE/RNS Conference (7 CEU's)                                                              7/13/91 – 7/14/91
• Minor Head Injury Through Return to Work       • How Rehab Legislation Affects You & Your Job
• Functional Assessments--Testing & Evaluations  • SCRE/RNS Conference Exhibitors

St. Jude Center for Rehabilitation, Lectures for Rehab. Professionals (2 contact hours)             7/24/91
• Value of Diagnostic Imaging in the Brain Injured

CARP 1991 Conference (10 CEU's)                                                                         1991
• Legislative Panel:  WC Reform 1991
• Implications of Americans w/Disability Act
• New Perspective on Job Placement Resources
• Continuous Trauma Disorders (CTD's) - CTS
• Musculoskeletal Rehab. & Orthopedic Exams:  What Does the Physician's Report Really Mean?
• Conference Exhibitors
• Commitment to Excellence
• Flexible Work Options for the Disabled
• Hiring/Firing/Promoting Personnel Evaluation

Bennett - 051

St. Jude Centers for Rehabilitation, A Seminar on Spinal Cord Injury Treatment & Case Management   9/26/91
(7 contact hours)

Rehabilitation Institute, in affiliation with Santa Barbara Chamber of Commerce (7 contact hours)   10/11/91
• Barrier Free:  Designing for Accessibility

OWCP Certification Workshops (15 CEU's)   10/24/91 – 11/05/91

ABVE Conference (14 CEU's)   3/23/92 – 3/25/92
• Starting & Managing a Forensic Practice
• The Issue of Pain in Evaluation & Court Testimony
• Client Evaluation Systems & Techniques
• Hand Injury Workshop Clinic
• Head Injury Workshop Clinic

ADA Seminar presented by Pacific Disability in Business Technical Assistance Center   5/11/92 – 5/12/92
(16 contact hours)
• Vocational Rehabilitation Process
• Forms Management
• Reports & Reporting by Rehabilitation Counselor
• Bills & Billings by Rehabilitation Counselors
• OWCP Contract Requirements
• OWCP Program Requirements

ADA General Session seminar (14 CEU's)   9/25/92 – 9/26/92
• Head Trauma Assessment
• Treatment & Testimony in Head Trauma Cases

ABVE Conference (14 CEU's)   3/8/93 – 3/10/93
• Economic Perspective re Use of Vocational Experts & Their Resources
• Role of Vocational Expert & Resources Utilized
• Preparing Vocational Expert for Courtroom Testimony

NARPPS 1993 National Conference, "Private Rehabilitation:  Evolving Into The 21st Century"   4/22/93 – 4/24/93
(14 contact hours)
• The New Wave of Marketing
• Corporate America Responds to Needs & Rights of the Disabled
• Legislative Impact on Private Rehabilitation
• Prosthetics
• Vocational Evaluation:  A Progressive Approach to Assessing Cognitive Abilities
• The Future for the Vocational Witness
• Mock Trial
• Life Care Planning

Vocational Rehabilitation Counselor Training, U.S. Dept. of Labor (16 contact hours)   8/31/93
• Vocational Rehabilitation Process
• OWCP Rehabilitation Forms
• OWCP Rehabilitation Reports

Bennett - 052

The Rehabilitation Training Institute & University of Florida, **Life Care Planning for Catastrophic Case Management** (160 total contact hours)                    1/93 – 5/26/95

Track One
PRINCIPLES & METHODOLOGY
• Life Care Planning
• Step-by-Step Procedures
• Tenets & Methodologies
• Resources
• Articles on Case Management
• Marketing
• Interview Formats
• Medical Records – Physician Contact
• Working with the Physician
• Spinal Cord Injuries
• Equipment Renovations
• Head Injury
• C.P. Multi-Case Examples
• Other Injuries:  Case Examples
• PVS (Persistent Vegetative State)
• Amputations
• Vocational/Wage Loss Issues
• Legal Matters – Rehab Testimony

Track Two
VOCATIONAL ASSESSMENT
• Intro. To Assessment of Rehab Potential
• Validity/Reliability:  Decision Styles
• Intro. To Vocational Evaluation
• Aptitude Tests
• Combined assessments
• Personality Tests
• Neuropsychological Evaluation
• ERGOS Evaluation System
• Earnings Capacity Analysis
• Labor Market Surveys
• Job Analysis
• Transferable Skills vs. Worker Traits
• Sample Case Analysis
• Ethics

Track Three
• Consultation Services vs. Expert Services
• Medical Records Analysis
• Medical Research
• Experts
• Deposition:  Review & Summarization
• Case Management
• Attendance at Medical Examination
• Demonstrative Evidence as Litigation Technique
• Life Care Plan/Life Care Plan Review
• Vocational Issues
• Outcome-Driven Case Management
• Collateral Source
• Special Needs Trust

Track Four
ADVANCED CASE MANAGEMENT
• Intro. To Forensic Rehab. Applications
• Terms, Definitions:  Lawyer's Viewpoint
• Roles & Rules of Experts
• Terms, Definitions:  Rehab Consultant's Viewpoint
• Mock Trial

Track Five
HEAD & SPINAL CORD INJURIES
• TBI:  Overview, Definitions, Management
• Acute Care: Early Intervention, Benchmark for Outcomes
• Mechanism of TBI
• Biofeedback & Behavioral Aspects
• Neuropharmacology
• Psychiatric vs. TBI
• Spinal Cord Injuries:  Intro. & Overview
• Transition to Home/Work;  LCP Issues
• Managing Long-Term Care & Support
• Aging with Spinal Cord Injury
• Life Expectancy in Spinal Cord Injury
• Long-Term Care Issues – Linking Spinal Cord Injury to Special Recommendations
• Vendor Presentation/Equipment Review
• Long-Term Care Issues

Track Six
BRAIN DAMAGE – PEDIATRICS
• Medical Aspects, Birth  thru Developmental Years
• Long-Term Care Issues
• Life Expectancy
• Complications
• Seating & Positioning: Wheelchair Systems
• Intake/Evaluation
• Long-Term Care Planning – Rehab Needs
• Respiratory Care – Home Ventilatory Care
• Augmentative Communication/Assistive Technology
• Collateral Source Review
• Rehab Testimony: Presentation of the Brain Damaged Infant Case in Deposition & Trial Setting

Bennett - 053

Track Seven
MULTIPLE DISABILITIES
• Upper Extremity Impairments (Revascularization; Replantation; Microvascular Surgery
• Carpal Tunnel Syndrome
• Life Care Planning:  Implications
• Multiple Disabilities (Multiple Orthopedic Injuries: Back Injuries; Pain Control; Amputations; Burns)
• Abuse Issues in the Work Place for the Rehab Professional
• Amputations – Prosthetics Overview
• Life Care Plan Implications – Amputation
• Life Care Planning (Chronic Pain Management; Psychological Implications;  Misc. incl. Chronic Fatigue Immune Deficiency Syndrome & Multiple Sclerosis

Track Eight
PROFESSIONAL & OPERATIONAL ISSUES
• Principles of Establishing LCP & Case Management Practice
• Organizing, Conferencing, Meetings, Patient Consultations, Depositions & Trials
• Computer Applications
• Insurance
• Ethics

Rehabilitation Training Institute, Life Care Planning Refresher Course (6 CEU's)                 3/16/96
• LCP Checklist & Step-by-Step Procedures
• Checklist for Comprehensive Medical Records and Analysis
• Medical-Legal Consulting Checklist
• Medical Terms/Abbreviations
• Spinal Cord Injury
• Brain Injury

• Amputation
• Burns
• Chronic Pain/Low Back Injury
• Pulmonary Issues
• ADA
• Vocational Issues

Vocational Rehabilitation Counselor Training, U.S. Dept. of Labor (16 CEU's)          3/22/96 – 3/24/96
• OWCP Standards, Regulations & Guidelines
• Vocational Rehabilitation Process
• OWCP Rehabilitation Forms

• OWCP Rehabilitation Reports
• OWCP Ethics

California Brain Injury Foundation seminar, "Defining Economic Damages in Brain Injury Cases"          11/8/96
• Appropriate Use of Neuropsychologist
• Neuropsychological Assessment:  What to Look For
• Direct Examination of a Neuropsychologist
• Vocational Economic Assessment
• Vocational Assessment
• Economic Assessment

• Direct Exam of Voc. Expert
• Direct Exam of Economic Expert
• Use of Life Care Planner in Brain Injury Case
• Evaluating LCP in Brain Injury Cases
• Direct Exam of LCP Expert

Vocational Rehabilitation Conference Sponsored by California State Teachers Retirement System    1/9/97 – 1/10/97
(16 CEU's)
• General Information
• Case Management Guidelines
• Plan Development

• Billing/Services Guidelines
• Rehabilitation Law
• Forms

Consumer Attorneys Association of Los Angeles, "Employment Discrimination Cases" (2 CEU's)          5/97
• Psychologists as Experts in Employment Discrimination Cases
• Employment Discrimination Cases – Economic Damages
• Use of Employment Practices Experts in Employment Discrimination Cases

• Plaintiff's Deposition in Employment Discrimination Cases (Plaintiff's Perspective)
• Plaintiff's Deposition in Employment Discrimination Cases (Defense Perspective)

Consumer Attorneys Association of Los Angeles, "Experts, Part II; Trial" (2 CEU's)          9/97
• The Adjudication of Meaning;  Scientific and Expert Opinion Testimony
• Plaintiff's Presentation of Expert

• Defense Perspective
• Rebuttal Witnesses
• Cross-Examination of Defense Expert

Bennett - 054

Longshore Institute, Inc., "Comprehensive Examination of Longshore Act"          1/28/98 – 1/29/98
- Procedures & Forms
  Injury & Presumptions
- Medical Treatment
- Controversion
- Rehabilitation
- Attorneys Fees
- Disability
- Settlements
- Litigation
- Discrimination
- Jurisdiction
- Notice of Statute Requirements
- Wages, Average Weekly Wages & Compensation
- Penalties
- Third-Part Claims
- Special Fund
- Death Claims
- Occupational Disease

Fourth Annual Life Care Planning Conference, University of Florida (24 CEU's)          11/4/99 – 11/6/99
- Life Care Planning for Catastrophic Cases
- How to Produce a Day-in-the-Life Settlement Video
- Trust:  What Life Care Planners Need to Know
- Role of the Economist in Life Care Planning
- State of the Union for Life Care Planners
- PVS:  Diagnosis, Prognosis & Cost Ramifications
- Considerations in Development of LCP's for the
  Neonate
- Disease State Management—Rheumatic Disease,
  Fibromyalgia & Arthritis
- Avoiding Legal Quicksand (Legal Issues)
- Cognitive Dysfunction & Remediation
  Approaches for Individuals w/Dementia
- Cutting Edge Approaches to Managing
  Pain & Associated Costs
- New Studies in Spinal Cord Injuries
- Daubert:  How It Impacts the Expert
  Witness – Research Outcomes
- Patient Compliance

NARPPS, November/December 1999          1/00
- Vocational Consultant as an Expert In Divorce Litigation (2 hours)

American Board of Vocational Experts, Fall Conference, Vancouver, B.C. (13 CEU's)          10/5/00 – 10/8/00
- Mild Head Injury Controversy;  Implications
  for Practice & Expert Testimony
- Seizure Disorder:  Neurology/Vocational Aspects
- Psychological Approach to TS Analysis
- Returning Chronic Pain Patients to Work
- Carpal Tunnel Disorder & Functional Capacity
  Disruption
- Minority Issues in Vocational Rehabilitation
- PTSD & Vocational Rehabilitation
- Work Motivation
- Depression & Anxiety Disorders:  Implications
  for Vocational Rehabilitation
- Psychological Impairment & Occupational
  Disability

Vocational Rehabilitation Counselor Training, U.S. Dept. of Labor (8 CEU's)          11/14/00
- OWCP Standards, Regulations & Guidelines
- Vocational Rehabilitation Process
- OWCP Rehabilitation Forms
- OWCP Rehabilitation Reports
- OWCP Longshore Cases

International Association of Rehabilitation Professionals, November/December 2000          12/00
- The Potential For Clinical Bias In Vocational Expert Testimony (2 hours)

American Board of Vocational Experts, Spring 2001 Conference, San Diego, CA (10.25 CEU's)          3/24/01 - 3/25/01
- Effective Expert Witnessing-Basic & Advanced Strategies
- Testing Brain Power & Behaviors For Work Capacity
- Translate Testing into Vocational Functional Ability
- Employment Law: The Vocational Experts Role
- Courtroom Testimony
- The Quality of Expert Testimony
- Gamboa's Work Life Expectancy Tables
- Interfacing with the Economists

International Association of Rehabilitation Professionals, October/November/December 2003          10/01
- Status of Women Professionals in Rehabilitation Education (1 hour)

Intelicus/University of Florida, "Advanced Pain Management" (16 CEU's)          10/17-18/02
- Nelson Handler, M.D.: Pain Diagnostics/Medication Options/Treatment Options
- Medtronics: Spinal Cord Stimulator Implant & Intrathecal Infusion Device
- New Treatment for Back Pain: Nucleoplasty

Bennett - 055

- David Hanks, Ph.D., Pain Psychologist/Psych. Assessment & Treatment: Functional Capacity Evaluation
- Life Care Planning Issues/General Discussion

7th Annual Life Care Planning Conference, Inteiicus/University of Florida (16 CEU's)          10/19-20/02
- Keynote: Improving the Outcome of Brain Trauma Patients by Jamshid Jhajar, M.D., Ph.D.
- Living with Consequences of Brain Injury: Implications for LCP, by Alan Bergman, Pres./CEO, Brain
  Injury Assn., Inc.
- The Latest in Spinal Cord Injury Research by Barth Green, M.D., Prof./Chairman of Dept. of Neurological
  Surgery, Prof. of Ortho. & Rehab., Univ. of Miami School of Medicine; Chief Neurosurgical Services at
  Jackson Memorial Hospital and Miami Veterans Affairs Medical Centers.
- The Importance of Voc. Rehab. & LCP by Timothy Field, Ph.D., Former Prof. & Coordinator of Rehab.
  Counseling Training Program, Member of Graduate Facility, University of Georgia; President of Elliott &
  Fitzpatrick, Inc.
- Cost Methodology: Streamlining Your LCP by Rebecca Busch.
- Cross-Cultural Issues of Life Care Planners by Michael Hale.
- The Rights of Expert Witnesses: Brushes with Ethical Violations by Mark Rabinoff, Ed.D., Professor of
  Human Performance Sports & Leisure Studies at Metropolitan State Univ. Denver.
- Sexuality Issues for the LCP by Lisa Hannold.
- Hepatitis C: A Case Study by Patricia McCollom and Paula Sundance, M.D.
- Catastrophic Injuries: Functional Outcomes & Inappropriate Physician Recommendations by Terry Winkler,
  PM&R Physician, C.L.C.P., PM&R Private Practice, Springfield, Missouri; Medical Director of Cox Rehab.
  Hospital rehabilitation programs and Springfield Park Care Subacute Rehab Program and Curative Rehab.
  Center; and Robert H. Meier, PM&R Physician, Dir. of Houston Center for Amputee Services & Senior
  Attending Physician for Texas Regional Spinal Cord Injury Services, Chairman/Rehab. Medicine at Univ.
  Colorado Health Svc. Ctr. Former Director of Amputee Ctr. of America; moderator Paul M. Deutsch, Ph.D.,
  C.R.C., C.C.M., C.L.C.P.
- Family-Centered Pediatric Life Care Planning by Priscilla P. Phillips, R.N., C.C.M., C.L.C.P., Program
  Coordinator, Medical-Legal Services; and Nancy J. Bond, M.Ed., C.C.M., C.L.C.P., Associate Director of
  The Coordination Center.

International Association of Rehabilitation Professionals, October/November/December 2002          11/02
- Rehabilitation Internet Sources (1 hour)
- Psychiatric Rehabilitation in America:  A Work In Progress (2 hours)

American Board of Vocational Experts, Spring 2003 Conference, San Diego, CA (14.75 CEU's)   3/21/03 - 3/23/03
- Testifying Opportunities in WC Litigation—The Road Ahead, by Susan Silberman & Leonard Silberman, Esq.
- Medical Disability Evaluations; Help or Hindrance for Testifying Expert, by Alex Ambroze, M.D., M.Ph.
- Reliability of Life Care Planning, by Penelope Caragonne, Ph.D.
- Railroad Litigation; What's Unique About the Arena for Voc Experts, by Robt. Meyers, Esq.
- Ethics & the Expert, by Hank Lagerman, ABVE Past President, and Katherine Martin-Miller, Ph.D.
- Practice Mgmt. Techniques in Marital Dissolution by Susan Stevenson
- Practice Mgmt. Techniques & Business Opportunities with V.A., by Eloy Castillo
- Defining an Effective Expert Witness, by Carey Steigwalt, Esq.
- Anatomy of Civil Trial & Role of Expert Witnesses, by Andrew Schwartz, Esq.
- Job Analysis Methods for Forensic Testimony, by Roger A. Thrush, Ph.D.

International Association of Rehabilitation Professionals, April/May/June 2003          04/03
- Animal Assisted Therapy and the Child with Severe Disabilities:  A Case Study (1 hour)

American Board of Vocational Experts, Spring 2004 Conference, Charleston, NC (17 CEU's)   3/19/04 - 3/21/04
- Vocational Economics: Point-Counterpoint
- Sexual Harassment: Challenges in the Modern Work Place
- Quantifying Psychological Injury in Employment Law, Medical Malpractice, and Other Cases
- Vocational Testimony: How to Prepare and Handle Cross-Examination
- Vocational Assessment Issues with Children & Adolescents
- Blood Poisoning in Pediatric Cases

Bennett - 056

- Vocational Correlates of Neuropsychological Assessment
- Railroad Litigation: What's Unique About This Area for Vocational Experts
- New Techniques of Law
- ABVE-Ethics & Issues

International Association of Rehabilitation Professionals, April/May/June 2004          7/04
- Rehabilitation Counselor Burnout:  Causes, Symptoms and Remedies (1 hour)

Pacific ADA & IT Center (Pacific Disability and Business Technical Assistance Center), American's With
Disabilities Act (ADA) Update Training, San Francisco, CA (8 hours)          5/20/04
- Changes and court decisions regarding Titles II and II of the ADA by John Wodatch, Chief, Disabilities
  Rights Section, Department of Justice
- Updated information on Title I (the employment provisions of the ADA) by Adele Rapport, Federal
  Regional Attorney EEOC

International Association of Rehabilitation Professionals, July/August/September 2003          4/04
- Ethical Objectivity in Forensic Rehabilitation (1 hour)

American Board of Vocational Experts 2004 Fall Conference, Las Vegas, NV          10/1/04 – 10/3/04
- Round Table Discussion: Standards of Practice in California Family Law; by Marlis Bruns,
  Susan Stevenson, Peter Eliaser, Betty Kohlamberg, Robert Cottle & Rachel Hawk. (1.5 hours)
- Riding the Swinging Pendulum in California Worker's Compensation; by Susan Silberman, J.D., and
  Leonard Silberman, J.D. (1.5 hours)
- Can Your Test Results Be Challenged Because Base Rates Were Not Considered?; by Dr. Roskenranz, Ph.D.
  (1.5 hours)
- Considering the Whole Person: The Development & Role of Vocational Factors in the Social Security
  Administration Disability Program; keynote speaker Sylvia Karman, Sr. Policy Analyst for SSA. (1 hour)
- Unionization of VE's in Front of Social Security; by Kenneth Manges, Ph.D. (.5 hour)
- Inter-Organizational O'Net Task Force; by Sylvia Karman & Joseph Cannelongo. (1.5 hours)
- Functional Capacity Evaluation: Validity & Reliability Considerations; by Gary Amick, P.T., and Jim Strady, P.T.
  (1.5 hours)
- Legal-Political Update (re Social Security Programs & Regulations Impact on Vocational Experts; panel
  presentation (1 hour)
- Disfigurement & Its Effect on Employability; by Kenneth Manges, Ph.D. (1.5 hours)
- Mock Trial; moderator Ira Spector. (2 hours)
- Collaborative Divorce & the Value of Non-Wage Activity in the Household; by Ellen Gamberg, Ph.D. (1.5 hours)
- PTSD Post-9/11; by Ellen Gamberg, Ph.D. (1 hour)
- Job Analysis Formats & Measurements; by Allen Nogourney. (1 hour)

International Association of Rehabilitation Professionals, November/December 2004          1/05
- Obesity: Addressing A Multifactorial Disease (1 hour)

Medicare Set-Aside Program, University of Florida, Atlanta, GA (16 hours)          1/22/05 - 1/23/05
- Keynote:  Michael Pierson, MSP Atlanta Regional Coordinator of The Centers for Medicare
  and Medicaid Services
- Medicare Set-Aside Allocations:  Understanding the Basics; by Janice Gould, RN, CLCP of Gould & Lamb
  --Medicare Overview
  --Medicaid, SSD, SSI
  --Shifting the Burden to Medicare:  Past, Present and Future
  --CMS Threshold for Review
  --The Medicare Set-Aside (MSA) Arrangement Overview
  --Past Medicare Payments
  --The Emergence of the Professional MSA Allocator
  --Multidisciplinary MSA Team
  --Process Flow Chart
  --Sample Cases

Bennett - 057

- Medicare as the Secondary Payer; by Beverly Manley, Esq. of the Law Offices of Beverly Manley & Assoc., P.C.
  - --Regulatory Framework
  - --Enforcement Provisions
  - --Case Law
  - --Class Action
- CMS Policy Memorandums:  Highlights; by Wade C. McGuffey, Jr, Esq. of Goodman, McGuffey, Lindsey & Johnson, LLP
- Medicare Conditional Payments; by Beverly Manley, Esq., Law Offices of Beverly Manley & Associates, P.C.
- The Role of the Attorney Specializing in Medicare Set-Aside Allocations; by Lisa Schrage, Esq. of the Law Offices of Lisa Schrage, LLC
- Medicare Basics; by Ramone Kimmins, CNLCP, CRRN, CCM
  - --Determining what is Medicare Allowable
- MSA Allocation Report; by Ramone Kimmins, CRRN, CNLCP, CCM
- Relationship Between Life Care Planning & MSA's; by Earlene Stanislaw, CLCP, CCM, DABFN, LNCC
- The Role of the Structured Settlement Broker; by Bill Matthews of Ringler Associates, Inc.
- The Role of the Professional Administrator; by Robert Barson of Medivest, Inc.
- Medicare/MSA's and Medicaid Special Needs Trusts; by David Paul Pollan, Esq. of The Pollan Law Firm
- Medicare Prescription Drug, Improvement and Modernization Act of 2003; by Thomas M. Finn, Esq. of Finn & Hurtt Attorneys at Law

Medicare Set-Aside Program, University of Florida, San Francisco, CA (16 hours)          2/24/05 - 2/25/05
- Introduction to program, by Thomas Bosserman, CMS, Health Insurance Specialist
- Keynote address, by Jeff Flick, Regional Administrator, CMS-SFO
- Medicare As a Secondary Payer, by Thomas Bosserman
- Coordination of Benefits (COB) Contractor, by Sherri McQueen, COBC
- Workers' Compensation Medicare Set-Aside Arrangements, by Donna Kettish, CMS CO, Technical Advisor
- Workers' Compensation Review Contractor, by Olivia Williams, CMS CO
- Workers' compensation Data Exchange, by Neil Hoosier, COBC and CMS CO
- Medicare & Workers Compensation Recovery Issues, by Thomas Bosserman, Claudia DeCea/Greg Kost, UGS, Medicare Contractor
- CMS Panel Discussion with Q&A
- MSA and State Workers' Compensation System, by Merle Ravine, Chairman WC Appeals Board; David Hettick, Esq., ALJ, SFO; Melissa Brown, Esq. Claimant Attorney; and Laura Bruyneel, Esq., Defense Attorney
- The Role of the Private Sector in MSA's, by Robert T. Lewis, Esq.
  - --From the WC Client's Perspective by Lisa Schrage, Esq.
  - --From the WC Carrier's Perspective, by Sharif Cheatham, Esq.
  - --The Role of the Allocator-Understanding the Basics, by Nancy LaGasse
  - --The Role of the Life Care Planner as an Allocator, by Nancy LaGasse
  - --Settling Liability Claims with MSA's, by Jan Gould
  - --Applying the Knowledge, by Jan Gould
- Panel Discussion with Q&A

International Association of Rehabilitation Professionals, July/August/September 2004          2/05
- Pattern of Rehab. Services to Consumers of Diverse Ethnicity:  One Stat's Five-Year Perspective (1 hour)
- Best Practices in Cases of Gifted Individuals Who Sustain Acquired Brain Injuries (1 hour)

International Association of Rehabilitation Professionals, January/February/March 2006          5/06
- The Need for a Formal Training Program to Prepare Vocational Experts (1 hour)
- Public Vocational Rehabilitation Outcomes (1 hour)

International Association of Rehabilitation Professionals, April/May/June 2006          7/06
- The MMPI-2 and Other Personality Measures in Forensic Vocational Assessment (1 hour)

Bennett - 058

International Association of Rehabilitation Professionals, July/August/September 2006                8/06
• Worklife and Disability:  Confronting the Myths (1 hour)
• Preventing Falls with a Multi-Disciplinary Approach:  A Collaborative Effort Between Occupational Therapy, Nursing, and Neuro-Optometric Rehabilitation (1 hour)

International Association of Rehabilitation Professionals 2006 Forensic Conference, Scottsdale, AZ        11/3-4/06
• Expert Testimony in the CSI World, The Honorable Lynn S. Muller, RN, BS, JD, CCM, JMC (1.5 hours)
• Maintaining Objectivity in Loss-of-Earnings Capacity and Life Care Planning, Donald E. Woodall, MS, CRC, LPC, Bruce Brawner, MA, CRC, LCP, David Stewart, MA, CRC, LCP, CLCP (1.5 hours)
• Loss of Household Services:  Quantifying the Loss, Kenneth Reagles, PhD (1.5 hours)
• A Framework for ADA Evidence, Lewis E. Vierling, MS, NCC, NCCC, CRC, CCM (1.5 hours)
• Advisory Opinions Issued by the CRCC Ethics Committee Affecting Private Sector and Forensic Practice, Mary Barros-Bailey, MA, CRC, CDMS, CLCP, NCC, ABVE-D, Ann Neulicht, PhD, CLCP, CRC, CVE, CDMS, ABVE-D, LPC (1.5 hours)
• Supporting the Expert's Opinion:  Research Relative to Employment Law Cases, Angela M. Heitzman, MA, CRC, CLCP, MSCC; Carl Gann, Med, CRC, CDMS, ABVE-D (1.5 hours)
• Which Tests Really Measure Up?  A Resource Guide for Vocational Experts, Judith Drew, PhD (1.5 hours)
• Loss of Competitive Advantage:  The Ignored Element of Damage, Kenneth Reagles, PhD (1.5 hours)

International Association of Rehabilitation Professionals, October/November/December 2006                11/06
• Working Alliance and Workers' Compensation:  Implications of the Working Alliance Model for Rehabilitation Counselors in the Workers' Compensation System (1 hour)
• The Earning Capacity Assessment Form:  An Exploratory Factor Analysis (1 hour)
• Counseling and Forensic Issues in Identification and Intervention in Factitious Disorders, Munchausen's Syndrome and Malingering (1 hour)

American Board of Vocational Experts                3/29/07 – 4/1/07
• 3/30/07, How to Take the Fear Out of Cross-Examination by Michael Graham (4.5 hours)
• 3/30/07, Legal Restrictions on Employment; Solutions for Unique Workers by Sok-Khieng Lin, Esq., and Betty Kholenberg (2.25 hours)
• 3/30/07, Advanced Testimony Skills: Successful Expert Witness Testimony by Paul Luvera, Esq. (2.25)
• 3/30/07, Translating Neuropsychological Test Results into Prediction of Employability by Roger Meinz, Ph.D. (2.25 hours)
• 3/31/07, A View from the Bench: The Future of Expert Witnesses by Judge Michael J. Trickey, Kings County Superior Court (1.5 hours)
• 3/31/07, Interactive Report Writing for Different Forensic Venues by Carl Gann, Esq. (Employment Law), Marlis Bruns, Esq. (Family Law), and Larry Sinsabaugh, Esq. (Personal Injury) (2.25 hours)
• Interactive Round Table with Speakers & Participants; Monitors Carl Gann, Esq., Marlis Bruns, Esq., and Larry Sinsabaugh, Esq. (1.5 hours)
• 3/31/07, How to Access a Mine Data Sources for Forensic Decision by Jane Fields  and Judith Parker. (2.25 hours)
• 3/31/07, The Necessary Interface Between Economic & Vocational Experts by Eugene Silverberg, Ph.D. (1.5 hours)
• 3/31/07, New Emerging Practice Guidelines for Forensic Life Care Planners by Julie Kitchen (2.25 hours)

International Association of Rehabilitation Professionals, January/February/March 2007                7/07
• Obesity and Hypertension in Individuals Aging with Brain Injury (1 hour)
• Knowledge and Attitudes Towards Consumers with HIV/AIDS (1 hour)

International Association of Rehabilitation Professionals, April/May/June 2007                7/07
• Are Ethics at Risk for Vocational Experts? (1 hour)
• Liability Insurance Issues for Rehabilitation Services Professional in Provision of Powered Mobility Devices to Clients? (1 hour)

Bennett - 059

International Association of Rehabilitation Professionals, July/August/September 2007                    7/07
• Predicting Program Completion Outcomes of Consumers of State Operated Comprehensive Rehabilitation
  Centers (1 hour)
• Predictors of 9/11 Disability Insurance Claim Duration for People with Post Traumatic Stress Disorder (1 hour)

International Association of Rehabilitation Professionals 2007 Forensic Conference, Las Vegas, NV          11/2-3/07
• Music Within, Richard Pimental (Heighten awareness of experience of people with disability) (1.5 hours)
• The Alphabet Soup of Credentialing, Anthony J. Choppa, Med; Timothy F. Field, PhD; and Robert Weed, PhD
  (1.5 hours)
• Long Term Planning for Individuals with Visual Impairments, Carolyn Wiles Higdon, PhD (1.5 hours)
• Labor Market Search:  Utilization of Labor Market Research and Employer Sampling by Vocational Experts,
  John F. Berg, Med,; Carl Gann, Med; Ann T. Neulicht, PhD; and Robert H. Taylor, MA (1.5 hours)
• Enhancing the Voc and LCP Expert's Effectiveness in Litigation—Working with the Forensic Economist,
  Barry Ben-Zion, PhD, Professor Emeritus and Consulting Forensic Economist (1.5 hours)
• Professional and Expert Testimony:  Ethics and Communication Issues, Gordon J. Blush, EdD (1.5 hours)
• Know when to Hold 'Em:  A Roundtable Discussion (relative to practicing forensic rehabilitation, ethical
  issues (1.5 hours)
• Safeguarding Confidentially:  Best Practices for Electronic Communication and Data Storage, Mary Barros-
  Bailey, PhD and Robert Barros-Bailey, MPA (1.5 hours)

International Association of Rehabilitation Professionals, Volume 15 Number 4, 2007                    11/07
• Labor Market Search:  Utilization of Labor Market Research and Employer Sampling by Vocational Experts
  (1 hour)
• Applications of Work Physiology Science to Capacity Test Prediction of Full-Time Work – Eight Hour
  Work Day (1 hour)

International Association of Rehabilitation Professionals 2008 Forensic Conference, Los Angeles, CA          5/08
• Comparing disability outcomes using empirical data on earnings loss for disabled workers compensation
  claimants (Rand published study evaluating permanent disability ratings in CA), Robert T. Reville, PhD,
  Director of Institute for Civil Justice (1.5 hours)
• Improving Outcomes through Effective Collaboration with Neuro-Optometry, Eric T. Ikeda, OD, FCOVD,
  Neuro Optometric Rehabilitation Association, International, Inc. (2.0 hours)
• Employment Numbers: An Industry Evolution (accuracy and methodology behind popular employment
  number statistics), Jeffrey Truthan, MS, CVE, President, SkiiTRAN LLC (2.0 hours)
• Rehabilitation Counseling:  Focus on the Future, Amy Armstrong, PhD, CRC, Assistant Professor, VA
  Commonwealth U, et al. (1.5 hours)

International Association of Rehabilitation Professionals, Volume 16 Number 2, 2008                    7/08
• The Earning Capacity Assessment Form:  A Study of Its Reliability (1 hour)
• The International Classification of Functioning Model & Untreated Psychological Need in Workers'
  Compensation (1 hour)

International Association of Rehabilitation Professionals, Volume 17 Number 2, 2009                    5/09
• A Call to Update the DOT:  Findings of the IARP Occupational Database Committee (2 hours)
• Military-related PTSD:  The epidemiology, Symptoms, and Treatment Considerations (2 hours)

International Association of Rehabilitation Professionals, Volume 17 Number 4, 2009                    1/10
• Video Recordings in Forensic Examinations (2 hours)
• Content Analysis of Factors Identified in Vocational Evaluation Analysis Reports (2 hours)

International Association of Rehabilitation Professionals, Volume 18 Number 1, 2010                    3/10
• The Impact of Case Law Vocational Expert Examinations and Opinions in Marital Dissolution  (2 hours)

Bennett - 060

International Association of Rehabilitation Professionals, Volume 18 Number 3, 2010                    10/10
• The People Have Spoken:  Perceived Barriers in North Carolina WC Case Management (2 hours)
• Updated Values of Household Services from the American Time Use Survey:   Values by Gender, Age and
  Employment Status (2 hours)

International Association of Rehabilitation Professionals, Volume 18 Number 4, 2010                     5/11
• Adjustment Disorder:  Considerations for the Workers' Compensation System (2 hours)

International Association of Rehabilitation Professionals, Volume 19 Number 1, 2011                     5/11
• Proposed Application of the Delphi Method for Expert Consensus Building within Forensic Rehabilitation
  Research:  A Literature Review (2 hours)
• Future Work Propensity:  A Proposed Alternative to Purely Statistical Models of Work-Life Expectancy (2 hours)

CDMS (Certified Disability Management Specialists) Webinar, "Evolving Work Force: Older
Workers' Impact on the Disability Management Process." (2 hours)                                        7/26/12

Upper Extremity Impairment Considerations in Life Care Planning, Life Participant Webinar by
International Assn. of Rehabilitation Professionals (Confirmation #9738110). (2 hours)                  8/14/12

Complementary and Alternative Medicine in Rehabilitation: Body-Oriented and Mind/Body Therapies
by Continuing Education for Certified Health Professionals (22 hours)                                   8/13/13

Post-traumatic Stress Disorder (PTSD): The Basics, Treatment Modalities and Family Issues by
Continuing Education for Certified Health Professionals (14 hours)                                      8/13/13

Conflict of Interest - Its Pervasive Impact on Ethical Decision-Making by Continuing Education for
Certified Health Professionals (8 hours)                                                               8/15/13

Americans with Disabilities Act: Overview, Legal Cases and Political Updates by Continuing
Education For Certified Health Professionals (16 hours)                                                8/19/13

Privacy Fundamentals, Medical Privacy & HIPAA by Continuing Education for Certified Health
Professionals (18 hours)                                                                               8/28/13

Alternative Medicine in Rehabilitation Part 1: Body Based Therapies (22 credits, self-study)           10/1/14

Alternative Medicine in Rehabilitation Part 2: Energy-Based Therapies (18 credits, self-study)         10/1/14

Ethical Dilemmas and Considerations (6 credits), self-study                                            10/18/15

Conflict of Interest: Ethical Dilemmas (8 credits, self-study)                                         10/18/15

PTSD Part 1: Assessment and Treatment (16 credits, self-study)                                         10/24/16

Burns: Assessment, Rehab and Lifelong Healing (10 credits, self-study)                                 10/25/16

Aging and Spinal Cord Injury (12 credits, self-study)                                                  10/26/17

Opioid Abuse: Diagnosis, Culture and Treatment (10 credits, self-study)                                10/26/18

Bennett - 061

| ACTIVITIES |
|---|

**PRESENTATIONS:**

Vocational Evaluations & Life Care Plans in Personal Injury Cases
•American Board of Trial Advocates, 5/31/83

Nuts & Bolts Aspects of Forensic Vocational Evaluations
•Santa Barbara Bar Assn., Litigation Division, 8/31/89

Defense Forensic Vocational Evaluations & Life Care Plans
•Paper presented in-house, Law Firm of Lawler, Bonham & Walsh, 5/3/90

Defense and Plaintiff Forensic Vocational Evaluations & Life Care Plans
•Paper presented in-house, Law Firm of Mullen, McCaughey & Henzell, 5/16/90

Defense Forensic Evaluations & Life Care Plans
•Law Firm of Archbald & Spray, 1990

Defense Forensic Evaluation
•Law Firm of Nordman, Cormony, Hair & Compton, 1991

Defense Forensic Evaluation
•Law Firm of Henderson & Wolgamuth, 1991

Forensic Vocational Evaluations & Life Care Planning
•St. Paul Fire & Marine, 1993

Provisions of American with Disabilities Act
•In-house presentation, Kinko's Corporation, Phoenix 1994

Plaintiff and Defense Vocational Evaluations & Life Care Plans
•Santa Barbara Legal Assistants Association, 1994

Plaintiff Vocational Evaluations & Life Care Plans
•Santa Barbara Bar Association, 1994

Life Care Planning, Las Vegas
•Consumer Attorneys, California Trial Lawyers Association, 1995

Panel Presentation:  Plaintiff vs. Defendant Vocational evaluation & Life Care Planning
•Ventura Bar Association, 1995

American Law Institute--American Bar Assn., Committee on Continuing Professional Education, 6th Annual Advanced, ALI-ABA Course of Study for Plaintiff & Defense Bars, Current Developments in Employment Law, 7/15/99 – 7/17/99, Santa Fe, New Mexico
*Topics--*
•Vocational Rehabilitation Experts in ADA and Other Employment Cases (Mitigation; Substantial Limitations; Loss of Future Earnings; When to Use Such an Expert;  Special Problems in Preparation for Direct/Cross Examination)

Mock Trial/Panel Discussion:  Cross-Examination of Vocational Expert
•Ventura County Trial Lawyers Assn., 7/27/99

In-House Presentation on Plaintiff & Defense Vocational Evaluations, Life Care Planning, and Household Duties Analysis for Litigation Purposes
•Woosley & Associates, Santa Barbara, 1/18

**PUBLICATIONS:**
American Disabilities Act Alliance Newsletter, Center on Education & Work, University of Stout
•Kinko's Way Ahead on ADA;  chapter on Life Care Planning, 4/93

Dental Malpractice.  Author:  Safler;  Publisher:  Wylie & Sons, Inc.
•Chapter on Life Care Planning, 4/26/96                                    Revised:  10/30/18

Bennett - 062

**Exhibit E**

**<u>Fee Schedule</u>**

Bennett - 063



**Coast Rehabilitation Services, Inc.**

Mail all correspondence to the Santa Barbara office
■ 5290 Overpass Road, Suite 118, Santa Barbara, CA 93111 • (805) 692-1823
• Fax (805) 692-1827  • E-mail: info@coastrehabservicesinc.com

## FEE SCHEDULE FOR LITIGATED CASE WORK

**PROFESSIONAL FEES**

PROFESSIONAL TIME................................................................................................................. $600.00 PER HOUR

RUSH WORK-UP ........................................................................................................................ $720.00 PER HOUR

TRAVEL TIME ..............................................................................................$600.00 PER HOUR + $.58 PER MILE

WAITING TIME .......................................................................................................................... $600.00 PER HOUR

DEPOSITION TESTIMONY TIME................................................................$800.00 PER HOUR (2-HOUR MINIMUM)*

TRIAL AND/OR ARBITRATION TESTIMONY FEES .................................HALF DAY $3,200, FULL DAY $6,400 PLUS TRAVEL

DESIGNATION..............................................................................................................................$1,500.00**

CHANGES/CANCELLATIONS WITHOUT 24-HOUR NOTICE:
       For appointments…………………………………….$600.00 per hour (2-hour charge)***
       For deposition/testimony……………………………..$800.00 per hour (2-hour charge)***

**OTHER FEES**

CLERICAL ....................................................................................................................................... $50.00 PER HOUR

PHOTOCOPIES.................................................................................................................................. $.25 PER PAGE

### DEPOSITION FEES (2-HOUR MINIMUM) ARE DUE AND PAYABLE
### BEFORE THE DEPOSITION DATE

PROFESSIONAL TIME is time spent by the counselor conducting interviews, reviewing records, performing general casework, research, investigation, and/or writing reports.

TRAVEL TIME is time spent traveling to and from interviews of plaintiffs or defendants, interviews of employers, meetings with attorneys, meetings with doctors or other professionals, conducting job analyses, etc.

WAITING TIME is time spent waiting to visit physicians, attorneys, employers, plaintiff/defendant, or other professionals.

TESTIMONY TIME is time spent testifying at pretrial hearings, administrative law hearings, courtroom testimony, depositions, and/or arbitration hearings.

Telephone charges and extraordinary expenses are charged according to expense incurred while working on each case.

\*        If the deposition runs over 2 hours, we will submit an invoice to the responsible party.  As per the Code of Civil Procedure, Section 2034, paragraph 2, we expect the invoice to be paid in full within 5 days.

\*\*       If services commence, the designation fee will be credited towards the account.

\*\*\*      Changes/cancellations without 24-hour notice will be charged according to the amount of time allotted for the appointment.

Rev. 5-13-19

Bennett - 064

**Exhibit F**

**<u>List of Expert Testimony</u>**

Bennett - 065

## DEPOSITION OR TESTIMONY BY EDWARD L. BENNETT
## WITHIN LAST 4 YEARS

Bahram Yahyavi vs. Capriati Construction Corp. Inc.
>    Venue/Case No.:  Clark County, Nevada Court Case # A-15-718689
>    Testimony Date:  9/23/19
>        Retained/Representing:  Mark J. Brown, Esq./ Defense

Dr. Ellie Kaucher vs. Phillips Graduate University, et al.
>    Venue/Case No.:  Los Angeles County Court Case # BC699890
>    Deposition Date:  9/12/19
>    Retained/Representing:  Ryan Kohler, Esq./ Defense

Lorena Irribarra vs. Gonzalez Transportation, et al.
>    Venue/Case No.:  Los Angeles County Court Case # BC645799
>    Deposition Date:  9/5/19
>    Retained/Representing:  David S. Poole, Esq./ Defense

Wilmer Vargas v. CH Palladium, LLC, et al.
>    Venue/Case No.:  Los Angeles County Court Case # BC667783
>    Deposition Date:  8/9/19
>    Retained/Representing:  Geronimo Perez, Jr., Esq./ Defense

Gustavo Valdovinos and Rosa Valdovinos v. Michael Nunnenkamp, et al.
>    Venue/Case No.:  Los Angeles County Court Case # MC027079
>    Deposition Date:  7/17/19
>    Retained/Representing:  Mary Fersch, Esq./ Defense

Francisco Gonzalez Castaneda v. County of San Bernardino, et al.
>    Venue/Case No.:  San Bernardino County Court Case # CIVDS1505048
>    Testimony Date:  7/11/19
>    Retained/Representing:  Cao, Linh, Esq./ Defense

Kyle Power and Estefania Bates vs. Bigge Crane and Rigging Co., et al.
>    Venue/Case No.:  Riverside County Court Case # RIC1719507
>    Deposition Date:  7/9/19 (Bates)
>    Retained/Representing:  Jeffrey J. Christovich, Esq./ Defense

Manuel Candelas vs. Mazir Khatibi Nejad Fard, et al.
>    Venue/Case No.:  Los Angeles County Court Case # BC634436
>    Deposition Date:  6/24/19
>    Retained/Representing:  Christopher Wesierski, Esq./ Defense

Francisco Gonzalez Castaneda v. County of San Bernardino, et al.
>    Venue/Case No.:  San Bernardino County Court Case # CIVDS1505048
>    Deposition Date:  6/10/19

Retained/Representing:  Cao, Linh, Esq./ Defense

Liam Lyons, et al. v. Los Angeles Unified School District, et al.
Venue/Case No.:  Los Angeles County Court Case # BC624654
Deposition Date: 6/6/19
Retained/Representing:  Thomas C. Hurrell, Esq./ Defense

Zachary Hill v. Millicent Grace Graham, et al.
Venue/Case No.:  Riverside County Court Case # RIC1705524
Deposition Date: 4/11/19
Testimony Date: 5/22/19
Retained/Representing:  Matthew Anderson, Esq./ Defense

Adriana Guzman, et al. vs. Chipotle Mexican Grill, Inc. et al.
Venue/Case No.:  Northern District Court Case # 4:17-cv-02606-HSG
Deposition Date:  4/5/19
Retained/Representing:  Charles C. Cavanagh, Esq./ Defense

James Ryan Peterson v. City of Long Beach, et al.
Venue/Case No.:  Los Angeles County Court Case # BC645456
Testimony Date: 3/13/19
Retained/Representing:  Howard Russell, Esq./ Defense

Nicole Takemotto, et al. vs. William Scott Evans, et al.
Venue/Case No.:  Los Angeles County Court Case # BC651834
Deposition Date: 2/28/19
Retained/Representing:  Lisa Renaud, Esq./ Defense

James Ryan Peterson v. City of Long Beach, et al.
Venue/Case No.:  Los Angeles County Court Case # BC645456
Deposition Date: 2/27/19
Retained/Representing:  Howard Russell, Esq./ Defense

Meena Zareh, MD v. USC, County of Los Angeles, et al.
Venue/Case No.:  Los Angeles County Court Case # BC644274
Deposition Date: 2/12/19
Retained/Representing:  Leslie Levy, Esq./ Plaintiff

Kevin Wang, et al. v. Sun Hospitality, Inc., et al.
Venue/Case No.:  Los Angeles County Court Case # BC680195
Testimony Date:  2/4/19
Retained/Representing:  Jim Procter, Esq./ Defense

Shamone Coilton vs. Cemex Management, Inc., et al.
Venue/Case No.:  San Bernardino County Court Case # CIVDS1708364
Deposition Date: 1/22/19

Retained/Representing:  Peter Dubrawski, Esq./ Defense

Tabatha Thaker v. Joseph Caserma, et al.
      Venue/Case No.:  Los Angeles County Court Case # BC623508
      Deposition Date: 1/17/19
      Retained/Representing:  James L. Grandy, Esq./ Defense

Juan Pablo Aldana Lira vs. Chipotle Mexican Grill, Inc., et al.
      Venue/Case No.:  San Francisco County Court Case # CGC-17-557168
      Deposition Date: 12/20/18
      Retained/Representing:  Charles C. Cavanagh, Esq./ Defense

Kevin Wang, et al. v. Sun Hospitality, Inc., et al.
      Venue/Case No.:  Los Angeles County Court Case # BC680195
      Deposition Date: 11/29/18
      Retained/Representing:  Jim Procter, Esq./ Defense

Darwin Stiles vs. Nor-Cal Beverage Co., Inc., et al.
      Venue/Case No.:  Orange County Court Case #30-2017-00956209-CU-WT-CJC
      Deposition Date:  11/1/18
      Retained/Representing:  Armond Jackson, Esq./ Plaintiff

Allen Miller v. CH Robinson Worldwide, Inc., et al
      Venue/Case No.:  District of Nevada Court Case #3:17-cv-00408-MMD-WGC
      Deposition Date:  10/30/18
      Retained/Representing:  Michael Sullivan, Esq./ Defense

Terry A. Holmes v. Robert B. Perry, et al.
      Venue/Case No.:  Riverside County Superior Court Case # RIC1702855
      Deposition Date:  9/6/18
      Testimony Date: 9/24/18
      Retained/Representing:  Manuel Dominguez, Esq./ Defense

Peggy A. Badong v. Hathem Mahmoud Abdallah, et al.
      Venue/Case No.:  Alameda County Superior Court Case # RC17-858807
      Deposition Date:  8/2718
      Retained/Representing:  Allison L. Grandy, Esq./ Defense

Stacey Algee vs. Katrina Tokatly, et al.
      Venue/Case No.:  Riverside County Superior Court Case # RIC1703374
      Deposition Date:  7/19/18
      Retained/Representing:  Allison L. Grandy, Esq./ Defense

Elijah Pomaika Simone vs. Bruce Graham Jameson, et al.
      Venue/Case No.:  Orange County Superior Court Case #30-2016-00832256-CU-PA-CJC
      Testimony Date: 7/17/18 & 7/18/18

Bennett - 068

Retained/Representing:  Douglas D. Cullins, Esq./ Defense

Avril Gerscovich, et al. v. Douglas Emmett, et al.
    Venue/Case No.:  Los Angeles County Superior Court Case # BC532451
    Testimony Date: 6/26/18
    Retained/Representing:  Shawn McCann, Esq./ Plaintiff

Robert Earl Anthony Venkus v. Santiago O. Nolasco, et al.
    Venue/Case No.:  Sacramento County Superior Court Case # 34-2016-00204507
    Deposition Date: 6/14/18
    Retained/Representing:  Brian H. Gunn, Esq./ Defense

Avril Gerscovich, et al. v. Douglas Emmett, et al.
    Venue/Case No.:  Los Angeles County Superior Court Case # BC532451
    Deposition Date: 5/10/18
    Retained/Representing:  Shawn McCann, Esq./ Plaintiff

John Yoder, by and through his Guardian Ad Litem Sarah Yoder vs. Jonathon Williams, et al.
    Venue/Case No.:  Kern County Superior Court Case # S-1500-CV-282058
    Deposition Date: 5/10/18
    Retained/Representing:  Judy McKelvey, Esq./ Defense

Griffith v. Blue Star Home Health, Inc.
    Venue/Case No.:  Los Angeles County Superior Court Case # BC649826
    Deposition Date: 4/30/18
    Retained/Representing:  Michael Moran, Esq./ Plaintiff

Jennifer Travis v. Hugo Cendejas, et al.
    Venue/Case No.:  Los Angeles County Superior Court Case # BC570734
    Deposition Date: 4/19/18
    Retained/Representing:  Kathleen Carter, Esq./ Defense

William Lerette v. Alaska Airlines, Inc., et al
    Venue/Case No.:  U.S. District Court Case # 2:17-CV-03782-DSF-AJW
    Deposition Date: 4/12/18
    Retained/Representing:  Arthur Willner, Esq./ Defense

Kimberly Brand v. Equity Residential Properties Management Corp., et al.
    Venue/Case No.:  Los Angeles County Superior Court Case # BC571207
    Testimony Date: 4/11/18
    Retained/Representing:  William F. Salle, Esq./ Plaintiff

Kelly Hampton v. Angela Jarasunas, et al.
    Venue/Case No.:  Los Angeles County Superior Court Case # BC590663
    Deposition Date: 4/2/18

Bennett - 069

Retained/Representing: Douglas D. Cullins, Esq. /Defense

Reis v. City of Chino Hills, Time Warner NY Cable, etc.
    Venue/Case No.:  San Bernardino County Superior Court Case # CIVRS 1013457
    Testimony Date: 3/12/18
    Retained/Representing: Jonathon Sher, Esq. /Defense

Dylan Christensen, et al. v. Tradecor PCH Anza, et al.
    Venue/Case No.:  Los Angeles County Superior Court Case # BC614820
    Deposition Date: 3/8/18
    Retained/Representing: German Marcucci, Esq. /Defense

Pamela Jean Pacific, et al. vs. Martin Preciado, et al.
    Venue/Case No.:  San Bernardino County Superior Court Case # CIVDS 1609833
    Testimony Date: 1/25/18
    Retained/Representing: John Larson, Esq. /Defense

Amber Bell v. Jose Luis Aceves, et al.
    Venue/Case No.:  Ventura County Superior Court Case #56-2015-00473151
    Testimony Date: 1/18/18
    Retained/Representing: Marjorie E. Motooka, Esq. /Defense

Pamela Jean Pacific, et al. vs. Martin Preciado, et al.
    Venue/Case No.:  San Bernardino County Superior Court Case # CIVDS 1609833
    Deposition Date: 1/2/18
    Retained/Representing: John Larson, Esq. /Defense

Amber Bell v. Jose Luis Aceves, et al.
    Venue/Case No.:  Ventura County Superior Court Case #56-2015-00473151
    Deposition Date: 12/21/17
    Retained/Representing: Marjorie E. Motooka, Esq. /Defense

Estela Gonzalez v. Mehrangiz Mofid, et al.
    Venue/Case No.:  Los Angeles County Superior Court Case #BC506721
    Deposition Date: 11/13/17
    Retained/Representing: Nathan Malone, Esq. /Defense

Jorge Puerto vs. Guaranty Chevrolet Motors, Inc., et al.
    Venue/Case No.:  Orange County Superior Court Case # 30-2015-00771813
    Deposition Date: 10/11/17
    Retained/Representing: Scott Macdonald, Esq. /Defense

Kischa Loving v. Sandra "Sandy" Carrizosa, et al.
    Venue/Case No.:  US District Court Case # CV16-01366-TJH-KS
    Deposition Date: 10/10/17
    Retained/Representing: Christopher Hill, Esq. /Defense

Steven Paul Picazzo & Mary Picazzo v. C.W. Driver, Inc., et al.
    Venue/Case No.:  Los Angeles County Superior Court Case # BC531187
    Testimony Date: 10/4/17
    Retained/Representing: Mark Vranjes, Esq. /Defense

Barbara Christopher v. Neiman Marcus Group LLC., et al.
    Venue/Case No.:  United States District Court Case # 2:16-cv-06309-ODW(KSx)
    Deposition Date: 9/28/17
    Retained/Representing:  Keith Sipprelle, Esq./Defense

Richard B. Sarafian v. Wright Medical Technology, Inc., et al.
    Venue/Case No.:  United States District Court Case # CV15-09397
    Deposition Date: 9/26/17
    Retained/Representing:  Sean Burke, Esq./Defense

Kristin Biorn v. Wright Medical Technology, Inc., et al.
    Venue/Case No.:  United States District Court Case # CV15-07102
    Deposition Date: 9/26/17
    Retained/Representing:  Sean Burke, Esq./Defense

Sergio Barrera, Elizabeth Barrera v. Kent Allan Pfeffer, et al.
    Venue/Case No.:  Kern County Superior Court Case # S-1500-CV-283948
    Testimony Date:  9/21/17
    Retained/Representing:  Scott L. Macdonald, Esq./Defense

Matthew John Lennig, Michael Lennig, et al. v. CRST, Inc., et al.
    Venue/Case No.:  Los Angeles County Superior Court Case # MC025288
    Deposition Date: 8/31/17 & 9/12/17
    Retained/Representing:  Michael Gallagher, Esq./ Defense

Isabella Sanchez v. Durham School Services, et al.
    Venue/Case No.:  San Bernardino County Superior Court Case # CIVDS1309504
    Testimony Date: 9/11/17
    Retained/Representing:  Robert Rubin, Esq./Defense

Yan Ding, et al. vs. China Overseas Travel Group, Inc., et al.
    Venue/Case No.:  Los Angeles County Superior Court Case # BC590677
    Deposition Date: 9/8/17
    Retained/Representing:  Michael N. Schonbuch, Esq./ Defense

Howard Smith v. Space Exploration Technologies Corp., et al.
    Venue/Case No.:  Los Angeles County Superior Court Case # BC486475
    Deposition Date: 9/7/17
    Retained/Representing:  Summer  Wynn, Esq./ Defense

James Cobb vs. County of Los Angeles, et al.
    Venue/Case No.:  Los Angeles County Superior Court Case # BC582690
    Testimony Date:  8/22/17
    Retained/Representing:  Tomas A. Guterres, Esq./ Defense

Rosa Ortiz v. Single Room Occupancy Housing Corp., et al.
    Venue/Case No.:  Los Angeles County Superior Court Case # BC619385
    Deposition Date:  8/1/17
    Retained/Representing:  Chris Cato, Esq./ Defense

Katherine Hollimon v. Southern California Edison
    Venue/Case No.:  Los Angeles County Superior Court Case # BC597284
    Deposition Date:  7/21/17
    Retained/Representing:  Gregory Bodell, Esq./ Plaintiff

Jesse Chavarria V. Management & Training Corp., et al.
    Venue/Case No.:  San Diego County Superior Court Case #16CV00617
    Deposition Date:  7/18/17
    Retained/Representing:  Jennifer Ghozland, Esq./ Defense

Kimberly Brand v. Equity Residential Properties Management Corp., et al.
    Venue/Case No.:  Los Angeles County Superior Court Case # BC571207
    Deposition Date:  7/7/17
    Retained/Representing:  William F. Salle, Esq./ Plaintiff

James Cobb vs. County of Los Angeles, et al.
    Venue/Case No.:  Los Angeles County Superior Court Case # BC582690
    Deposition Date:  6/22/17
    Retained/Representing:  Tomas A. Guterres, Esq./ Defense

Sarah Stinson v. Pepperdine University, et al.
    Venue/Case No.:  Los Angeles County Superior Court Case #BC591794
    Testimony Date:  6/15/17
    Retained/Representing:  Marlynn Howe, Esq./ Defense

Isabella Sanchez v. Durham School Services, et al.
    Venue/Case No.:  San Bernardino County Superior Court Case # CIVDS1309504
    Deposition Date:  6/14/17
    Retained/Representing:  Robert Rubin, Esq./Defense

Sergio Barrera, Elizabeth Barrera v. Kent Allan Pfeffer, et al.
    Venue/Case No.:  Kern County Superior Court Case # S-1500-CV-283948
    Deposition Date:  6/13/17
    Retained/Representing:  Scott L. Macdonald, Esq./Defense

Alfonso Serna, Jr. v. Jorge Recendez, OC Hills Company

Bennett - 072

Venue/Case No.:  Riverside County Superior Court Case # RIC1600289
Deposition Date:  6/9/17
Retained/Representing:  Doug Cullins, Esq./Defense

Jason Blasdell vs. Space Exploration Technologies, Corp., et al.
Venue/Case No.:  Los Angeles County Superior Court Case # BC615112
Testimony Date:  6/5/17
Retained/Representing:  Summer Wynn, Esq./Defense

Jason Blasdell vs. Space Exploration Technologies, Corp., et al.
Venue/Case No.:  Los Angeles County Superior Court Case # BC615112
Deposition Date:  5/31/17
Retained/Representing:  Summer Wynn, Esq./Defense

Jane Grady, et al. vs. UTC Supercuts, et al.
Venue/Case No.:  San Diego County Superior Court Case #37-2015-00021461
Deposition Date:  5/29/17
Retained/Representing:  Mark Vranjes, Esq./Defense

Griselda Castro, et al. v. City of Thousand Oaks, et al.
Venue/Case No.:  Ventura County Superior Court Case #56-2013-0432039
Testimony Date:  5/17/17
Retained/Representing:  Lars Johnson, Esq./ Plaintiff

Erik Joe Morales et al. v. Well-Pict, et al.
Venue/Case No.:  Ventura County Superior Court Case # 56-2016-00481672
Testimony Date:  5/12/17 and 5/23/17
Retained/Representing:  David Bricker, Esq./ Plaintiff

Herman Jimenez, Jr. v. Brad Taylor, et al.
Venue/Case No.:  Kern County Superior Court Case #BCV-15-100262
Testimony Date:  5/8/17
Retained/Representing:  Eric S. Eliot, Esq./ Defense

Herman Jimenez, Jr. v. Brad Taylor, et al.
Venue/Case No.:  Kern County Superior Court Case #BCV-15-100262
Deposition Date:  4/20/17
Retained/Representing:  Eric S. Eliot, Esq./ Defense

Grace Tor v. Orange County Global Medical Center
Venue/Case No.:  Orange County Superior Court Case # 30-2015-00809291
Testimony Date:  4/12/17
Retained/Representing:  David Bricker, Esq./ Plaintiff

Elijah Pomaika Simone vs. Bruce Graham Jameson, et al.
Venue/Case No.:  Orange County Superior Court Case #30-2016-00832256-CU-PA-CJC

Deposition Date:  3/16/17
Retained/Representing:  Douglas D. Cullins, Esq./ Defense

Sarah Stinson v. Pepperdine University, et al.
Venue/Case No.:  Los Angeles County Superior Court Case #BC591794
Deposition Date:  3/8/17
Retained/Representing:  Marlynn Howe, Esq./ Defense

Grace Tor v. Orange County Global Medical Center
Venue/Case No.:  Orange County Superior Court Case # 30-2015-00809291
Deposition Date:  2/17/17
Retained/Representing:  David Bricker, Esq./ Plaintiff

Brian Bunnak vs. Kion James Mosbat, et al.
Venue/Case No.:  Los Angeles County Superior Court Case # BC571975
Deposition Date:  2/8/17
Retained/Representing:  Michael N. Schonbuch, Esq./ Defense

Griselda Castro, et al. v. City of Thousand Oaks, et al.
Venue/Case No.:  Ventura County Superior Court Case #56-2013-0432039
Deposition Date:  12/30/16
Retained/Representing:  Lars Johnson, Esq./ Plaintiff

Michele Coyle v. Regents of the University of California, et al.
Venue/Case No.:  Riverside County Superior Court Case # 1503362
Deposition Date:  12/13/16
Retained/Representing:  Nancy J. Sheehan, Esq./ Defense

Erik Joe Morales et al. v. Well-Pict, et al.
Venue/Case No.:  Ventura County Superior Court Case # 56-2016-00481672
Deposition Date:  11/21/16 & 12/2/16
Retained/Representing:  David Bricker, Esq./ Plaintiff

Kenneth Harsla v. Kaiser Foundation Health Plan, Inc., et al.
Venue/Case No.:  Los Angeles County Superior Court Case # 13350
Deposition Date:  11/29/16
Retained/Representing:  Marvin Fischler, Esq./ Defense

Marriage of Grondin
Venue/Case No.:  San Luis Obispo County Superior Court Case # 15FL-0338
Testimony Date:  11/17/16
Retained/Representing:  Daniel Helbert, Esq./ Petitioner

Emilio Hernandez v. Boparai Transport, et al.
Venue/Case No.:  San Bernardino County Superior Court Case # CIVDS 1407772
Testimony Date:  11/10/16

Bennett - 074

Retained/Representing:  Craig Roeb, Esq./ Defense

Jason Lockhart v. Rental Car Finance Corp.
    Venue/Case No.:  San Luis Obispo County Superior Court Case # SCV0241
    Deposition Date: 11/9/16
    Retained/Representing: Steven Finch, Esq./Defense

Nicholas Stellate v. Federal Express, et al.
    Venue/Case No.:  Los Angeles County Superior Court Case #BC536881
    Testimony Date: 11/7/16
    Retained/Representing: Robert Panza, Esq./Defense

Emilio Hernandez v. Boparai Transport, et al.
    Venue/Case No.:  San Bernardino County Superior Court Case # CIVDS 1407772
    Deposition Date: 10/6/16
    Retained/Representing:  Craig Roeb, Esq./ Defense

Maria Boero Ferradas/Soliz vs. City of Big Bear Lake, et al.
    Venue/Case No.:  San Bernardino County Superior Court Case # CIVDS 1409268
    Testimony Date:  9/28/16
    Retained/Representing:  Scott  Grossberg, Esq./ Defense

Eileen He Ruan & Jason Jun Wang v. Maguire Properties, Inc., et al. Venue/Case No.:
    Los Angeles County Superior Court Case # BC480328
    Deposition Date: 9/15/16
    Retained/Representing:  Anne Cruz, Esq./ Defense

Justin L. Palmer v. City of Santa Monica, et al.
    Venue/Case No.:  Los Angeles County Superior Court Case #15-CV-06183-SJO-JC
    Testimony Date:  9/1/16
    Retained/Representing:  Carol Ann Rohr, Esq./ Defense

Joseph Thomas Bubonic v. Noah Howe, et al.
    Venue/Case No.:  Orange County Superior Court Case #30-2015-00794442-CU-PA-CJC
    Deposition Date: 8/26/16
    Retained/Representing:  Jonathan R. Gerber, Esq./ Defense

Ellen Morgan, et al. v. Pre-Con Products, et al.
    Venue/Case No.:  Ventura County Superior Court Case #56-2013-00439776-CU-PO-VTA
    Deposition Date: 8/22/16
    Retained/Representing:  Edward R. Leonard, Esq./ Defense

Maria Boero Ferradas/Soliz vs. City of Big Bear Lake, et al.
    Venue/Case No.:  San Bernardino County Superior Court Case # CIVDS 1409268
    Deposition Date: 8/15/16
    Retained/Representing:  Scott  Grossberg, Esq./ Defense

Emma Hakobyan v. County of  LA, et al.
     Venue/Case No.:  Los Angeles County Superior Court Case # BC514205
     Deposition Date: 8/3/16
     Retained/Representing:  Justin W. Clark, Esq./ Defense

Christian Vargas v. Mark Kasow, MD., et al.
     Venue/Case No.:  Kern County Superior Court Case #S-1500-CV-284149 LHB
     Testimony Date:  8/1/16
     Retained/Representing:  Richard Brenneman, Esq./Plaintiff

Justin L. Palmer v. City of Santa Monica, et al.
     Venue/Case No.:  Los Angeles County Superior Court Case #15-CV-06183-SJO-JC
     Deposition Date: 7/18/16
     Retained/Representing:  Carol Ann Rohr, Esq./ Defense

Amanda Jemison and Malissa Jemison v. Ian Howard Kessner, et al.
     Venue/Case No.:  Los Angeles County Superior Court Case #BC544562
     Testimony Date: 7/14/16
     Retained/Representing:  Rob Mackey, Esq./ Defense

Christian Vargas v. Mark Kasow, MD., et al.
     Venue/Case No.:  Kern County Superior Court Case #S-1500-CV-284149 LHB
     Deposition Date:  7/13/16
     Retained/Representing:  Richard Brenneman, Esq./Plaintiff

Ann Marie Maciel v. Servite High School, et al.
     Venue/Case No.:  Orange County Superior Court Case #30-2014-00756847-CU-PO-CJC
     Deposition Date: 7/12/16
     Retained/Representing:  Andrew Treger, Esq./Plaintiff

Debra Bleemer v. John Pinney, et al.
     Venue/Case No.:  San Francisco County Superior Court Case #CGC14538799
     Deposition Date: 6/27/16
     Retained/Representing: Cody Saal, Esq./ Defense

Ruth Carlin v. Cosway Company, et al.
     Venue/Case No.:  Los Angeles County Superior Court Case #BC563327
     Deposition Date: 6/2/16
     Retained/Representing: Linda Krieger, Esq./ Defense

Kent Hagan, et al. v. Torrance Memorial Medical Center, et al.
     Venue/Case No.:  Los Angeles County Superior Court Case #BC523691
     Deposition Date: 6/1/16
     Retained/Representing: Phil Michels, Esq./Plaintiff

Nicholas Stellate v. Federal Express, et al.
      Venue/Case No.:  Los Angeles County Superior Court Case #BC536881
      Deposition Date: 5/31/16
      Retained/Representing: Robert Panza, Esq./Defense

Scott Raymond Busch, et al. v. Republic Services Alliance Group, Inc., et al.
      Venue/Case No.:  Multnomah County Superior Court (OR) Case #15CV13496
      Testimony Date: 5/19/16
      Retained/Representing: Derek Ashton, Esq./Defense

Frank Rivera v. The Ensign Group, Inc., et al.
      Venue/Case No.:  San Luis Obispo County Superior Court Case #14CV0319
      Testimony Date: 5/17/16
      Retained/Representing: Robert Shepard, Esq./Defense

Danielle Torres, et al. v. Amateur Athletic Union of the United States, Inc., et al.
      Venue/Case No.:  Fresno County Superior Court Case #13CECG03213
      Deposition Date: 4/27/16
      Retained/Representing: Teresa Starinieri, Esq./Defense

Angela Domingos v. McJunkin Red Man Corporation, et al.
      Venue/Case No.:  Kern County Superior Court Case #S-1500-CV-283822
      Deposition Date: 4/20/16
      Retained/Representing: Ian Stewart, Esq./Defense

Kelly Hendrickson; Scott Hendrickson v. Lowe's Home Centers, et al.
      Venue/Case No.:  Clark County, Nevada Court Case #A-13-687418-C
      Testimony Date: 4/12/16
      Retained/Representing: Esther Holm, Esq./Defense

Timothy Redman v. Dean Guy Tornabene, Design Technologies, Inc., et al.
      Venue/Case No.:  Los Angeles County Superior Court Case #BC526141
      Deposition Date: 4/5/16
      Retained/Representing: Scott L. Macdonald, Esq./Defense

Kaley M. Henry v. Verengo Solar, et al.
      Venue/Case No.:  Fresno County Superior Court Case #13CECG02934
      Deposition Date: 2/24/16
      Retained/Representing: Angie Bickel, Esq. /Defense

Nolan Uren v. Southern California Edision Company, et al.
      Venue/Case No.:  Orange County Superior Court Case # 30-2013-00674950-CU-OP-CJC
      Testimony Date:  2/17/16
      Retained/Representing: Michael Rosenstein, Esq. /Plaintiff

Nolan Uren v. Southern California Edision Company, et al.

Bennett - 077

Venue/Case No.:  Orange County Superior Court Case # 30-2013-00674950-CU-OP-CJC
Deposition Date:  1/6/16
Retained/Representing: Michael Rosenstein, Esq. /Plaintiff

Daniel Leipnik v. Douglas G. Brock, et al.
Venue/Case No.:  Santa Barbara County Superior Court Case # 1468022
Deposition Date:  1/5/16
Retained/Representing: Eric Woosley, Esq. /Plaintiff

Steven Paul Picazzo & Mary Picazzo v. C.W. Driver, Inc., et al.
Venue/Case No.:  Los Angeles County Superior Court Case # BC531187
Deposition Date:  1/4/16
Retained/Representing: Mark Vranjes, Esq. /Defense

Sarkis J. Khoury, Ph.D. vs. Lisa Ann Hayes, et al.
Venue/Case No.:  Riverside County Superior Court Case # RIC1307965
Testimony Date:  12/10/15
Retained/Representing: Jeffrey Weaver, Esq. /Defense

Paul Spector vs. Michael Bertolani, Fresno Plumbing & Heating, et al.
Venue/Case No.:  San Luis Obispo County Superior Court Case #CV130142
Deposition Date:  12/4/15
Retained/Representing: Christopher Faenza, Esq./Defense

Carla Zamarripa vs. Roberta Berryman Lehtinen, et al.
Venue/Case No.:  Santa Barbara County Superior Court Case #1468512
Testimony Date:  12/3/15
Retained/Representing: Augusto Focil Jr., Esq./Plaintiff

Ildefonso Vivanco; Gina Vivanco v. Merli Concrete Pumping, et al.
Venue/Case No.:  Los Angeles County Superior Court Case #BC532128
Testimony Date:  11/30/15
Retained/Representing: Eric Lamhofer, Esq./Defense

Carla Zamarripa vs. Roberta Berryman Lehtinen, et al.
Venue/Case No.:  Santa Barbara County Superior Court Case #1468512
Deposition Date:  10/30/15
Retained/Representing: Augusto Focil Jr., Esq./Plaintiff

Ildefonso Vivanco; Gina Vivanco v. Merli Concrete Pumping, et al.
Venue/Case No.:  Los Angeles County Superior Court Case #BC532128
Deposition Date:  10/28/15
Retained/Representing: Eric Lamhofer, Esq./Defense

Joshua David and Natalie Pierson vs. David Hernandez
Venue/Case No.:  Ventura County Superior Court Case #56-2011-00391849-CL-PA-VTA

Bennett - 078

Testimony Date:  10/13/15
Retained/Representing: John H. Howard, Esq. /Plaintiff

Severo Mares, Jr. & Refugio Ramirez, Jr. vs. Ryan Bogunda; Papich Construction Co., Inc.
Venue/Case No.:  San Luis Obispo County Superior Court Case # CV138294
Deposition Date:  8/17/15
Retained/Representing: Teresa Starinieri, Esq./Defense

Kayne McCarty vs. United States of America, et al.
Venue/Case No.:  San Diego County Superior Court Case #13CV1602BAS
Deposition Date:  8/13/15
Retained/Representing: Dana Fox, Esq./Defense

Greg Gurin vs. Target Corporation
Venue/Case No.:  Ventura County Superior Court Case # VCSC56-2013-00443938
Testimony Date:  8/4/15
Retained/Representing: Armando Berriz, Esq./Plaintiff

Michael S. Lozier & Corrie J. Bird v. Cahill Contractors, Inc., et al.
Venue/Case No.:  San Francisco County Superior Court Case # CGC-14-539420
Deposition Date:  7/24/15
Retained/Representing: Brian Zimmerman, Esq. /Defense

Sarkis J. Khoury, Ph.D. vs. Lisa Ann Hayes, et al.
Venue/Case No.:  Riverside County Superior Court Case # RIC1307965
Deposition Date:  7/7/15
Retained/Representing: Jeffrey Weaver, Esq. /Defense

Marlene King vs. Richard William Gross; Bruce Lee Schmidt
Venue/Case No.:  Santa Barbara County Superior Court Case #1417667
Deposition Date:  6/18/15
Retained/Representing: John H. Howard, Esq. /Plaintiff

Joshua David and Natalie Pierson vs. David Hernandez
Venue/Case No.:  Ventura County Superior Court Case #56-2011-00391849-CL-PA-VTA
Deposition Date:  4/16/15
Retained/Representing: John H. Howard, Esq. /Plaintiff

Jany Amoroso v. Ben Pradhan, MD, et al.
Venue/Case No.:  Los Angeles County Superior Court Case #GC047679
Testimony Date:  3/26/15
Retained/Representing: Raymond Moore, Esq./Defense

Jany Amoroso v. Ben Pradhan, MD, et al.
Venue/Case No.:  Los Angeles County Superior Court Case #GC047679
Deposition Date:  2/19/15
Retained/Representing: Raymond Moore, Esq./Defense

Bennett - 079

Jane Caj Doe v. Pathpoint, Inc., et al.
    Venue/Case No.:  Los Angeles County Superior Court Case #PC052205
    Deposition Date:  2/13/15
    Retained/Representing: Vince Finaldi, Esq./Plaintiff

Ruth Rivera v. Foster Farms
    Venue/Case No.:  Los Angeles County Superior Court Case #BC531764
    Testimony Date:  1/29/15
    Retained/Representing: Kenneth Ward, Esq./Defense

Marilyn Pink vs. Terry Shorten
    Venue/Case No.:  Ventura County Superior Court Case #56-2013-00438249
    Deposition Date:  1/15/15
    Retained/Representing: John Howard, Esq./Plaintiff

Marriage of Klassen v. Launspach
    Venue/Case No.:  Santa Barbara County Superior Court Case #1245483
    Testimony Date:  1/6/15
    Retained/Representing: Edward Thomas, Esq./Respondent

Leslie McLaughlin vs. CNL Lifestyle Properties, Inc., et al.
    Venue/Case No.:  Los Angeles County Superior Court Case #MC023780
    Testimony Date:  12/8/14
    Retained/Representing: Steven Parminter, Esq./Defense

Greg Gurin vs. Target Corporation
    Venue/Case No.:  Ventura County Superior Court Case # VCSC56-2013-00443938
    Deposition Date:  11/10/14
    Retained/Representing: Armando Berriz, Esq./Plaintiff

Derrick Evans v. Judy Regan and Does 1 to 50, inclusive
    Venue/Case No.:  Los Angeles County Superior Court Case #MC023778
    Deposition Date:  10/27/14
    Retained/Representing: Gary Hoffman, Esq./Defense

Leslie McLaughlin vs. CNL Lifestyle Properties, Inc., et al.
    Venue/Case No.:  Los Angeles County Superior Court Case #MC023780
    Deposition Date:  9/15/14
    Retained/Representing: Steven Parminter, Esq./Defense

Bryan Zavala v. Newport-Mesa Unified School District
    Venue/Case No.:  Los Angeles County Superior Court Case #30-2012-00608514
    Testimony Date: 6/27/14
    Retained/Representing: Ric Ottaiano, Esq./Defense

Margarita Aguayo v. Kenneth Owens
 Venue/Case No.:  Santa Clara County Superior Court Case #112CV238240
 Testimony Date:  4/30/14
 Retained/Representing: Manuel Reynoso, Esq./Plaintiff

Margarita Aguayo v. Kenneth Owens
 Venue/Case No.:  Santa Clara County Superior Court Case #112CV238240
 Deposition Date: 4/30/14
 Retained/Representing: Manuel Reynoso, Esq./Plaintiff

Bryan Zavala v. Newport-Mesa Unified School District
 Venue/Case No.:  Los Angeles County Superior Court Case #30-2012-00608514
 Deposition Date: 4/11/14
 Retained/Representing: Ric Ottaiano, Esq./Defense

Melissa Mejia v. American Honda Motor Co.
 Venue/Case No.:  Los Angeles County Superior Court Case #NC055490
 Deposition Date: 4/2/14
 Retained/Representing: Anthony Sonnett, Esq./Defense

Kaelke v. Kaiser Permanente, et al.
 Venue/Case No.:  Los Angeles County Arbitration No. 11825
 Testimony Date:  3/21/14
 Retained/Representing: Richard Katz, Esq./Claimant

Kaelke v. Kaiser Permanente, et al.
 Venue/Case No.:  Los Angeles County Arbitration No. 11825
 Deposition Date: 3/14/14
 Retained/Representing: Richard Katz, Esq./Claimant

Humberto Garcia v Sirav Navinchandra
 Venue/Case No.:  San Bernardino County Superior Court Case #CIVR51105889
 Deposition Date: 2/18/14
 Retained/Representing: Thomas Butler, Esq./Defense

Lovell Waker vs. UMA Enterprises
 Venue/Case No.:  Los Angeles County Superior Court Case #BC475037
 Deposition Date: 1/27/14
 Retained/Representing: Jason Dawson, Esq./Defense

Lucky Hoerner vs. Amy Jo Oster
 Venue/Case No.:  Orange County Superior Court Case #30-2012-00597564
 Testimony Date:  11/19/13
 Retained/Representing: James Grandy, Esq./Defense

Kurt Pearson vs. Progressive Insurance

Arbitration
Deposition Date:  11/4/13
Retained/Representing: Robert Patterson, Esq./Plaintiff

Lucky Hoerner Vs. Amy Jo Oster
Venue/Case No.:  Orange County Superior Court Case #30-2012-00597564
Deposition Date:  11/1/13
Retained/Representing: James Grandy, Esq./Defense

James Laina v. Music Express, et al
Venue/Case No.:  Ventura County Superior Court Case #56-2012-00427670-CU-PA-VTA
Deposition Date:  10/31/13
Retained/Representing: James K. Lo, Esq./Defense

Rory O'Reilly and Laura Jewett O'Reilly v. United States of America
Venue/Case No.:  U.S. District Court, Central District Case #12-04365(SJO)VB
Testimony Date:  10/17/13
Retained/Representing: Martin Pulverman, Esq./Plaintiff

Anthony Perez v. County of Los Angeles
Venue/Case No.:  Orange County Superior Court Case #30-2012-00591164
Testimony Date:  9/4/13
Retained/Representing: Richard Houle, Esq./Defense

Jose Santos vs. Circus Circus Casinos, Inc.
Venue/Case No.:  Clark County, Nevada U.S. District Court Case #09-A-604733-C
Deposition Date:  8/21/13
Retained/Representing: Esther Holm, Esq./Defense

Jeffrey Sohn vs. Easton-Bell Sports, Inc., et al.
Venue/Case No.:  Los Angeles County Superior Court Case #LC095289
Testimony Date:  8/6/13
Retained/Representing: Donald Hammond, Esq./Plaintiff

Anthony Perez v. County of Los Angeles
Venue/Case No.:  Orange County Superior Court Case #30-2012-00591164
Deposition Date:  7/22/13
Retained/Representing: Richard Houle, Esq./Defense

Benjamin Ursu v. Caston Plastering & Drywall, et al.
Venue/Case No.:  San Bernardino County Superior Court Case #CIDVS 1009709
Deposition Date:  6/19/13
Retained/Representing: Esther Holm, Esq./Defense

Bennett - 082

Juan Padilla vs. Cambron Roofing and Waterproofing, Inc. and Does 1 through 40, inclusive
> Venue/Case No.:  Underinsured Motorist Claim
> Deposition Date: 5/22/13
> Retained/Representing: Renee J. Nordstrand Esq./Plaintiff

B.M. by and through his Guardian Ad Litem, S.M. vs. Boys and Girls Club of Huntington Valley, Inc.
> Venue/Case No.:  Orange County Superior Court Case #30-2011-00504343
> Testimony Date: 5/7/13
> Retained/Representing: Jessica Helliwell, Esq./Plaintiff

Rory O'Reilly and Laura Jewett O'Reilly v. United States of America
> Venue/Case No.:  U.S. District Court, Central District Case #12-04365(SJO)VB
> Deposition Date: 4/25/13
> Retained/Representing: Martin Pulverman, Esq./Plaintiff

BM vs. Boys and Girls Club of Huntington Valley
> Venue/Case No.:  Orange County Superior Court Case #30-2011-00504343
> Deposition Date:  3/28/13
> Retained/Representing: Jessica Helliwell, Esq./Plaintiff

Randy and Lisa Herman v. Shijin Kim
> Venue/Case No.:  Los Angeles County Superior Court Case #BC462952
> Deposition Date: 1/22/13
> Retained/Representing: Ivan Puchalt, Esq./Plaintiff

Cynthia Arias vs. Johnny Reed Beaudion
> Venue/Case No.:  Ventura Superior Court Case #56-2008-00311086 CU-PA-VTA
> Testimony Date: 1/9/13
> Retained/Representing: J. Jeffrey Herman, Esq./Plaintiff

Thomas Cullen vs. Sierra Vista Regional Medical Center, et al
> Venue/Case No.:  San Luis Obispo Case # CV 090223
> Deposition Date: 1/7/13
> Retained/Representing: Eric A. Woosley, Esq./ Plaintiff

Bennett - 083