# Exhibit 10

1   **ROTHNER, SEGALL & GREENSTONE**
    JONATHAN COHEN (10551)
2   ELI NADURIS-WEISSMAN *(pro hac vice)*
    CARLOS COYE *(pro hac vice)*
3   510 South Marengo Avenue
    Pasadena, California  91101-3115
4   Telephone:  (626) 796-7555
    Fax:            (626) 577-0124
5   E-mail:  jcohen@rsglabor.com; enaduris-weissmna@rsglabor.com;
              ccoye@rsglabor.com
6
    **CHRISTENSEN JAMES & MARTIN**
7   EVAN L. JAMES (7760)
    DARYL E. MARTIN (6735)
8   7440 West Sahara Avenue
    Las Vegas, Nevada  89117
9   Telephone:  (702) 255-1718
    Fax:            (702) 255-0871
10  Email:  elj@cjmlv.com; dem@cjmlv.com

11  Attorneys for Service Employees International Union
            and Mary Kay Henry

12

13                    UNITED STATES DISTRICT COURT

14                        DISTRICT OF NEVADA

15  JAVIER CABRERA, an individual;            Case No.: 2:18-CV-00304-RFB-DJA
    DEBORAH MILLER, an individual,
16  CHERIE MANCINI, an individual,
    NEVADA SERVICE EMPLOYEES UNION          **[1] JOINT STIPULATION AND**
17  STAFF UNION ("NSEUSU"),                 **MOTION TO EXTEND DEADLINE FOR**
    an unincorporated association,          **REBUTTAL EXPERT DISCLOSURE**
18
                        Plaintiffs,          **[2] ORDER THEREON**
19
    vs.
20
    SERVICE EMPLOYEES INTERNATIONAL
21  UNION. a nonprofit cooperative corporation;
    LUISA BLUE, in her official capacity as
22  Trustee of Local 1107; MARTIN MANTECA,
    in his official capacity as Deputy Trustee of
23  Local 1107; MARY K. HENRY, in her official
    capacity as Union President; CLARK COUNTY
24  PUBLIC EMPLOYEES ASSOCIATION dba
    NEVADA SERVICE EMPLOYEES UNION
25  aka SEIU 1107, a non-profit cooperative
    corporation; DOES 1-20; and  ROE
26  CORPORATIONS 1-20, inclusive,

27                        Defendants.

28

1           Pursuant to Local Rule 26-4, the parties, by and through their undersigned counsel,

2     hereby stipulate as follows and request this Court to extend the deadline for rebuttal witness

      disclosures.

3

4     DATED:  September 2, 2021          ROTHNER, SEGALL & GREENSTONE

                                                                       JONATHAN COHEN
5                                                                      ELI NADURIS-WEISSMAN (*pro hac vice*)

6                                                                      CARLOS COYE (*pro hac vice*)

7                                                                      CHRISTENSEN JAMES & MARTIN
                                                                       EVAN L. JAMES
8                                                                      DARYL E. MARTIN

9

10                                                                     By     /s/ Eli Naduris-Weissman
                                                                             ELI NADURIS-WEISSMAN
11                                                                     (*pro hac vice*)

12                                                                     510 South Marengo Avenue
                                                                       Pasadena, CA  91101-3115
13                                                                     Tel: (626) 796-7555; Fax: (626) 577-0124
                                                                       *Attorneys for Service Employees International Union*
14                                                                     *and Mary Kay Henry*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

All parties, through their undersigned counsel, hereby stipulate as follows:

**I.      STATEMENT OF DISCOVERY COMPLETED**

The parties have completed the following discovery to date:

1.  Plaintiffs served Defendants with Initial Disclosures.

2.  Defendants Service Employees International Union ("SEIU") and Service Employees International Union, Local 1107 ("Local 1107") served Plaintiffs with Initial Disclosures.

3.  Plaintiffs served Defendants with Supplemental Disclosures.

4.  Defendant SEIU served Plaintiff Javier Cabrera its First Set of Interrogatories.

5.  Defendant SEIU served Plaintiff Javier Cabrera its First Set of Requests for Production of Documents.

6.  Defendant SEIU served Plaintiff Debbie Miller its First Set of Interrogatories.

7.  Defendant SEIU served Plaintiff Debbie Miller its First Set of Requests for Production of Documents.

8.  Plaintiff Miller served her expert disclosure.

9.  Defendant SEIU served its expert disclosure.

**II.     STATEMENT OF DISCOVERY THAT REMAINS TO BE COMPLETED**

The following discovery remains outstanding:

1.  Though the due date for Plaintiffs Miller and Cabrera to respond to SEIU's discovery requests was August 12, 2019, the parties have agreed to extend the date to August 29, 2019.  As such, Plaintiff Miller intends to respond to SEIU's First Set of Interrogatories by August 29, 2019; Plaintiff Cabrera intends to respond to SEIU's First Set of Interrogatories by August 29, 2019; Plaintiff Miller intends to respond to SEIU's First Set of Requests for Production of Documents by August 29, 2019; and Plaintiff Cabrera intends to respond to SEIU's First Set of Requests for Production of Documents by August 29, 2019.

2.  Defendant SEIU intends to serve Plaintiff Cherie Mancini written discovery, including requests for production of documents and interrogatories.

2

3. Defendant Local 1107 intends to serve written discovery, including requests for production of documents, interrogatories, and request for admission, on all Plaintiffs.

4. Plaintiffs intend to serve written discovery on Defendants SEIU and Local 1107.

5. Plaintiffs intend to take several depositions in this matter.

6. Defendants intend to take the depositions of Plaintiffs in this matter.  Defendants may thereafter seek additional written discovery.

**III.    THE REASONS WHY REBUTTAL EXPERT DISCLOSURES WILL NOT BE COMPLETED BY THE PRESENT DEADLINE**

Defendants are unable to fully complete rebuttal expert witness disclosures by September 11, 2019, and Plaintiffs believe they could not meet the due date for responding to Defendant SEIU's discovery requests for the following reasons:

1. Defendant SEIU filed a motion to sever and Defendants filed separate motions to dismiss on May 10, 2019.  In addition, Defendant SEIU propounded discovery, including interrogatories and requests for production of documents, on Plaintiffs Miller and Cabrera on July 12, 2019.

2. On August 12, 2019, Defendant SEIU filed expert witness disclosures. In these disclosures, SEIU explained that selecting and disclosing their expert witnesses and any witness reports was premature for two reasons. First, Defendants' motions to dismiss and sever were pending and, based on the outcome of those motions, the scope of this litigation could substantially change, including any issues related to damages. Second, because Plaintiffs Miller and Cabrera had not responded to SEIU's discovery requests, SEIU's expert witnesses were without the information necessary for them to evaluate any damages and the basis for the claims alleged by Plaintiffs Miller and Cabrera.

3. Later, on August 13, 2019, counsel for the Plaintiffs emailed counsel for Defendants, requesting a two-week extension to provide a response to SEIU's discovery requests. Plaintiffs' counsel explained that though he received the documents from his clients necessary to respond to SEIU's discovery requests, more time was necessary for him to complete formal responses, and SEIU has agreed to extend the deadline until August 29,

2019.  On August 15, 2019, after Defendants made the request, Plaintiffs provided to Defendants the underlying data and documents on which Plaintiff Miller's expert report was based.

4. Defendants SEIU and Local 1107 wish to have the opportunity to disclose rebuttal experts, if necessary, but are unable to do so in the time allotted.  Because of the summer schedule of the expert that Defendants have consulted, and because Plaintiffs have yet to respond to SEIU's written discovery that may inform any rebuttal expert's opinion, Defendants require one additional month to complete their rebuttal expert disclosure and provide the accompanying report.

5. This is the first request for an extension of a discovery deadline in this case. The parties have diligently pursued discovery and attempted to adhere to the schedule set forth in the parties' Joint Proposed Discovery and Scheduling Order, Special Scheduling Request. *See* ECF No. 31. Instead of resorting to motions disputing discovery issues and asking the Court to resolve these issues, the parties stipulated and agreed that Plaintiffs Miller and Cabrera would receive a two-week extension to August 29, 2019 to respond to SEIU's discovery requests and the due date for the parties to disclose rebuttal experts would be extended, to October 11, 2019.

## IV.   PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY

For the foregoing reasons, the parties hereby respectfully request that the Court agree to the following proposed discovery schedule.

1.   Current Discovery Schedule

| Amend Pleadings/Add parties: | July 13, 2019 |
|---|---|
| Initial Expert Disclosures | August 12, 2019 |
| Rebuttal Expert Disclosures | September 11, 2019 |
| Discovery Cutoff for Written Discovery | November 10, 2019 |
| Dispositive Motions | December 10, 2019 |
| Joint Proposed Pretrial Order | January 9, 2020 |

2.    Proposed Discovery Schedule

| | |
|---|---|
| Amend Pleadings/Add Parties: | July 13, 2019 (same) |
| Initial Expert Disclosures | August 12, 2019 (same) |
| Rebuttal Expert Disclosures | October 11, 2019 |
| Discovery Cutoff for Written Discovery | November 10, 2019 (same) |
| Dispositive Motions | December 10, 2019 (same) |
| Joint Proposed Pretrial Order | January 9, 2020 (same) |

DATED:  August 20, 2019          By _____/s/ Eli Naduris-Weissman_____
                                      ELI NADURIS-WEISSMAN
                                      ROTHNER, SEGALL & GREENSTONE
                                      JONATHAN COHEN
                                      ELI NADURIS-WEISSMAN (*pro hac vice*)
                                      CARLOS COYE (*pro hac vice*)
                                      *Attorneys for Service Employees International*
                                      *Union and Mary Kay Henry*

DATED:  August 20, 2019          By _____/s/ Evan James_____
                                      EVAN L. JAMES
                                      CHRISTENSEN JAMES & MARTIN
                                      *Attorneys for Defendant Nevada Service Employees*
                                      *Union, Luisa Blue, and Martin Manteca*

DATED:  September 2, 2021         By _____
                                      Michael Mcavoyamaya
                                      *Attorney for Plaintiffs*

IT IS SO ORDERED

5

1

2        _____
         United States Magistrate Judge

3

4        DATED: _____

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28