1   **ROTHNER, SEGALL & GREENSTONE**
    GLENN ROTHNER (*pro hac vice*)
2   JONATHAN COHEN (10551)
    ELI NADURIS-WEISSMAN (*pro hac vice*)
3   CARLOS COYE (*pro hac vice*)
    510 South Marengo Avenue
4   Pasadena, California  91101-3115
    Telephone:  (626) 796-7555
5   Fax:          (626) 577-0124
    E-mail: grothner@rsglabor.com; jcohen@rsglabor.com;
6          enaduris-weissman@rsglabor.com; ccoye@rsglabor.com

7   **CHRISTENSEN JAMES & MARTIN**
    EVAN L. JAMES (7760)
8   DARYL E. MARTIN (6735)
    7440 West Sahara Avenue
9   Las Vegas, Nevada  89117
    Telephone:  (702) 255-1718
10  Fax:          (702) 255-0871
    Email:  elj@cjmlv.com; dem@cjmlv.com
11
    Attorneys for Service Employees International Union
12

13                  UNITED STATES DISTRICT COURT

14                       DISTRICT OF NEVADA

15  JAVIER CABRERA, an individual;          Case No.: 2:18-cv-00304-RFB-DJA
    DEBORAH MILLER, an individual,
16  CHERIE MANCINI, an individual,
    NEVADA SERVICE EMPLOYEES UNION          **STIPULATION AND ORDER**
17  STAFF UNION ("NSEUSU"),                 **REGARDING AVAILABILITY OF**
    an unincorporated association,          **PARTIES FOR TRIAL; AND**
18                                          **WITHDRAWAL OF PLAINTIFFS'**
                  Plaintiffs,               **MOTION IN LIMINE**
19
    vs.                                     **(First Request)**
20
    SERVICE EMPLOYEES INTERNATIONAL         [Local Rule IA 6-1]
21  UNION. a nonprofit cooperative corporation;
    LUISA BLUE, in her official capacity as
22  Trustee of Local 1107; MARTIN MANTECA,
    in his official capacity as Deputy Trustee of
23  Local 1107; MARY K. HENRY, in her official
    capacity as Union President; CLARK COUNTY
24  PUBLIC EMPLOYEES ASSOCIATION dba
    NEVADA SERVICE EMPLOYEES UNION
25  aka SEIU 1107, a non-profit cooperative
    corporation; DOES 1-20; and  ROE
26  CORPORATIONS 1-20, inclusive,

27                  Defendants.

28
                              1

**STIPULATION AND ORDER**

Whereas, on May 14, 2020, the parties submitted a joint pretrial order indicating an expected 10-day trial and trial availability on October 25-29, 2021 and thereafter [ECF No. 240];

Whereas, on August 31, 2021, the parties held a settlement conference before Magistrate Judge Daniel J. Albregts, but were not able to settle the case  [ECF No. 245]; and

Whereas, the previously-indicated dates are no longer feasible for trial, given the imminent deadlines that would be in effect if trial were to proceed on those dates, the pendency of several motions bearing on the scope of trial, and concerns about interstate travel of attorneys and out-of-state witnesses in light of the continued seriousness of the COVID-19 pandemic;

The parties hereby stipulate as follows:  (a) the parties have met and conferred and are available for trial on April 18-22, 2022 and April 25-29, 2022, and request the Court issue a trial order setting those dates for trial, or other mutually agreeable dates; and (b) Plaintiffs hereby withdraw the motion in limine filed on September 15, 2022 (ECF Nos. 247 & 248, "Motion in Limine to Exclude Defendant's Untimely Vocational Rehabilitation Expert Testimony and Limit Expert Testimony to Rebuttal") until a later time after the Court issues its trial order.


DATED:  September 21, 2021.

| CHRISTENSEN JAMES & MARTIN | ROTHNER, SEGALL & GREENSTONE |
|---|---|
| By _____ /s/ Evan James _____ | By: _____ /s/ Eli Naduris-Weissman _____ |
| Evan L. James, Esq. | Eli Naduris-Weissman, Esq. |
| Nevada Bar No. 7760 | Pro Hac Vice |
| 7440 W. Sahara Avenue | 510 S. Marengo Ave. |
| Las Vegas, NV 89117 | Pasadena, California 91101-3115 |
| Tel.: (702) 255-1718 | Tel.: (626) 796-7555 |
| Fax: (702) 255-0871 | Fax.: (626) 577-0124 |
| elj@cjmlv.com | enaduris-weissman@rsglabor.com |
| *Attorneys for Local 1107,* | *Attorneys for SEIU* |
| *Luisa Blue, and Martin Manteca* | |

By: */s/ Michael J. Mcavoyamaya*
Michael J. Mcavoyamaya, Esq.
Nevada Bar No. 14082
4539 Paseo Del Ray
Las Vegas, NV 89121
Tel.: (702) 299-5083
mmcavoyamayalaw@gmail.com
*Attorney for Plaintiffs*

1

**IT IS SO ORDERED:**

2

3    Dated: _____          _____
                                      UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I am a member of Rothner, Segall & Greenstone.  On this 23rd day of September, 2021, I caused a true and correct copy of the foregoing **STIPULATION AND ORDER REGARDING AVAILABILITY OF PARTIES FOR TRIAL; AND WITHDRAWAL OF PLAINTIFFS' MOTION IN LIMINE (First Request)** to be served in the following manner:

✓      ELECTRONIC SERVICE:  Pursuant to LR IC 4-1 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served through the Notice of Electronic Filing automatically generated by the Court.

ROTHNER, SEGALL & GREENSTONE

By _____/s/Eli Naduris-Weissman_____
        ELI NADURIS-WEISSMAN