**CHRISTENSEN JAMES & MARTIN**
EVAN L. JAMES, ESQ. (7760)
DARYL E. MARTIN, ESQ. (6735)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: elj@cjmlv.com, dem@cjmlv.com
*Attorneys for Defendants Nevada Service Employees*
*Union, Luisa Blue, and Martin Manteca*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER CABRERA, an individual; DEBORAH MILLER, an individual, CHERIE MANCINI, an individual; NEVADA SERVICE EMPLOYEES UNION STAFF UNION ("NSEUSU"), an unincorporated association,<br><br>Plaintiffs,<br><br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, a nonprofit cooperative corporation; LUISA BLUE, in her official capacity as Trustee of Local 1107; MARTIN MANTECA, in his official capacity as Deputy Trustee of Local 1107; MARY K. HENRY, in her official capacity as Union President; CLARK COUNTY PUBLIC EMPLOYEES ASSOCIATION dba NEVADA SERVICE EMPLOYEES UNION aka SEIU LOCAL 1107, a nonprofit cooperative corporation; CAROL NIETERS, an individual; DOES 1-20; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00304-RFB-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL** |

The parties hereby stipulate to move the trial date from April 2022 because a trial date has not been set. The parties were planning on trial, if possible, in April but witnesses must travel from out of state and their personal calendars have changed. Counsel's legal calendars have also become filled with other matters in April, making preparing for trial in April impracticable.

The parties therefor propose a new trial date after July 2022 and that the Court order the parties to meet and confer and present three potential dates for trial after July 2022.

| CHRISTENSEN JAMES & MARTIN | ROTHNER, SEGALL & GREENSTONE |
|---|---|
| By:  /s/ Evan L. James | By:  /s/ Eli Naduris-Weissman |
| Evan L. James, Esq. | Eli Naduris-Weissman, Esq. |
| Nevada Bar No. 7760 | Pro Hac Vice |
| 7440 W. Sahara Avenue | 510 S. Marengo Ave. |
| Las Vegas, NV 89117 | Pasadena, California 91101-3115 |
| Tel.: (702) 255-1718 | Tel.: (626) 796-7555 |
| Fax: (702) 255-0871 | enaduris-weissman@rsglabor.com |
| elj@cjmlv.com | *Attorneys for SEIU and* |
| *Attorneys for Local 1107,* | *Mary Kay Henry* |
| *Luisa Blue, and Martin Manteca* | |

By:  /s/ Michael J. Mcavoyamaya
Michael J. Mcavoyamaya, Esq.
Nevada Bar No. 14082
4539 Paseo Del Ray
Las Vegas, NV 89121
Tel.: (702) 299-5083
mmcavoyamayalaw@gmail.com
*Attorney for Plaintiffs*

## ORDER

Good Cause Appearing, the parties shall meet and confer and present to the Court by April 30, 2022 three possible dates for trial to occur after July 2022.

_____
**RICHARD E. BOULWARE, II**
**United States District Court**

DATED this 30th day of March, 2022.

-2-