1 | **ROTHNER, SEGALL & GREENSTONE**
GLENN ROTHNER (*pro hac vice*)
ELI NADURIS-WEISSMAN (*pro hac vice*)
CARLOS COYE (*pro hac vice*)
510 South Marengo Avenue
Pasadena, California  91101-3115
Telephone:  (626) 796-7555
Fax:           (626) 577-0124
E-mail:  grothner@rsglabor.com
            enw@rsglabor.com
            ccoye@rsglabor.com

**CHRISTENSEN JAMES & MARTIN**
EVAN L. JAMES (7760)
DARYL E. MARTIN (6735)
7440 West Sahara Avenue
Las Vegas, Nevada  89117
Telephone:  (702) 255-1718
Fax:           (702) 255-0871
Email:  elj@cjmlv.com; dem@cjmlv.com

Attorneys for Service Employees International Union

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER CABRERA, an individual; DEBORAH MILLER, an individual, CHERIE MANCINI, an individual, NEVADA SERVICE EMPLOYEES UNION STAFF UNION ("NSEUSU"), an unincorporated association,<br><br>Plaintiffs,<br><br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION. a nonprofit cooperative corporation; LUISA BLUE, in her official capacity as Trustee of Local 1107; MARTIN MANTECA, in his official capacity as Deputy Trustee of Local 1107; MARY K. HENRY, in her official capacity as Union President; CLARK COUNTY PUBLIC EMPLOYEES ASSOCIATION dba NEVADA SERVICE EMPLOYEES UNION aka SEIU 1107, a non-profit cooperative corporation; DOES 1-20; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No.: 2:18-CV-00304-RFB-DJA<br><br>**DEFENDANT SERVICE EMPLOYEES INTERNATIONAL UNION'S MOTION FOR A NEW TRIAL DATE**<br><br>**(FIRST REQUEST)** |

1. Defendant Service Employees International Union ("SEIU") hereby moves this Court for a new trial date, due to the unavailability of the sole witness it plans to present on its defense that it may not be held liable for the claims of Plaintiff Debbie Miller related to her employment with defendant Nevada Service Employees Union, aka SEIU Local 1107 ("Local 1107") on the "single employer"/"alter-ego" theories of liability as alleged. As required by Local Rule IA 6-1, SEIU notes that this is the first motion by SEIU to continue the trial date, following defendant Local 1107's similar motion filed on June 15, 2023 [ECF No. 262], which remains pending.

The reason for SEIU's request is that its designated witness, Deirdre Fitzpatrick [*see* ECF No. 261 at 17] is no longer available on the trial dates in early October 2023 set by the Court on March 30, 2023. Ms. Fitzpatrick had been employed by SEIU as its Chief of Staff, and then a Senior Advisor and Senior Counsel to the President, until January 2023. Despite her departure from SEIU, undersigned counsel for SEIU nevertheless made preparations with Ms. Fitzpatrick to testify at trial regarding the relationship between SEIU International and Local 1107 during the trusteeship over Local 1107. However, on August 10, 2023, Ms. Fitzpatrick learned that her new employment requires her to travel outside of the United States between October 3 and October 12, 2023, the same dates scheduled for trial. In addition, she is unavailable between October 18 and October 28, 2023, due to a long-scheduled family vacation.

Ms. Fitzpatrick is now Of Counsel at the law firm of Bredhoff & Kaiser and serves as the General Counsel to Climate Jobs National Resource Center ("CJNRC"), an organization that works with labor unions to develop strategies to combat climate change, create good union jobs, and reverse racial and economic inequality by building a worker-centered renewable economy. *See* https://www.cjnrc.org/. In her capacity as General Counsel, Ms. Fitzpatrick is an essential part of a team of twenty labor leaders who will be meeting with elected officials and union counterparts in Europe to learn about the clean energy transition in Europe and advance the educational and advocacy mission of CJNRC. Though she has worked diligently to maintain the commitment she made to assist her former employer, SEIU, in this matter, she is unable to extricate herself from this obligation with her new position.

/ / /

1       Courts in the Ninth Circuit generally consider four factors in deciding a motion to continue: "(1) the 'diligence' of the party seeking the continuance; (2) whether granting the continuance would serve any useful purpose; (3) the extent to which granting the continuance would have inconvenienced the court and the opposing party; and (4) the potential prejudice." *State Farm Fire & Cas. Co. v. Willison*, 833 F. Supp. 2d 1200, 1211 (D. Haw. 2011) (citing *United States v. Flynt*, 756 F.2d 1352, 1358–59 (9th Cir.), *amended on other grounds*, 764 F.2d 675 (9th Cir. 1985); *United States v. Kloehn*, 620 F.3d 1122, 1127–28 (9th Cir. 2010)).

      In this case, SEIU has been diligent in its efforts to ready the case for trial, and has prepared this motion as soon as possible upon learning of Ms. Fitzpatrick's unavailability and notifying opposing counsel.

      As the sole witness SEIU planned to present regarding its liability, it is clear that Ms. Fitzpatrick's unavailability would present difficulties of proof for both Plaintiff and SEIU, and thus continuance is necessary. Relatedly, SEIU would suffer prejudice if it were not able to present Ms. Fitzpatrick, who is knowledgeable about the claims at issue in this lawsuit as it pertains to SEIU's potential liability. While SEIU could seek to produce a substitute witness, there is no substitute who could cover the matters at issue based on first-hand knowledge.

      Finally, Plaintiff Miller will suffer little inconvenience if the trial is continued by a short period, as SEIU here requests.

      For the foregoing reasons, SEIU respectfully requests that its motion for a new trial be granted and a new trial be set for a date in November 2023 or later.

DATED: August 15, 2023

ROTHNER, SEGALL & GREENSTONE
GLENN ROTHNER (*pro hac vice*)
ELI NADURIS-WEISSMAN (*pro hac vice*)
CARLOS COYE (*pro hac vice*)

By    */s/Eli Naduris-Weissman*
     ELI NADURIS-WEISSMAN
510 South Marengo Avenue,
Pasadena, CA  91101-3115
Tel: (626) 796-7555 Fax: (626) 577-0124
*Attorneys for Service Employees International Union*

**CERTIFICATE OF SERVICE**

I am a member of Rothner, Segall & Greenstone.  On this 14th day of April, 2020, I caused a true and correct copy of the foregoing **DEFENDANT SERVICE EMPLOYEES INTERNATIONAL UNION'S MOTION FOR A NEW TRIAL DATE (FIRST REQUEST)** to be served in the following manner:

✓    ELECTRONIC SERVICE:  Pursuant to LR IC 4-1 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served through the Notice of Electronic Filing automatically generated by the Court.

ROTHNER, SEGALL & GREENSTONE

By   */s/ Eli Naduris-Weissman*
         ELI NADURIS-WEISSMAN