**CHRISTENSEN JAMES & MARTIN**
EVAN L. JAMES, ESQ. (7760)
DARYL E. MARTIN, ESQ. (6735)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: elj@cjmlv.com, dem@cjmlv.com
*Attorneys for Defendants Nevada Service Employees*
*Union, Luisa Blue, and Martin Manteca*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER CABRERA, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, et al.,<br><br>Defendants. | Case No.: 2:18-cv-00304-RFB-DJA<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO MOTIONS IN LIMINE AND MOTION TO BIFURCATE TRIAL**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff Debbie Miller and Defendants Service Employees International Union ("SEIU") and Clark County Public Employees Association dba Nevada Service Employees Union ("Local 1107") (collectively the "Parties"), acting through their respective counsel of record, respectfully submit this Stipulation to Extend Deadline to Respond to the Parties' Motions in Limine (ECF Nos. 267, 268, 270, 271, 272, 273, 274, 275) and Defendants' Motion to Bifurcate Trial (ECF 269), all of which were filed on September 1, 2023. This is the first request for an extension of time to respond to these motions.

Given the number and nature of the issues presented in the aforementioned motions, counsel for the Parties have agreed to jointly request the Court's Order

extending the response deadline by two weeks, from September 15 to September 29, 2023. This extension is being requested in good faith and will not delay further proceedings in this Case.

| CHRISTENSEN JAMES & MARTIN | ROTHNER, SEGALL & GREENSTONE |
|---|---|
| By: */s/ Daryl E. Martin* <br> Daryl E. Martin, Esq. <br> Nevada Bar No. 6735 <br> 7440 W. Sahara Avenue <br> Las Vegas, NV 89117 <br> Tel.: (702) 255-1718 <br> Fax: (702) 255-0871 <br> dem@cjmlv.com <br> *Attorneys for Defendants Local 1107, Luisa Blue, and Martin Manteca* | By: */s/ Eli Naduris-Weissman* <br> Eli Naduris-Weissman, Esq. <br> Pro Hac Vice <br> 510 S. Marengo Ave. <br> Pasadena, California 91101-3115 <br> Tel.: (626) 796-7555 <br> enaduris-weissman@rsglabor.com <br> *Attorneys for Defendants SEIU and Mary Kay Henry* |

By: */s/ Michael J. Mcavoyamaya*
Michael J. Mcavoyamaya, Esq.
Nevada Bar No. 14082
4539 Paseo Del Ray
Las Vegas, NV 89121
Tel.: (702) 299-5083
mike@mrlawlv.com
*Attorney for Plaintiff Debbie Miller*

ORDER

Good cause appearing, the Court grants the foregoing Stipulation to Extend Deadline to Respond to the Motions in Limine and Motion to Bifurcate Trial filed by the Parties on September 1, 2023. Responses shall be filed on or before September 29, 2023.

_____
United States District Court Judge

Dated: September 11, 2023