1  **CHRISTENSEN JAMES & MARTIN**
2  EVAN L. JAMES, ESQ. (7760)
   DARYL E. MARTIN, ESQ. (6735)
3  7440 W. Sahara Avenue
4  Las Vegas, Nevada 89117
   Telephone: (702) 255-1718
5  Facsimile: (702) 255-0871
6  Email: elj@cjmlv.com, dem@cjmlv.com
   *Attorneys for Defendants Nevada Service Employees*
7  *Union, Luisa Blue, and Martin Manteca*

8              **UNITED STATES DISTRICT COURT**
9                  **DISTRICT OF NEVADA**
10
   JAVIER CABRERA, et al.
11                                          Case No.: 2:18-cv-00304-RFB-DJA
              Plaintiffs,
12                                          **STIPULATION TO EXTEND**
                                            **DEADLINE TO FILE REPLY IN**
13  vs.                                     **SUPPORT OF MOTION TO**
                                            **BIFURCATE TRIAL**
14  SERVICE EMPLOYEES
    INTERNATIONAL UNION, et al.,
15                                          **(FIRST REQUEST)**
              Defendants.
16
17

18       Pursuant to LR IA 6-1, Plaintiff Debbie Miller and Defendants Service
19  Employees International Union ("SEIU") and Clark County Public Employees
20  Association dba Nevada Service Employees Union ("Local 1107") (collectively the
21  "Parties"), acting through their respective counsel of record, respectfully submit this
22  Stipulation to Extend Deadline to file a Reply Brief in Support of the Defendants'
23  Motion to Bifurcate Trial (ECF 269). This is the first request for an extension of time
24  to file a Reply in support of said motion.
25       On Friday, October 13, 2023, Plaintiff Debbie Miller filed an Opposition to
26  Defendants' Motion to Bifurcate Trial. Daryl Martin has been tasked with preparing
27  Defendants' Reply brief, but he has been unable to devote time to the matter, having

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

traveled outside the State of Nevada during two of the four intervening weekdays since Miller filed her Opposition. Miller's counsel has therefore agreed to extend the deadline to file a Reply brief by one week, from October 20 to October 27, 2023. This extension is being requested in good faith and will not delay further proceedings in this Case.

CHRISTENSEN JAMES & MARTIN

By:   */s/ Daryl E. Martin*
Daryl E. Martin, Esq.
Nevada Bar No. 6735
7440 W. Sahara Avenue
Las Vegas, NV 89117
Tel.: (702) 255-1718
Fax: (702) 255-0871
dem@cjmlv.com
*Attorneys for Defendants Local 1107, Luisa Blue, and Martin Manteca*

By:   */s/ Michael J. Mcavoyamaya*
Michael J. Mcavoyamaya, Esq.
Nevada Bar No. 14082
4539 Paseo Del Ray
Las Vegas, NV 89121
Tel.: (702) 299-5083
mike@mrlawlv.com
*Attorney for Plaintiff Debbie Miller*

ROTHNER, SEGALL & GREENSTONE

By:   */s/ Eli Naduris-Weissman*
Eli Naduris-Weissman, Esq.
Pro Hac Vice
510 S. Marengo Ave.
Pasadena, California 91101-3115
Tel.: (626) 796-7555
enaduris-weissman@rsglabor.com
*Attorneys for Defendants SEIU and Mary Kay Henry*

## ORDER

Good cause appearing, the Court grants the foregoing Stipulation to Extend Deadline to file Reply Brief in Support of Motion to Bifurcate Trial. Defendants' Reply brief shall be filed on or before October 27, 2023.

_____
United States District Court Judge

Dated: October 20, 2023

-2-