**CHRISTENSEN JAMES & MARTIN**
EVAN L. JAMES, ESQ. (7760)
DARYL E. MARTIN, ESQ. (6735)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: elj@cjmlv.com, dem@cjmlv.com
*Attorneys for Defendants Nevada Service Employees Union, Luisa Blue, and Martin Manteca*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER CABRERA, an individual; DEBORAH MILLER, an individual, CHERIE MANCINI, an individual; NEVADA SERVICE EMPLOYEES UNION STAFF UNION ("NSEUSU"), an unincorporated association,<br><br>Plaintiffs,<br><br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, a nonprofit cooperative corporation; LUISA BLUE, in her official capacity as Trustee of Local 1107; MARTIN MANTECA, in his official capacity as Deputy Trustee of Local 1107; MARY K. HENRY, in her official capacity as Union President; CLARK COUNTY PUBLIC EMPLOYEES ASSOCIATION dba NEVADA SERVICE EMPLOYEES UNION aka SEIU LOCAL 1107, a nonprofit cooperative corporation; CAROL NIETERS, an individual; DOES 1-20; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00304-RFB-DJA<br><br>**STIPULATION AND ORDER TO VACATE PRETRIAL DEADLINES AND HEARINGS** |

The parties to this Case, each acting through their counsel of record, respectfully report that they have reached agreements regarding settlement of the remaining claims, defenses, and issues set to be tried. The parties are actively preparing formal written settlement agreements. Accordingly, the parties do hereby request the Court's Order vacating (or postponing for at least 30 days) the present deadlines set for all pre-trial filings and hearings[1] set in the Case, which will provide the parties the additional time required to finalize the settlements.

| CHRISTENSEN JAMES & MARTIN | ROTHNER, SEGALL & GREENSTONE |
|---|---|
| By: /s/ Evan L. James | By: /s/ Eli Naduris-Weissman |
| Evan L. James, Esq. | Eli Naduris-Weissman, Esq. |
| Nevada Bar No. 7760 | Pro Hac Vice |
| 7440 W. Sahara Avenue | 510 S. Marengo Ave. |
| Las Vegas, NV 89117 | Pasadena, California 91101-3115 |
| Tel.: (702) 255-1718 | Tel.: (626) 796-7555 |
| Fax: (702) 255-0871 | enaduris-weissman@rsglabor.com |
| elj@cjmlv.com | *Attorneys for SEIU and* |
| *Attorneys for Local 1107,* | *Mary Kay Henry* |
| *Luisa Blue, and Martin Manteca* | |

By: /s/ Michael J. Mcavoyamaya
Michael J. Mcavoyamaya, Esq.
Nevada Bar No. 14082
600 S. 8th Street
Las Vegas, NV 89101
Tel.: (702) 299-5083
mike@mrvlaw.com
*Attorney for Plaintiffs*

---

[1] On January 31, 2024, the Court issued an Amended Order Regarding Trial [ECF 305], in which earlier deadlines were set for various pre-trial documents (exhibits lists, proposed findings of fact and conclusions of law, proposed jury instructions, proposed voir dire, and trial briefs) all of which were made to fall due on March 1, 2024. On February 7, 2024, the Court issued a Minute Order [ECF 306] directing the parties to file a Joint Status Report "as to their preparedness to proceed to trial" on or before March 6, 2024.

**ORDER**

Good Cause Appearing, the Court grants the parties' stipulation and hereby vacates the pre-trial deadlines and hearings set in this Case. The parties shall file an appropriate stipulation to dismiss the case within 30 days.

_____
United States District Court Judge

Dated: _____