**CHRISTENSEN JAMES & MARTIN**
EVAN L. JAMES, ESQ. (7760)
DARYL E. MARTIN, ESQ. (6735)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: elj@cjmlv.com, dem@cjmlv.com
*Attorneys for Defendants Nevada Service Employees Union, Luisa Blue, and Martin Manteca*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER CABRERA, an individual; DEBORAH MILLER, an individual, CHERIE MANCINI, an individual; NEVADA SERVICE EMPLOYEES UNION STAFF UNION ("NSEUSU"), an unincorporated association,<br><br>Plaintiffs,<br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, a nonprofit cooperative corporation; LUISA BLUE, in her official capacity as Trustee of Local 1107; MARTIN MANTECA, in his official capacity as Deputy Trustee of Local 1107; MARY K. HENRY, in her official capacity as Union President; CLARK COUNTY PUBLIC EMPLOYEES ASSOCIATION dba NEVADA SERVICE EMPLOYEES UNION aka SEIU LOCAL 1107, a nonprofit cooperative corporation; CAROL NIETERS, an individual; DOES 1-20; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00304-RFB-DJA<br><br>**STIPULATION AND ORDER TO DISMISS CASE** |

The parties to this Case, acting through their respective counsel of record, do hereby notify the Court that all claims presented in the Case have been resolved by prior Court orders or by a recent settlement reached by the parties. Accordingly, the parties now seek the Court's Order dismissing all claims with prejudice, with each party bearing its own fees and costs. The parties further agree that the Court should retain jurisdiction over any potential disputes relating to the settlement.

| CHRISTENSEN JAMES & MARTIN | ROTHNER, SEGALL & GREENSTONE |
|---|---|
| By:    /s/ Evan L. James    <br>Evan L. James, Esq.<br>Nevada Bar No. 7760<br>7440 W. Sahara Avenue<br>Las Vegas, NV 89117<br>Tel.: (702) 255-1718<br>Fax: (702) 255-0871<br>elj@cjmlv.com<br>*Attorneys for Local 1107,*<br>*Luisa Blue, and Martin Manteca* | By:    /s/ Eli Naduris-Weissman    <br>Eli Naduris-Weissman, Esq.<br>Pro Hac Vice<br>510 S. Marengo Ave.<br>Pasadena, California 91101-3115<br>Tel.: (626) 796-7555<br>enaduris-weissman@rsglabor.com<br>*Attorneys for SEIU and*<br>*Mary Kay Henry* |

By:    /s/ Michael J. Mcavoyamaya    
Michael J. Mcavoyamaya, Esq.
Nevada Bar No. 14082
600 S. 8th Street
Las Vegas, NV 89101
Tel.: (702) 299-5083
mike@mrvlaw.com
*Attorney for Plaintiffs*

## **ORDER**

Good Cause Appearing, the Court grants the parties' stipulation and dismisses this Case with prejudice, with each party bearing its own fees and costs. The Court shall retain jurisdiction to decide any potential dispute relating to the parties' settlement agreement.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated: July 8, 2024